**4:20-cv-00555-AW-MAF**

**Horsens, Denmark**
**November 23, 2020**

**We are addressing the Honorable Florida federal chief judges:**
- **Kevin Michael Moore-** Southern Florida Chief Judge
  moore_clerk_applications@flsd.uscourts.gov

- **Timothy J. Corrigan-** Middle Florida Chief Judge
  https://www.flmd.uscourts.gov/judges/timothy-corrigan-chief-judge
  We already previously contacted former Chief Judge **Merryday** via regular mail (UPS), with copy of our petition sent also to the Florida governor **Ron DeSantis.**
  GovernorRon.Desantis@eog.myflorida.com

- **Mark E. Walker-** Northern Florida judge flnd_walker@flnd.uscourts.gov

**We are furthermore addressing:**
- **Donald W. Washington. U.S Marshal Service Director.**
  **https://www.usmarshals.gov/contacts/bio/washington.htm**

**We are also addressing:**
- **Ariana Fajardo Orshan**, DOJ U.S Attorney, **Southern District of Florida**
  **ariana.fajardo.orshan@usdoj.gov** / **https://www.justice.gov/usao-sdfl/meet-us-attorney**

- **The U.S Department of Justice – Victims/Witness Program.**
  https://www.justice.gov/uspc/victim-witness-program
  **Helen Krapels**
  General Counsel
  United States Parole Commission
  90 K Street NE, 3rd Floor
  Washington, D C 20530-0001.



**ASKING ARREST OF JOE BIDEN – RUFUS GIFFORD AS FEDERAL CRIMINALS AND TO BRING THEM TO FEDERAL COURT IN FLORIDA STATE.**

We are asking the honorable Florida federal chief judges in pursue to have justice served transparently, to bring U.S citizen **JOE BIDEN** to face federal crimes in a Florida court. **Joe Biden** was the number two, in the **Barack Obama** administration which obstructed justice against the U.S citizen, from Florida State, **Mario Herrera**, for two presidential terms. The **Barack Obama** administration, together with the U.S Department of Justice under former A.G **Eric Holder** and Florida A.G **Pam Bondi**, conspired against rights to deprive U.S citizen, from Florida State, **Mario Herrera** his right to vote in 2012.
The F.B.I and the Miami-Dade Election Department were fully aware of this fraud and they also conspired together in obstruction of justice.

LET'S FOCUS!!! ALL THIS IS ABOUT U.S OFFICIALS IN VIOLATIONS OF FEDERAL CIVIL RIGTHS STATUTES, U.S CODE AND THE U.S CONSTITUTION.

**"No USA rights to vote for Mario Herrera"**
https://www.youtube.com/watch?v=JDOfVKIaE88
F.B.I Miami immediately was notified, they knew and they obstructed justice.

FILED USDC FLND TL
NOV 25 '20 PM12:04

**Horsens, Denmark**
**November 23, 2020**

**BRING U.S MARSHALS!!!**
F.B.I IS CORRUTPED!!!
That is why we are respectfully asking the honorable Florida chief judges mentioned above to enforce **U.S MARSHALS** to take full control over all this case. We can give you strong evidences BEYOND the reasonable doubt that the F.B.I is corrupted to the core and that is why we ask intervention of U.S Marshals. We do not trust and we do not collaborate with the F.B.I, as we believe they are compromised and corrupted.
**NOTICE THIS IS UNDER BARACK OBAMA'S ADMINISTRATION!!! (JOE BIDEN)**

Requesting the F.B.I for first time in July 6, 2009.
U.S embassy in Copenhagen, Denmark.
*"FBI Brian USA embassy Copenhagen Audio 1/3"*
https://www.youtube.com/watch?v=aHry-8C1lW0
In the meanwhile requesting FBI Washington-field August 28, 2009.
*"Mario Herrera reporting to FBI Washington-Field"*
https://www.youtube.com/watch?v=z9Ds_ftj_wQ
Call number 3, back to the FBI official Brian, U.S embassy Copenhagen, Denmark.
*"FBI Brian USA embassy Copenhagen Audio 2/3"*
https://www.youtube.com/watch?v=5gqR3x4r9MY

**Notifying U.S attorney general William Barr at the U.S D.O.J website contact form.**
We sent this message on November 11, 2020 to every single division (one by one) inside the U.S Department of Justice
https://www.justice.gov/doj/webform/your-message-department-justice
as it is described via this Youtube video link below, made in Horsens, Denmark.
https://www.youtube.com/watch?v=Tv9fEchjnTs&feature=youtu.be
addressing the U.S attorney general **William Barr**, where both U.S citizen **Mario Herrera** and Danish citizen **Gitte Toldsted** are accusing U.S citizen **JOE BIDEN** together with the Federal Election Commission (F.E.C) who has been in obstruction of justice. We attach copy of the three UPS receipts (*in Appendices 1, 2 and 3*) for our letters sent to the F.E.C. We requested the F.E.C THREE times from June 2019 to August 2020, denouncing U.S citizen **Joe Biden** as a FEDERAL CRIMINAL at large.

We are accusing and we want to bring to federal court in Florida State **under oath** the following F.E.C commissioners mentioned below. They have hidden our multiple accusations and we also recall, for example, even the Florida State 2016 on Florida senator **Marco Rubio** to the Florida Elections Commission, which was legalized in the American Embassy (*Related to the case of our request to arrest and prosecute U.S consul Kristyna L. Rabassa[1]*). All of these Commissioners cheat the American people, hiding federal criminals:

---

1- U.S Consul **Kristyna L. Rabassa**, at the American Embassy in Copenhagen, Denmark, was in charge of committing obstruction of justice against our legit right to use notary services even though I had an official appointment. **Kristyna L. Rabassa** fabricated accusations against me (*See email in Appendix 4*) to deprive me U.S Constitutional rights. I got the right as a U.S citizen to legalize with notary service any document, and specially documents related directly with accusations against **JOE BIDEN** and addressed to the Federal Election Commission (F.E.C).

Horsens, Denmark
November 23, 2020

The Federal Election Commission – F..E.C:
**James E. "Trey" Trainor III** Chairman (Republican).
**Ellen L. Weintraub** (Democrat).
**Steven T. Walther** Vice Chair (Independent).
UPS postal receipts related with JOE BIDEN added to this email in *Appendices 1, 2 and 3.*

Below, text addressing U.S attorney general **William Barr** on November 11, 2020 about federal criminal **Joe Biden**.

To: US A.G William Barr.
CALLING U S PRESIDENTIAL ELECTION 2020 FRAUD!!!
We ask the following Florida State honorable federal chief judges' intervention
TO ENFORCE serving justice.
Kevin Michael Moore, Southern-FL. moore_clerk_applications@flsd.uscourts.gov
Timothy Corrigan Middle-FL. https://www.flmd.uscourts.gov/judges/timothy-corrigan-chief-judge
(Steven Merryday contacted before with Ron DeSantis, related to Nicole Montalvo's case and
Discrimination). Mark E. Walker Northern-FL. flnd_walker@flnd.uscourts.gov
The F.E.C (Federal Election Commission) is already in OBSTRUCTION OF JUSTICE hiding both
to American people and the D.O.J our accusations against Joe Biden on Federal Civil Rights
Statutes crimes.
We delivered to the F.E.C for disqualification on federal crimes Joe Biden THREE occasions,
first Joe-Biden & Cory Booker 06/06/2019 and two times 2020 Joe Biden & Rufus Gifford.
ALL officials linked to Barack Obama administration WITHOUT EXCEPTION, including Pte and
NUMBER TWO in rank Joe Biden, are accountable as FEDERAL CRIMINALS to the U S DOJ
involved in the case of U S citizen, FL. State MARIO HERRERA, who was tortured, kidnapped
and prosecuted without due-process in DENMARK, as well as, for depriving him RIGHTS TO
VOTE in 2012 https://www.youtube.com/watch?v=JDOfVKIaE88 where FBI-Miami knew full
time and tampered and obstructed justice.
We ask AGAIN the U S A G William Barr, TO STOP immediately OBSTRUCTION OF JUSTICE
and bring U S citizen JOE BIDEN to face federal crimes accusations in federal court in Fl  State
Accusers: U S citizen, FL. State, Mario Herrera and my wife Danish citizen Gitte Toldsted.
This letter is posted in the contact form of DOJ  November 11, 2020.
https://www.justice.gov/doj/webform/your-message-department-justice it will be video recorded for
mutual legal protection; sent to all judge chiefs in FL  State.
FL. Gov. GovernorRon.Desantis@eog.myflorida.com and both FBI washington.field@ic.fbi.gov  &
miami@ic.fbi.gov

Mutual legal protection video from above red ink text. Sent via the U.S Department of Justice's
website contact form, addressing U.S attorney general **William Barr**, to every single division of the
D.O.J. Made on November 11, 2020 by **Mario Herrera** and **Gitte Toldsted**:
https://www.youtube.com/watch?v=Tv9fEchjnTs&feature=youtu.be

We will fully cooperate **ONLY** with the U.S Marshalls.
F.B.I IS A MAIN PART OF THE CORRUPTION!!!
Asking Florida honorable federal chief judges to enforce U.S Marshalls to bring both federal
criminals U.S **Joe Biden** and **Rufus Gifford** to a federal court in Florida State.

Horsens, Denmark
November 23, 2020

The federal criminal statute that enforces Constitutional limits on conduct by law enforcement officers is 18 U.S.C. § 242. "Deprivation of rights under color of law", also 18 U.S.C. § 241 "Conspiracy Against Rights"; 18 U.S. Code § 1512. Tampering with a witness, victim, or an informant amount others.. Section 242 provides in relevant part:

> "*Whoever *(\*)*, under color of any law, ...willfully subjects any person...to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States [shall be guilty of a crime]."*

(\*) And that includes both U.S and State attorney generals, consuls, ambassadors, secretaries of State, FBI officers, Policemen, all U.S officials, even the U.S president and vice-president themselves, and even the **Judges or Marshalls** themselves**, or JOE BIDEN or BARACK OBAMA. Meaning every U.S official from top to bottom in front the State of Law**!!! Nobody is over the U.S Constitution neither the U.S Code.

**WHO is under the color of law?** Definition by the U.S DOJ means every single U.S official...

> "*For the purpose of Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim."*

> https://www.justice.gov/crt/deprivation-rights-under-color-law

**Joe Biden** has a lot of federal crimes to clarify with **Mario Herrera** and **Gitte Toldsted** BEFORE ever in his life to arrive at ANY federal position.
It is now up to the Florida federal judges to call us and **Joe Biden** and all those U.S State Department SENIOR officials, the corrupted F.B.I and those inside the U.S Department of Justice who have been obstructing justice against us for the last 10 years. And to bring also The Kingdom of Denmark.
It is up to these honorables Florida chief judges TO STOP the JUDICIAL-MAFIA-CARTEL that attorney generals are running there.

**FLORIDA GOVERNOR RON DESANTIS.**
GovernorRon.Desantis@eog.myflorida.com

This is the moment that the Florida governor **RON DESANTIS** must come clear in front of the American people and the justice, and stop DISCRIMINATION, in the same basis he did and intervened in the Florida case of **Nicole Montalvo**, (we don't dispute this case) and call for Florida A.G **Ashley Moody** to be removed and call the Florida judges to make open space

Horsens, Denmark
November 23, 2020

for the U.S Marshalls to take over all the more than 40 accusations we have sent to, and which have been hidden by, the Florida attorney general office (Under federal criminals **Bill McCollum – Pam Bondi – Ashley Moody**) in multiple accounts of violations of Federal Civil Rights Statutes (*See email, where Florida A.G. Ashley Moody's office declares Mario Herrera's case federal, in Appendix 5*). Or the governor himself must be arrested, because at this point, there are THREE Florida governors **Charlie Crist** (*See letter from Charlie Crist, declaring the case of Mario Herrera federal, in Appendix 6*), **Rick Scott** and **Ron DeSantis** involved in all this obstruction of justice we are denouncing here. Letter sent to the Florida governor **Ron DeSantis**, the honorable chief judge **Steven Douglas Merryday** of United States District Court for the Middle District of Florida, Chairman **Lindsey Graham** / Ranking Member **Dianne Feinstein** of the U.S Senate's Judiciary Committee and **Ariana Fajardo Orshan** ariana.fajardo.orshan@usdoj.gov is to be found in *Appendix 7* and UPS receipts are in *Appendix 8*. Both FL Gov. **Ron DeSantis** and U.S D.O.J Attorney for Southern Fl. **Ariana Fajardo Orshan** are holding back response, which is a real and clear act of obstruction of justice.

**THAT is the main reason** we have been **FORCED** to directly involve the honorable Florida federal chief judges mentioned above. We are asking to bring the U.S Marshall to take over all these cases on obstruction of justice. This is the moment where the Florida governor **Ron DeSantis** GovernorRon.Desantis@eog.myflorida.com) has to jump in publicly in front of TV CAMERAS (Like he did with the case of **Nicole Montalvo**) together with U.S D.O.J attorney from Southern-FL **Ariana Fajardo Orshan** ariana.fajardo.orshan@usdoj.gov and apologize to both **Mario Herrera** and **Gitte Toldsted**, to the honorables Florida federal judges and open publicly denounce the Florida office of the Attorney General **Ashley Moody** together with predecessors **Bill McCollum** and **Pam Bondi** for being in obstruction of justice for the last 10 years in the cases of more than 40 accusations against U.S officials form the U.S State Department, F.B.I, Hialeah Police, etc., to cover up the **Barack Obama** administration (Again **JOE BIDEN, RUFUS GIFFORD**, etc.). If Florida governor **Ron DeSantis** GovernorRon.Desantis@eog.myflorida.com fails to do so, he is not only in obstruction of justice but discriminating.
BRING JOE BIDEN TO FEDERAL COURT IN FLORIDA STATE!!!
Hialeah Police officers on duty, in uniform, Video recorded by U.S citizen in Florida State, **Mario Herrera**.
Hialeah Police Corruption. Hialeah Florida April 24, 2013.
https://www.youtube.com/watch?v=3tK4-MFgaZo

**Note:** *Around six months after this video, of our deposition twisted by these Hialeah Policemen in clear obstruction of justice - tampering against our will on our accusations, this same ROGUE policeman Antonio Luis (badge number: 1216) was the very same who assassinated the Hialeah resident Arturo Guzman inside his own house, shooting from outside through a window. Antonio Luis decided not to wait for professional SWAT policemen or SWAT negotiators' intervention. He decided to go against the police regulations and start shooting against Arturo Guzman inside his own house until he would be killed which is in clear violations of the U.S Constitution's 6th Amendment. Court records clearly state that it was Antonio Luis who initiated the shooting. Incredibly and against all odds, the JUDICIAL-MAFIA-CARTEL that is involved in Florida State today, the court found this policeman not guilty of any charge. U.S Constitution and Florida Constitution, Article I, Section 8. Section 9.*

**Horsens, Denmark**
**November 23, 2020**

We ask the Florida honorable judges to enforce the U.S Marshal to arrest and to prosecute, besides **JOE BIDEN**, also Hialeah police officers **Antonio Luis**-1216, **Carmen E. Montenegro**-1579 and Hialeah Police chief **Sergio Velazquez** and bring them to Florida federal court for multiple violations of Federal Civil Rights Statutes together with **Pam Bondi (Bill McCollum, Ashley Moody)** for obstruction of justice.

### THE U.S DOJ ATTORNEY, SOUTHERN FLORIDA STATE, ARIANA FAJARDO ORSHAN.

We already have sent a request to Southern Florida U.S DOJ attorney **Ariana Fajardo Orshan**, and now again for the second time with this document sent to the Florida federal chief judges. Before we contacted her together with the U.S attorney general **William Barr** and incumbent FBI director **Christopher A. Wray**. Fajardo. She is the person in my district in Southern Florida State, Miami-Dade county – City of Hialeah; the person in charge by the U.S D.O.J, supposed to facilitate and IMMEDIATELY order arrest of and prosecution against all these U.S officials accused of obstruction of justice by us in the U.S Department of Justice. But we have found this open publicly:

*"Miami's top federal prosecutor makes rare appearance in court —
for a minor traffic case".* By David Ovalle. November 12, 2019 06:00 AM.
https://www.miamiherald.com/news/local/crime/article237069719.html

**18 U.S. Code § 115.** *Influencing, impeding, or retaliating against a Federal official by threatening or injuring a family member .*
**18 U.S. Code § 1503.** *Influencing or injuring officer or juror generally.*

CLARIFYING NOTE: Please notice that David Ovalle is the very same journalist in our list of accusations delivered to the U.S Department of Justice, being behind The Miami Herald and the McClatchy Company, helping Florida State officials (***Bill McCollum, Pam Bondi, Ashley Moody***) in **obstruction of justice.** In a DISCRIMINATORY and RACIST way, The Miami Herald-McClatchy Company silenced **Mario Herrera's** case to the American public opinion and to our families in both Florida State and Denmark while favoring the case of Maryland State U.S citizens **Alan P. Gross and Judith Gross**. The order to silence **Mario Herrera's** case was dispatched by Associated Press, total silence according an EDITORIAL DECISION.
https://www.youtube.com/watch?v=xWkt3_yjc9I

We do not dispute the case of **Alan P. Gross** and **Judith Gross**. What we STRONGLY dispute is the DISCRIMINATORY treatment and the violation of the right to Free Speech towards **Mario Herrera and Gitte Toldsted**, denied under the **Barack Obama -Joe Biden administration**. **Alan P. Gross** and **Judith Gross** are NOT special more than us, and we are NOT special more than them. All what we are asking is to be given the same equal treatment, without distinction of race, age, sex or **RELIGION**, by both the U.S Department of Justice and the U.S State Department as well as by these Medias; especially as Associated Press and The Miami Herald-McClatchy company treated the **Gross** couple. (*Case related with our Associated Press-McClatchy Company accusations sent to the DOJ who intentionally silenced this case to cover up **Barack Obama-Joe Biden** administration*).

Horsens, Denmark
November 23, 2020

This is the same **ASSOCIATED PRESS** endorsing the FRAUDULENT election of JOE BIDEN and is lying to the American people about the most HUMOUNGUS election fraud in American history, carried out by the Democrat party in the U.S 2020 presidential election. A pure MAFIA-CARTEL!!! Pure Communism under cover, with the code word of "Liberals".

**We ask to these three Florida State Honorables Chief Judges.**
**What CHANCE do WE have to receive fair treatment and fair justice in U.S courts?**
WHAT CHANCE do I as U.S citizen together with my wife have according the 6th Amendment of the U.S CONSITUTION, when for example the DOJ U.S Attorney **Ariana Orshan Fajardo**, who we already requested in our letter sent also to the Florida Governor **Ron DeSantis** and the former Florida Middle District Chief Judge **Merreday** via UPS; she is KEEPING already in silence and letting FEDERAL CRIMINALS go at large like it has usually been done to us in the last 10 years???... Especially as this case involves **Barack Obama**'s administration, and **Joe Biden** as second in command inside this administration.


**LIST OF ACCUSATIONS.**

From 2010 to 2020 and counting... (*See list in Appendix 12*).
List of accusations sent to the U.S Department of Justice from 2010 to 2020.
ALL these U.S officials and collaborators have to be brought to face federal court.
All U.S State Department **SENIOR** officials related to the **U.S State Department Europe-Denmark-U.S embassy-Copenhagen**. From **Andrew T. Miller- Sandy Schmierer** to the more recent incumbents in 2020. From U.S ambassador **James P. Cain**-Consul **Marylinn W. Rowdybush**, including the Danish citizen **ANITA F. FUNCKE** (inside the U.S Consulate) who was in charge by orders of the U.S State Department to handle my case in front of Danish authorities both in court and towards the Danish Police, to today's incumbents U.S ambassador **Carla Sands**-Consul **Kristina L. Rabassa**.
ALL OF THEM already accused by us to the U.S D.O.J... but no action ever taken; not even any response equaling **TOTAL OBSTRUCTION OF JUSTICE.**

The team of U.S Consul **Marylinn W. Rowdybush-Anita F. Funcke**-Ambassador **James P. Cain**, U.S security officer **Jeff Howard** and FBI officer **Brian-Robert S. Mueller III**; they are **THE KEY** in all this obstruction of justice in this case in Denmark. They are the main federal criminals and **Barack Obama-Joe Biden** THE FACILITATORS. U.S consulate employee Danish citizen **Anita F. Funcke** was the same person who waited for almost one month to request the Danish police the reasons for the brutal arrest of American citizen, **Mario Herrera**; almost one month after we reported the case to the U.S Consulate on November 2, 2006, the morning after I was released form the Danish police Station (*I was not allowed to contact my embassy during the arrest*) and before to go to the hospital for evaluation of the pain in my shoulder, elbow, ribs and knees, etc. X-Rays of my dislocated shoulder, which eventually needed surgery, was sent to the U.S Consulate.

Just always remember that for 14 years, there has **NEVER EVER** been just one U.S official (*Anita F. Funcke is Danish*) from the U.S embassy, in Copenhagen, Denmark who has shown us the face, settled a meeting FACE TO FACE; not even the F.B.I who has offices located inside the U.S embassy facilities in Copenhagen, attending all Nordic Countries, and we called them so many times. NONE!!! PURE RACISM!!!

**Horsens, Denmark**
**November 23, 2020**

That is why all U.S officials inside and related to the Copenhagen Embassy, November 2, 2006 to the present 2020, have to be brought to Florida Federal court, without excuses; especially mentioning the U.S State Department senior officials, from **Condoleezza Rice-Hillary Clinton** to incumbent 2020 **Mike Pompeo**.

The only exception of not showing the face was when the U.S embassy security officer **Dimas A. Jaen**, under U.S ambassador **Laurie S. Fulton** and **Barack Obama** presidency (**Joe Biden**, etc) denied me as U.S citizen to abide to an appointment with the U.S Consulate and/or speak with FBI officers in the Embassy; DESPITE that I had a valid appointment made via the U.S State Department website (*See the appointment in Appendix 13*). Without any LEGAL explanation I, a U.S citizen, was SEGREGATED from entering my own Consulate. This has to be explained in front of a federal court OPEN PUBLICLY. It also has to be explained, how my Florida U.S senators, Florida governors and Florida A.G allowed this to happen without open their mouths.

We took pictures, videos and did an audio recording of this day at the U.S embassy in Copenhagen, Denmark. Posted here in Facebook. https://www.facebook.com/norightsforyou. And **Dimas A. Jaen** is the same person we identified taking the U.S ambassador **Laurie S. Fulton**'s dog to make poo around the lake close to the embassy, in working hours in Copenhagen, Denmark later the same day that we went to the U.S Consulate. I recorded him in the act, with my own phone when he passed in front of a cafeteria where a family friend, my wife and myself were sitting. This U.S State Department DOG-POO-PICKER was the very same U.S official, Latino like me (Shameful), that denied me as U.S citizen to enter in the Consulate of my own country, despite having an official appointment with the U.S State Department, who made us travel to Copenhagen for nothing and without any kind of LEGAL explanation of the reason for his SEGREGATION. This happened under the **Barack Obama** administration (**JOE BIDEN**). The question here is, WHAT did the FBI do about it? The answer is simple, the FBI is in OBSTRUCTION OF JUSTICE from day one. We want to bring to federal court in Florida State **JOE BIDEN**, **Robert S. Mueller III** and **Dimas A. Jaen**. We ask these Florida federal chief judges to ENFORCE the U.S Marshals to bring all these FEDERAL CRIMINALS to face justice.

So, the recent case, delivered to both U.S A.G **William Barr** and Florida A.G **Ashley Moody** of the U.S Consul in Denmark **Kristyna L. Rabassa**, is **NOT** a first-time offense and not an isolated event or a case of misunderstanding, it is a PATTERN, it has been done BEFORE, multiple times. Like the sabotage, delaying my U.S passport renewal under the ambassador **Rufus Gifford**, today 2020 Election Campaign deputy of **JOE BIDEN**, and whom we are also asking in front federal court under oath.
Always remember this is happening under **Barack Obama**'s administration-**Eric Holder-Robert S. Mueller III- Hillary Clinton-JOE BIDEN**!!!
**"USAStateDepartment Jan 28 2009 3/3"**
https://www.youtube.com/watch?v=tO8VCrxQ-kQ

## VICTIMS OF U.S OFFICIALS AND POLITICIANS.

In this section we are also addressing the **Victims/Witness Program** to whom we are sending also this document together with the Florida federal honorables chief judges:

Horsens, Denmark
November 23, 2020

**Helen Krapels**
General Counsel
United States Parole Commission
90 K Street NE, 3rd Floor
Washington, D C 20530-0001

We are also addressing the DOJ **Victims/Witness Program** in this document to guarantee us all existing programs to receive protection for me as U.S citizen and for my legal wife. But before we get into the lawyers swindling us; we want responding to the same lines of rights that the DOJ **Victims/Witness Program** states on their own website. https://www.justice.gov/uspc/victim-witness-program

Responding to each line of right in the **Victims/Witness Program** in to U.S citizen **Mario Herrera**'s case.
My Danish citizen wife, **Gitte Toldsted** is also a direct victim in this whole case inflicted on us by both U.S and Danish authorities. We have both repeatedly asked U.S senators to have a voice in front of the U.S senate. JUSTICE NEVER SERVED!!!

**The right to be reasonably protected from the accused.**
(*I WAS DENIED this protection. For start, the U.S State Department sent me to a Danish court with a Danish citizen **Anita F.Funcke**, who in first place got oath of allegiance to the Queen of Denmark; do the math! And no U.S official from the U.S embassy or Consulate in Denmark, NEVER EVER showed us the face. Not even the F.B.I, whom we contacted several times only by telephone. I was sold out to the Danish authorities by my own U.S government from DAY ONE!!! Until today 14 years later, NOT just one U.S official neither from the U.S State Department nor the F.B.I. or the U.S Department of Justice, have met us Face to Face!!!*)

**The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused.**
(*NO, I WAS DENIED. The only notice that we have ever received in 14 years from the U.S D.O.J. is the letter sent to our home in Denmark in 2013, which brought us to go to USA to make deposition in the Hialeah Police Department; and as you know this end up in obstruction of justice from the side of the Hialeah Police.* (See U.S DOJ letter in Appendix 14)).

**The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding.**
(*NO, I WAS DENIED. I have been systematically EXCLUDE from any public court proceeding by the U.S officials from both U.S D.O.J itself and from Florida State A.G for the last 10 years. The whole more than 40 accusations delivered by us to the U.S DOJ from 2010-2020 is calling for a federal court, open publicly…We have been EXCLUDED to have a voice from all kind of courts, and even from The U.S Senate, The U.S Congress, etc., by the following U.S Congress members, name by name:*
*Cory Booker, Marco Rubio, Rick Scott, Mel Martinez, George Lemieux, Ted Cruz, John Cornyn, Diana Feinstein, Lindsey Graham, also the late Arizona U.S senator John McCain and Virginia State Senator Richard H. Black. As well as Congressmen brothers Lincoln and Mario Diaz Balart. And three Florida governors, Charlie Crist, Rick Scott, Ron DeSantis. We have been addressing*

Horsens, Denmark
November 23, 2020

ALL OF THEM, and ALL OF THEM have **EXCLUDED** us in obstruction of justice. )

**The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding.**

*(NO, I WAS DENIED, Neither in Denmark, never in USA. For a start in Denmark under the supervision of the U.S State Department and the U.S embassy in Copenhagen, Denmark, I was unreasonable DENIED to be heard, even when the Danish policemen admitted in testimony that they knew I was an American Citizen. This testimony was delivered in the Clown-Kangaroo-Court celebrated in Copenhagen, Denmark where the Danish police hid the Danish prosecutor Jens Rasmussen's statement, which was in my own favor (See the statement in Appendix 9 and also quoted on page 19). This document was court evidence and it was hidden to both the jury and my own lawyer. Hanne Rahbaek (See Appendix 10 for Danish lawyer Hanne Rahbaek's written statement, stating that she never ever received the Danish police prosecutor Jens Rasmussen's statement). I was ALSO harassed and interrupted repeatedly by the Judge, Niels Foldberg. This was strongly protested by my lawyer Hanne Rahbaek, and ONLY thanks to her brave position, this triggered the intervention or only protest ever done from ANY U.S authorities; but THANKS only to my Danish lawyer. It was so obvious the RACISM from the side of this judge that the U.S Consul Marylinn W. Rowdybush; she was FORCED due my lawyer's strong complaint to write a letter of complaint about the judge in court, for to be on the same page as my lawyer. We are talking the same consul that NEVER EVER showed the face to us, neither to me nor my wife, in our multiple times visiting the U.S embassy-Consulate in Copenhagen, Denmark to deliver documentation. She simply never showed us her face in almost TWO YEARS when we were visiting there the embassy several times. How to explain this in front of a federal court?! That NOT one U.S Consul or Ambassador have ever shown the face to us, to clarify with us anything for the last 14 years now. PURE RACISM!!!*

*The letter protest by the U.S Consulate revealed another thing which we did not know before; that the person who was "handling" us all this time (almost 2 years) in the name of the U.S embassy-U.S State Department, ANITA F. FUNCKE was actually a Danish citizen, in other words, a SUBJECT of The Queen of Denmark, Margrethe II. How in God's name I could be ever REASONABLY HEARD. NOT in million years!!!, it was NOT a due-process.*

*It was a MOCKERY of justice from day one with the full approval of the U.S State Department-FBI.*

*Compare the treatment given to me, Mario Herrera in Denmark with the SPECIAL VIP treatment given by the U.S State Department-US government to Alan P. Gross in CUBA. We would like to know if Alan P. Gross was sent to Cuban courts with a CUBAN citizen on behalf of the U.S State Department; because HOW in God's Name, that can be DUE-PROCESS ever!!! Here, we are talking about the very same Cuba because of which the U.S government granted me Political Refugee status under the Cuban Adjustment Act of 1965, approved by the U.S Senate, and granted to me by decree of a judge in Miami-DownTown court. Both the U.S DOJ U.S Attorney General(s) and the Florida A.G(s) office; they are already (at the moment we write this) been in obstruction of justice for the last 10 years by hiding my case and more than 40 accusations. NO, JUSTICE NEVER SERVED BY ANY MEANS!)*

**The reasonable right to confer with the attorney for the Government in the case.**

*(NO, DENIED. What attorney?! As we say, NOT one attorney from the U.S Department of Justice or any other U.S official have ever spoken with us. "CONFER"? What the heck is that???!!! NO, NEVER!!! About regular lawyers, well in this document we are explaining how we were*

Horsens, Denmark
November 23, 2020

*robbed and swindled by these lawyers and their associates. NO, not just one lawyer either U.S federal, or at state level nor private ever have gave us any kind of legal counseling. Recently in 2020 and after 10 years with us pushing the Florida A.G office's we received a very short email message (See Florida A.G office email in Appendix 5) telling us that our case is FEDERAL and also referred us to contact the U.S A.G William Barr. - What a joke! The only thing you do is telling me that my case is FEDERAL, every 10 years!!! We already new that since 2010 when the Florida ex-governor Charlie Crist wrote to me (See Charlie Crist's letter in Appendix 6).. So, NOPE, the answer is NO: not a reasonable right to confer of any kind. In the email from Florida A.G Ashley Moody's office they MISLEAD us by sending us back to the CORRUPTED U.S State Department and they INTENTIONALLY forgot that the Hialeah Police is the FULL responsibility of the Florida State government, NOT the Federal Authorities. That is why we are also asking the arrest and prosecution of Florida A.G Ashley Moody. Pure federal criminals all these CROOKS, so called U.S officials attempting to hide one with another. It is a SICKNESS in today's America. Reasonable???... DOWN THE DRAIN with William Barr!!!. We are TIRED of contacting William Barr, Eric Holder, Jeff Sessions, Mike Mukasey, etc. That is why we are contacting, requesting and involving directly the FLORIDA FEDERAL CHIEF JUDGES and the U.S MARSHALS SERVICE mentioned in the beginning of this document, for them to TAKE OVER and TO ENFORCE, to bring all these FEDERAL CRIMINALS who are already in obstruction of justice to federal court. Enough BULLSHIT!!! We are tired of so much BULLSHIT and HYPOCRISY!!!*
*SERVE JUSTICE, OPEN PUBLICLY FEDERAL COURT, IS THE ONLY SOLUTION!!!)*

### The right to full and timely restitution as provided in law.

*(NO, what right?!. What RESTITUTION??? However The Queen of Denmark was RESTITUTED in New York courts on USA soil rather than me as U.S citizen, with 2.1 Billion dollars, while the U.S Department of Justice itself has been HIDDING my case for the last 10 years, from we sent the first package of 25 accusations including against Barack Obama and Hillary Clinton and to the most recent in 2020 against U.S Consul Kristian L. Rabassa. Call to testify the three U.S presidents, George W. Bush, Barack Obama and Donald J. Trump and also to the three Florida governors Charlie Crist, Rick Scott, Ron DeSantis and all these U.S senators mentioned in this document. That is the main reason why we are asking them;(Booker, Rubio, Rick Scott, Mario Diaz-Balart) to apologize, make open publicly denounce of The Kingdom of Denmark and pay RESTITUTION of 1 million dollars each of them to us, in exchange we will retire our accusations against them, or they will face federal court for multiple violations of Federal Civil Rights Statutes, the U.S Code and the U.S Constitution and PAY JAIL, as the law demands. What is it good for to write a LAW that nobody enforces. JAIL is loud and clear there. These U.S senators are treated like some kind of ROYALTY with blue blood. They are NOT, they are all accountable in front of justice. As a matter of fact, they are just stealing peoples TAXES in the face of the law and getting richer and richer. And the LAW SYTEM does nothing about it.)*

### The right to proceedings free from unreasonable delay.

*(Well, I was UNREASONABLY brutalized and UNREASONABLY arrested by the Danish police, without being allowed to contact a lawyer , my embassy, my family or a doctor, and I was strip-searched, mocked and in pain due to all the police brutality (READ the statement of the Danish prosecutor Jens Rasmussen in the Appendix 9, and you will see that the prosecutor DIDN'T buy the Danish policemen's FAIRYTALE. The statement, which by the way, as I already explained above, was hidden in two court processes, including the appellation) and the U.S embassy-U.S*

Horsens, Denmark
November 23, 2020

*State Department NEVER EVER protested this, but has kept in silence until today 2020, instead of*
*to request the Danish authorities WHY the Danish police did not allow me*
*to contact the American embassy, as it states in my U.S passport. This was in violation of the*
***Vienna Convention on Consular Relations of 1963***, *a mutual agreement where both U.S and*
*Denmark are signers. This was the video: https://www.youtube.com/watch?v=kxF9u8mnHo8 on*
*Vienna Convention took from the U.S State Department website back in 2006.* ***Just pure***
***DEMAGOGUERY and HYPOCRITAL RHETORIC.*** *I have been **UNREASANOBLY***
*discriminated and denied justice when the U.S Department of Justice itself and the whole U.S*
*government obstructed justice have been hiding our accusations.)*

### The right to be treated with fairness and with respect for the victim's dignity and privacy.

*(NOPE, NEVER treated with fairness nor respect. That is why I am asking to both these federal*
*judges and the **Victim/Witness Program**, as a U.S citizen that ALL RIGHTS that the U.S*
*government provides for people like me of ZERO INCOME must be provided to me by law TO*
*PROTECT me. For a start, for example, we ask these Florida federal honorable chief judges TO*
*ENFORCE the F.B.I TO STOP harassing my WIFI and my regular mail with the assistance of the*
*Danish police. I am appealing to ALL programs created by the U.S Congress under the Civil Rights*
*to protect American citizens like me, to be served a my disposition to provide fair trials and court in*
*against all these BIG SHOT corrupted U.S officials that we are denouncing here. I do not have the*
*money to pay a plane ticket, a Hotel, transportation in the obvious case that I will be called in*
*Florida court to testify. We hope these federal judges will STOP this corruption and subpoena in*
*front of a court, where I want to be present to face all these U.S officials at the time of their*
*depositions. Do you want to treat me fair? For a start, Do NOT allow the CORRUPTED F.B.I to*
*approach us or to touch any documentation related to this case and all these U.S officials, to*
*investigate. We strongly believe the F.B.I is going to destroy and alter information like they know it*
*was done in Denmark with the Danish prosecutor **Jens Rasmussen's** statement. **CALL THE U.S***
***MARSHALS!!!** The U.S Marshals have NO links with Danish authorities neither at the time to*
*request the Danish police, the Danish Minister of Justice to surrender ALL documentation,*
*including from the court cases, Danish policemen statements, etc., under **The Mutual Legal***
***Cooperation and Extradition Agreement***. *As well as from inside the U.S Department of Justice*
*itself, from **Mike Mukasey**, **Eric Holder**, **Jeff Sessions** to **William Barr**).*

ALL officials, **WITHOUT EXCEPTION**, linked to **Barack Obama's administration** at the
FEDERAL LEVEL, including the former **President himself** and NUMBER TWO in rank
**Joe Biden, the U.S State Department** and **F.B.I** are accountable as **FEDERAL CRIMINALS**
to the U.S DOJ together with those U.S officials at the STATE LEVEL for being involved in the
federal crimes against U.S citizen, from FL. State **MARIO HERRERA**, in **obstruction of justice**.
According **TITLE 18, U.S.C., SECTION 242**
https://www.justice.gov/crt/deprivation-rights-under-color-law

### AMERICAN LAWYERS IN OBSTRUCTION OF JUSTICE AND SWINDLING IN FEDERAL CASE.

We believe the American lawyers mentioned in this section are in obstruction of justice and in
conspiracy against rights, covering up high rank U.S officials, as well as they are swindling. **18 U.S.
Code § 1341 - Frauds and swindles**.

Horsens, Denmark
November 23, 2020

<u>Swindling</u> alone can imply a fine of One million dollars and up to 30 years in prison.
We ask maximum penalty for and maximum restitution from all these swindling lawyers.

**Brad Haskins** charged us money (***500 dollars; see receipt in*** *Appendix 15*) in the name of Pro-
Bonus, (*What kind of Pro Bonus is that?*). He knew two things for sure, as we told him and his
secretary this straight; we were low resources people and my case was fully federal.

This lawyer, **Brad Haskins** is apparently from the State of Texas and the man behind the company
**World Law Direct** http://www.worldlaw.eu/article/853/brad-haskins.html. We have him on an
audio recording in a telephone call from him to us, where he told us that the U.S State Department
officials, to whom he spoke, they recognized the wrong-handling of my case. You can listen for
yourself here: https://www.youtube.com/watch?v=_vtOtNZ-LO0&feature=youtu.be

Quoting lawyer **Brad Haskins**, as in the video link above:
*"I think the people in Washington (***Referring to the U.S State Department***) recognize that there's*
*some problem with the way this case was handle in Denmark. It is our sense that they actually*
*agree, the ones in Washington, that it was not handle well".*

Now, put together this testimony from the lawyer **Brad Haskins** with the Danish prosecutor **Jens
Rasmussen**'s declaration in the case against me in Denmark (the declaration which was hidden
from my lawyers and the jury in both the first and the second court (appeal process). THIS is how
justice is handled in Denmark, and this is how the U.S State Department lets down American
citizens by HIDING abuse and violations in their Human Rights report about Denmark. From 2006
to 2020, the U.S State Department has NEVER EVER published ANYTHING related to this case;
instead they ar presenting Denmark as a country which respects due-process and Human Rights.

If this case goes open publicly in a U.S federal court it will, of course, EXPOSE big time the
hypocrisy of the U.S government in regards to the so-called "Human Rights" and "Democracy".
THAT must be WHY all these U.S officials, with first hands the F.B.I, have been working SO
HARD to avoid this case coming to the knowledge of U.S federal judges. BECAUSE, now the ball
is in the side of FEDERAL JUDGES for them to decide or TO SERVE justice and stick with the
State of Law and the U.S Constitution; or TO CROOK together with the ROTTEN ones due to
POLITICAL INTERESTS. At this point, we have NO reasons to blame any judge, because we have
not been allowed to be in a court room during these last 10 years where we have been asking so.
BUT time will tell, until what level in the American Judicial System is the CORRUPTION. At least
we already know for sure, that it has reached the level of U.S Attorney Generals.

Two things stands out from **Brad Haskins** recorded testimony about the Federal officials inside the
U.S State Department. In addition to Besides that he implies that the State Department recognized
the wrong-handling of my case, he also imply that they knew that we were in the process in the
E.C.H.R, even though we DO NOT recall that we informed by any means the U.S embassy in
Copenhagen or the U.S State Department about it EVER. - If the U.S State Department already
knew already about this, it must have been SPYING on us. (We know that our communication and
regular mail in Denmark are being spied on and harassed on daily basis, and we are sure this is
coordinated by Danish PET services and the F.B.I. The Kingdom of Denmark would never dare to
harass and spy on any U.S citizen without first to consult the FBI with whom they work together
and collude with, on daily basis.)

Horsens, Denmark
November 23, 2020

We asked **Brad Haskins** to give us the names of the people he talked to in the U.S State Department, and we requested all information, documentation, etc. from those State Department officials, but then he DISAPPEARED with the money taken from us as "Pro Bonus" payment.

**Brad Haskins** knew that our case is **FEDERAL** from day one and he **SWINDLED** us, using U.S officials. He has to be brought to the Florida State federal court to identify WHO these U.S State Department officials were. We ask the Florida federal chief judges to dispatch an order of arrest and prosecution of U.S citizen **Brad Haskins** who is part of our accusation sent to the New Jersey Attorney General, **Gubir Grewal** in 2018 (regarding U.S senator **Cory Booker**'s federal crimes). This New Jersey A.G has been in total **obstruction of justice** since then, following exactly the same pattern as the A.Gs in Florida State **Bill McCollum-Pam Bondi-Ashley Moody** (and also California A.G **Xavier Becerra** and Maryland State A.G **Brian Frosh**). Neither of them have been RESPONDING nor REPORTING the case via the respective federal authorities' channels; they have just been in TOTAL AND CORRUPTED SILENCE and have hidden the case. All of them whipping their respective asses with the Federal Civil Rights Statutes and the U.S Constitution in THE FACE of the so called STATE OF LAW. It is obvious and without any discussion after so many YEARS have passed without an answer from these A.Gs, that we are in presence of both **Conspiracy Against Rights; Deprivation of Rights under the Color of Law** and **Tampering Against Witness**.... as a minimum. All these State A.Gs are clearly federal criminals and they have to be called in front of a Florida federal court.

Besides **Brad Haskins**; there are these other lawyers who swindled us with a **100,000** dollars claim: Buhk Law Firm and Associates. https://bukhlaw.com/



**Mr. Arkady Bukh**
https://www.cyberscoop.com/story/arkady-bukh-man-in-the-middle/
https://nyccriminallawyer.com/about/
**Mr. Daniel Kron, Esq** d.kron@bukhlawfirm.com
**Mr. Nick Wooldridge, Esq.**
**Mrs. Yulia Vangorodska**
https://www.nylitigationfirm.com/attorneys/

This lawyer firm also **SWINDLED** us. They made it a condition for us to receive justice, that we should give them 100,000 dollars before they would even start to work. **Arkady Bukh** and **Daniel Kron** both knew that my case is federal, while the associated **Daniel Kron** contacted us (in July 2020) on the basis of the application we made to them when we were in New York in the beginning of March 2020. As always, we had explained very clearly that our case is federal, just as we explained that we are low-income people, as a matter of fact, I have NO INCOME at all. We have the whole phone conversation with **Daniel Kron**, from July 30 2020, recorded (*the recording can be delivered upon request*).

## THE KINGDOM OF DENMARK

We are asking Florida federal judges to bring **The Kingdom of Denmark** to court to claim 2.1 Billion dollars in restitution.

Horsens, Denmark
November 23, 2020

The **Queen of Denmark Margrethe II** must be called to face justice in federal courts in U.S as the overall responsible for the torture, kidnapping and prosecution without due-process, for hidden evidence in Danish courts and for having a Danish citizen (**Helle Pøhl**) altering results, in obstruction of justice, inside the European Court of Human Rights (E.C.H.R); all against the U.S citizen **Mario Herrera**. Involving CORRUPT U.S officials in the process. We want to claim The **Queen of Denmark Margrethe II** in USA courts, to pay 2.1 billion dollars in restitution according the U.S First Amendment, to **Mario Herrera** and **Gitte Toldsted**, in the same way the Queen, as the executive power (according the Danish Constitution of 1953) for the Danish SKAT office, claimed **2.1 Billions dollars** in New York courts.

We will demand **2.1 billion dollars** in **RESTITUTION** from **The Kingdom of Denmark** just like the U.S Department of Justice hypocritically granted 2.1 Billion dollars to Denmark in a U.S New York court on U.S soil, MEANWHILE the same U.S Department of Justice was in OBSTRUCTION OF JUSTICE of more than 40 accusations which involve the whole Barack Hussein Obama administration.

The **U.S Department of Justice** has the **OBLIGATION** to guarantee justice served, fair trial and restitution according to the **U.S Constitution** on its own U.S soil first and foremost to me as **U.S CITIZEN** and not to any foreign **King**. 1st 6th and 14th **Amendment of U.S Constitution.**

**The founding fathers of the U.S Constitution condemned the King and wrote THIS Constitution, which we appeal to here in 2020, and these honorable Florida judges we mention here, they are now sitting on the shoulders of these giants" to Stop for good CORRUPTION in Florida State and USA and Make JUSTICE to be served!!!**

Under the **Mutual Legal Cooperation and Extradition Agreement** between Denmark and USA, under which the Danish citizen **Camila Broe** was already extradited (We do not dispute this case). Those U.S Florida State chief judges can ask for ALL documentation of the Danish police to be brought to U.S courts. Including asking the extradition of the Danish policemen **Nicolai Cederskjold** and **Anders Bitsch**, and E.C.H.R secretary **Helle Pøhl**, as well as to bring under oath to testify the Danish prosecutor **Jens Rasmussen** and the incumbent Danish Minister of Justice **Nick Hækkerup**.
(*We are asking to bing to US courts Danish prosecutor **Jens Rasmussen** under oath to testify – as well as my former Danish lawyer **Hanne Rahbaek**. The Danish prosecutor **Jens Rasmussen's** statement, which would have acquitted me of the false accusations in any courtroom, was hidden from my lawyers in the two court sessions in the case against me. We are delivering **Jens Rasmussen's** statement to the Florida federal judges in Appendix 9. And in Appendix 10, we are delivering **Hanne Rahbaek's** statement that she never had the document in her hands. This was a clear act of obstruction of justice and by consequences lack of due-process in Denmark. The FBI was immediately notified about this fraud, directly the FBI director Robert S. Mueller III).

## 2.1 BILLION DOLLARS.

The Kingdom of Denmark, equaling **The Queen of Denmark** as the executive power of the Danish Internal Revenue Service (a.k.a SKAT), was granted justice and 2.1 Billion dollars by the New York U.S District honorable Judge  **Lewis A. Kaplan.**

https://www.hugheshubbard.com/news/judge-confirms-initial-victory-for-denmark-in-2-1b-tax-

Horsens, Denmark
November 23, 2020

fraud-case **"Judge Confirms Initial Victory for Denmark in $2.1B Tax Fraud Case"**

As U.S Senate and Congress who represent ALL AMERICAN taxpayers, they have the obligation to strongly **DISPUTE** this case, regardless of our case in court. Because the American people cannot end up having to pay, with their taxes to a foreign Kingdom (Denmark), after any of these U.S companies involved probably end in bankruptcy or whatsoever, for a crime that in the first place was not even committed by American companies but was fully orchestrated WITHIN the Danish governmental authorities themselves by Danish officials, and which over the top also involves OTHER countries.

We believe that the only reason this happened is because The Kingdom of Denmark could the JUDICIAL CHAOS in America and the CORRUPTION of America's officials (e.g. F.B.I in Denmark), and that they (Danish companies) are using "legal" election campaign donations to CORRUPT U.S senators

(For example: **Cory Booker**, **Marco Rubio**, **Lincoln Diaz-Balart**, Any one else? They received money for THEIR OWN BENEFIT from the Danish company NOVO NORDISK, pharmaceutical business in New Jersey (*What are doing Florida U.S senators **Marco Rubio** and U.S Congressman **Mario Diaz-Balart** receiving money from companies from Denmark, located in New Jersey*). The U.S New Jersey senator Cory Booker's greed for money is publicly well known, and the pharmaceutical industry companies coming from Denmark are all located in his own state of New Jersey. All of these U.S Senators and Congressman knew the request and petition to them from U.S Florida citizen **Mario Herrera** and his wife **Gitte Toldsted** regarding this case in Denmark when they received campaign donations from Danish-owned company(ies).

We are however going to ask the U.S government and The Kingdom of Denmark for **2.1 billon dollars** each in restitution, in USA courts, on USA soil, like the Queen of Denmark and the Danish government did; for collusion in obstruction of justice, for justice to be served for all the damage **physically, psychological, economically, legal, and moral** inflicted on us by the collusion we believe has happened between both the U.S government and The Kingdom of Denmark for the last 14 years.

The Kingdom of Denmark's authorities will then NEVER EVER again dare to torture, kidnap, not allow contact to the U.S embassy and hide evidence in Danish court (*the Danish prosecutor **Jens Rasmussen's** statement. You can see the document in Appendix 9*) with the support and collaboration from the U.S State Department (*See only letter from U.S State Department - under George W. Bush's administration - to **Mario Herrera** in Appendix 11*) and the F.B.I.

Mario Herrera-Gitte Toldsted vs. U.S government. Restitution 2.1 billion dollars.
Mario Herrera-Gitte Toldsted vs. The Kingdom of Denmark. Restitution 2.1 billion dollars.

Who can blame us, that we will demand **2.1 billion dollars** in **compensation or remedy** just as the U.S DOJ already granted **The Queen of Denmark**'s Tax Authorities (SKAT) 2.1 billion dollars , meanwhile the same D.O.J has been in **OBSTRUCTION OF JUSTICE** in our case for the last 14 years to favor **The Kingdom Denmark???**

Claiming 2.1 billion dollars from the U.S government for obstruction it is nothing!!! Absolutely

Horsens, Denmark
November 23, 2020

nothing, compared with the federal crimes committed by these so called "Presidents" and U.S officials who should be right now in jail!!! (*Bring to federal court all our letters to The White House, to three U.S presidents* **George W. Bush, Barack Obama, Donald J. Trump.** *See Postal Services / UPS receipts in Appendix 16*).

That the Federal Civil Rights Statutes, the U.S Code and the U.S Constitution are FOR REAL equal for everyone as the rhetoric says, is a BIG FAT LIE, so far. The FACTS that we have seen in 14 years is a **JUDICIAL-MAFIA-CARTEL,** which only benefits a small group that falls under the so-called Special Interests.

This case of FRAUD, in New York court under the honorable judge **Kaplan**; never ever was investigated neither by the FBI nor the U.S Congress, coming especially as a lawsuit from authorities under the Queen of Denmark, a head of State. In the best MAFIA STYLE, it was given green-light to proceed by the U.S Department of Justice itself without even bringing the people involved to testify. A fraud that turned out to be initiated and executed by the Danish SKAT office's own official, named **Sven Nielsen,** and the U.K citizen **Sanjay Shah.** These two countries Denmark and United Kingdom, where who started the FRAUD (if it was real, neither the U.S Senate nor the FBI never ever have conducted investigation about it). The case by the Kingdom of Denmark was previously REJECTED by courts in the United Kingdom, with the explanation that at the time of the events both parties were totally LEGAL organizations, both the Danish SKAT office and the U.S business company. In other words U.K courts sent Denmark to **GO FLY A KITE,** because this was a FRAUD created in first place by the hand of the Customs and Tax Authorities of the Kingdom of Denmark (*Equivalent to the I.R.S in USA*). There are **Mutual Legal Cooperation Agreements** between both The Kingdom of Denmark and United Kingdom and USA; WHY then was neither the Danish citizen nor the U.K citizen brought to U.S courts in New York both to testify??? It seems that Denmark has its own Danish citizen put IN JAIL, hidden from public view, for he cannot give any testimony or be questioned by any court around the world.

WHY then the United States of America ended up paying the whole sum FOR ALL countries involved? It involved not only The Kingdom of Denmark and the U.K, but also CANADA, LUXEMBOURG and MALAYSIA... Why American Tax Payers will end up paying for crimes committed by foreign countries in the first place??? WHERE IS THE ROLE OF THE U.S CONGRESS and of course The F.B.I?... We believe that the F.B.I was in Denmark too busy covering up U.S State Department officials in obstruction of justice and in collusion with the Danish security service PET and the Danish police TO HARRAS U.S citizen **Mario Herrera** in his own house, because **Mario Herrera's** accusations can put A LOT OF both F.B.I and U.S State Department officers of high rank (including ambassadors) in JAIL for the next 25 years. And of course, it would also publicly and internationally expose the Queen of Denmark and the Something-is-rotten-in-Denmark, Hamlet style government of Denmark for collusion with U.S officials to violate U.S Constitution and Federal Civil Rights Statutes. (For example, countries like Hungary and Poland, would love to know what was really the fraud that a Danish official did within the E.C.H.R to commit obstruction of justice and to hide torture, kidnapping and prosecution without a due-process against a U.S citizen in Denmark).

Former ECHR judge **Mark E. Villiger** is requested in front a federal court in USA by us https://europainstitut.de/en/faculty-research/faculty/team-v/villiger. Danish citizen **Helle Pøhl** and Danish lawyer **Jan Schneider** https://advokat-schneider.dk/advokter/jan-schneider/, all of them requested to federal court under oath in USA. The case delivered to the U.S DOJ **Eric Holder** and

Horsens, Denmark
November 23, 2020

**Pam Bondi** directly by the hands of the former Florida governor **Rick Scott**. (Bring today U.S senator **Rick Scott** under oath to federal court).

## THE JENS RASMUSSEN DOCUMENT.

Below (*quoted on page 19*) is the statement of the Danish prosecutor **Jens Rasmussen**. The document with **Jens Rasmussen**'s statement was REMOVED from my Danish Police folder TO BLIND my lawyers and the Jury. **Jens Rasmussen** is a paramount witness to bring to testify in front of a U.S federal court, open publicly. This testimony was sent to the hands of the F.B.I Director, **Robert S. Mueller III** back in 2009. With this testimony of the police's PROSECUTOR himself and in my favor, I would be FREE of any charge even inside the CUBAN regime, if this case had happened in Cuba. Only, Cuba perhaps would have HIDDEN the document to the court, just like The Kingdom of Denmark DID!!! (*See the **Jens Rasmussen** document in Annex 9*).

The English translation of the Danish prosecutor **Jens Rasmussen**'s statement below is referring to my case with the Danish policemen **Nicolai Cederskjold** and **Anders Bitsch**. We have requested the extradition of these two policemen to the U.S Department of Justice under **Eric Holder-Barack Obama-Joe Biden-Hillary Clinton** since 2010. Notice how this Danish prosecutor basically is calling these Danish policemen LIARS!!! He didn't buy that the policemen were **ASSAULTED** by me by any means. The facts and reality is that I was the person brutalized and left handicapped for life and with PTSD by the Danish Police.

Now all these FEDERAL JUDGES in Florida State have open doors to request the Danish Minister of Justice, **Nick Hækkerup** to come to a Florida federal court to testify **under oath** and confront me and my wife (6th Amendment), and to request ALL the Danish police files in my case, under the **Mutual Legal Cooperation and Extradition Agreement** between Denmark and USA. NO MORE EXCUSES!!!

These two policemen, **Nicolai Cederskjold** and **Anders Bitsch**, tortured and kidnapped U.S citizen from Florida State, **Mario Herrera**, with the total cover up of the U.S government together with the Florida State government and its U.S senators who all just TO KEPT like big **COWARDS** in silence. Both Danish policemen where denounced and requested by us in the U.S Department of Justice to face justice in Florida State. The U.S government of **Barack Obama-JOE BIDEN** together and in-cahoots with the **F.B.I** and the **U.S State Department** have done everything possible and impossible in OBSTRUCTION OF JUSTICE to prevent **Jens Rasmussen**'s statement to be exposed in front of a U.S federal court together with these two policemen.

These two Danish policemen **Nicolai Cederskjold** and **Anders Bitsch** are still **at large**, just as they are free of facing FEDERAL justice. This because of **Barack Obama-Joe Biden-Hillary Clinton-Eric Holder-Robert S. Mueller** and all these CROOKED REPUBLICANS in Florida State who colluded with **Obama**'s administration; like **Marco Rubio, Rick Scott, Lincoln and Mario Diaz Balart, Bill McCollum-Pam Bondi-Ashley Moody**, etc... SHAME ON YOU!!!

Please note the text we have emphasized in bold red letters below in the Danish prosecutor **Jens Rasmussen**'s statement in his own words. Notice also how he wrote the word **"Assault"** between quotation marks, ironizing the Danish policemen's statements.

**Horsens, Denmark**
**November 23, 2020**

The Copenhagen Police
Legal Department K.
A. Heegaards Gade 1. 3., 1572 Copenhagen V
Tel. 33910910 / 4781 – Fax 33430067

File no.:                 0103-70300-00208-06
Date:
Officer in charge:  17490

The public prosecutor for Copenhagen,
Frederiksberg and Tårnby
Jens Kofods Gade 1
1268 Copenhagen K

+ annexes

Law firm
Tommy V. Christiansen
ANNEX NO. 1

PKN

ANNEX: 12

Please find attached the documents in the case against

Mario Herrera-Pradon
270263-3535
Korsorgade 32, 3.tv.
2100 Copenhagen

Who has been indicted for violation of sections 119 (1) and 121 of the Danish penal code.

Indictment is recommended in accordance with the attached undated indictment draft.

As justification for the recommendation, I refer to interviews with the wronged police officers, **Bitsch** and **Cederskjold** (annexes 3 and 4).

About the arrest immediately preceding the threats and manifestations please note that the reason for the arrest may seem weak. It would thus seem to be an arrest primarily motivated by the fact that the suspect did not want to take his hands out of his pockets while talking to the police about why he would not give his name. However, the two police officers had lawfully given this order, see the Danish Police Act section 5(2, no. 1), most likely for the sake of their own and possibly others' safety.

Moreover, the arrest manner - pacification by putting the suspect to the ground and handcuff him - may seem too excessive given the (weak) gravity of the situation.

Against this background, it is my assessment that during this case the matter of acquittal, sentence reduction or withdrawal of the indictment may become relevant, as the threats and statements – if the assumption is that the use of force was excessive – can hardly be said to be such that they are covered by the term "assaults".


Jens Rasmussen
District attorney
                    Kristian Braad Jensen
                    Assistant chief constable

Horsens, Denmark
November 23, 2020

- **WHY** WAS THIS DOCUMENT HIDDEN TO MY LAWYERS AND JURYS IN DENMARK'S COURTS???
- **WHY** BOTH THE U.S PRESIDENTS; THE **F.B.I** (DIRECTORS); THE U.S STATE DEPARTMENT-THE U.S EMBASSY IN DENMARK; THE U.S DEPARTMENT OF JUSTICE; THE U.S SENATORS-CONGRESSMEN; THE FLORIDA GOVERNORS TO WHOM WE HAS DELIVERED  PREVIEWSLY THIS DOCUMENT OF **JENS RASMUSSEN** DESCRIBED ABOVE, WHY HAVE THEY BEEN HIDING THIS DOCUMENT FOR THE LAST 10 YEARS UNTIL TODAY 2020, WHEN WE ARE NOW DELIVERING IT DIRECLTY TO THE HONORABLE FLORIDA FEDERAL CHIEF JUDGES???
- **WHEN** Florida incumbent governor CHARLIE CRIST told us back in 2010 to *"Please continue working with federal U.S. officials to resolve your concerns"* (*See the governor's letter in Appendix 6*), was he sending us into a **SET-UP** to drag us into the grabs of a **JUDICIAL-MAFIA-CARTEL** in obstruction of Justice??? Did the Florida ex-governor **Charlie Crist** report this case to the correspondent FEDERAL AUTHORITIES, since he acknowledged himself that the case is **FEDERAL???**
- **What** does CC (cas jaj in the bottom of this Florida governor **Charlie Crist**'s letter mean? Who **ELSE** registered and occulted this letter under this CC (Carbon Copy) statement???

*AN EXAMPLE:
https://www.youtube.com/watch?v=SKfriVEHPI8&feature=youtu.be
This video from my TWITTER ACCOUNT shows how we contacted the New Jersey U.S Senator, **Cory Booker** directly several times about my case, in PRIVATE MODE messages. As everybody know, this is only possible if both parties are agreeing to follow each other. We calculate that the U.S senator from New Jersey, **Cory Booker** and I followed each other for around 5 years (also applies to the former Virginia State Senator **Richard H. Black**). As you can see in the video, as an example, we sent copy of the **Jens Rasmussen** document explained above (both in Danish and English translation) to U.S senator **Cory Booker**. **Cory Booker** just decided keep this information away from the U.S senate, DENY us a voice in the congress and to reach out his hand to receive MONEY from the DANISH pharmaceutical company NOVO NORDISK located in New Jersey, putting them in his own pocket for his personal benefit to keep a seat in the U.S senate. THAT is called Conflict of Interests and Tampering Against Witness.

*(Also receiving money form Danish company **Novo Nordisk** and knowing about our case and our petitions to them, are **Marco Rubio** and **Mario Diaz-Balart**. - See our letter deal to U.S senators Congressman in Appendix 17).*

Both the Danish prosecutor **Jens Rasmussen** and Assistant chief constable **Kristian Braad Jensen** have to be brought to testify **under oath** in front of U.S federal courts, BECAUSE it is obvious that there was "*A HUMAN HAND*" in the background, in the service of **The Queen**, who extracted this document from the case file **TO KEEP BLIND** both my lawyers and the Danish jury. **Here, it must be clear to the judges that the F.B.I and the Danish Secret Service PET work extremely closely.** Only powers at this high level will dare to remove documents from a court process TO BLIND lawyers and juries. (*Always remember that according to the Danish Constitution, the*

20/25

Horsens, Denmark
November 23, 2020

*Danish Police is a direct EXTENSION of* **The Queen of Denmark, Margrethe II's** *hand, as executive power. We are NOT implying that* **THE QUEEN** *did this job herself, but it was DONE by people under the Queen's command, such as the PET and the Danish police. We have delivered e the Jens Rasmussen document to the Queen of Denmark* **SEVERAL** *times, but the Danish government has REFUSED to serve justice. That is why we ask:* **Mario Herrera-Gitte Toldsted vs. the U.S government and Mario Herrera-Gitte Toldsted vs. The Kingdom of Denmark** *for 2.1 billions dollars each in RESTITUTION, to be open publicly in front of a federal court. (See the case where* **Judge Kaplan** *granted the Queen of Denmark's, executive office SKAT, 2.1 billions dollars in compensation:* **"Judge Confirms Initial Victory for Denmark in $2.1B Tax Fraud Case"** *https://www.hugheshubbard.com/news/judge-confirms-initial-victory-for-denmark-in-2-1b-tax-fraud-case).*

## SUMMING IT UP

Our case must imply a **humongous legal purge** of U.S Senior officials within both the U.S State Department and the whole U.S embassy in Copenhagen, Denmark; most to be sent to federal court and new personnel must be brought in there. The same goes for dozens of FBI officers, including FBI directors **Robert S. Muller III** and **James Comey**, as well as officials inside **U.S State Department of Justice**, their **Civil Rights Commission** division, and several State Attorney Generals, including Florida State together with the Hialeah Police and the office of the Florida governor. **ALL OF THEM ARE ACCOMPLISHES!** And all these U.S officials must for sure be facing federal prison for the next **25 years**, minimum!

As a matter of fact the whole F.B.I should be DISMANTLED for good and the whole budget should be passed on to the U.S Marshals, the real and only State police from the beginning, since 1789. Today in 2020, all Americans know perfectly that the FBI is just CORRUPTED to the core, the most CORRUPTED and POLITICIZED institution today in USA's Judicial System, the source of all problems with corrupted U.S officials and receiving money, in conflict of interests, from foreign Kingdoms just like **Hillary Clinton, Cory Booker, Marco Rubio, Rick Scott, Mario Diaz-Balart**. This happened meanwhile all of them were in obstruction of justice in **Mario Herrera** case with Denmark and favoring "special" citizens **Alan P. Gross**, and even giving him 3.2 million dollars in compensation, when he was actually caught with both hands in the cookie jar in CUBA, the same country from which the USA received me as POLITICAL REFUGEE... **BUNCH OF HYPOCRITES!!!**

We say again, this is NOT about political parties, it is about Justice and Law; it is first and foremost about the U.S Constitution. We are asking **Joe Biden** and **Rufus Gifford, Ashley Moody, Pam Bondi, Bill McCollum**, etc. in front of a federal court; and also **Cory Booker, Marco Rubio, Rick Scott** and **Mario Diaz-Balart** unless the accept our deal sent to them (*See the deal proposal in Appendix 17*). **NOBODY CAN BE OVER U.S CONSITUTION, NOBODY!!!**

As accomplishes with **The Kingdom of Denmark**, both the **U.S State Department** and **The F.B.I** have DONE EXACTLY as the Cuban Communist Regime has been doing, since 1959, to all Cuban people who does not comply with the political agenda of the Cuban Communist regime: **Brutal arrests; Prosecution without Due-Process; Hidden evidences in court; and Denying Mario Herrera as U.S citizen to vote in the 2012 U.S presidential election**\*. The ONLY difference is that my case now **DIDN'T** happened in Cuba, but in **THE KINGDOM OF DENMARK** and it has

**Horsens, Denmark**
**November 23, 2020**

been covered up with the full and total approval of the U.S GOVERNMENT, including the so called first "**BLACK**" president, the first "**BLACK**" U.S attorney general and the first "**BLACK**" New Jersey U.S Senator, and of course with very special distinction to both the **U.S State Department** and the **Federal Bureau of Investigation** (F.B.I).

*(Bring open publicly in a federal court, **Mario Herrera's** email, sent to the FBI Miami miami@ic.fbi.gov, about the **Miami-Dade Election Department** denying **Mario Herrera** his right to vote in 2012, under the **Barack Obama-Joe Biden** administration. Also ALL emails sent by **Mario Herrera** to the FBI washington.field@ic.fbi.gov and miami@ic.fbi.gov. Listen here to the recording with the Miami-Dade Election Department, where I request WHY my absentee ballot was not sent to me in Denmark: https://www.youtube.com/watch?v=JDOfIKIaE88). And this was NOT the first time that I requested the Miami-Dade Election Department, here in 2010: https://www.youtube.com/watch?v=l8hTzFci7g. This happened several times before. It was a plan to deny me my rights to vote while I was outspoken against the **Barack Obama-Joe Biden** administration).*

We want an open public response to this in front of a federal court. - Yes, we are **OUTRAGED** to see how Justice in America is so HYPOCRITICAL and RACIST and DISCRIMINATORY!!! Here, I caught the **U.S Commission on Civil Rights**, www.usccr.gov, in a recording of a phone call, where they (**to our surprise**) admitted to us that they **ALREADY** had my case there in their possession. FOR GOD'S SAKE!!! This was on **October 12, 2011:** https://www.youtube.com/watch?v=TWHFAO0PrZo . And since then, and still now in 2020, when we are addressing to the Florida federal chief judges, the case is still HIDDEN in a DRAWER in the U.S D.O.J!!! **JUSTICE NEVER SERVED!!!**

Oh yeah! IF this case goes open public in a federal court, as the U.S Constitution 6th Amendment states, a lot of BUSINESS-CAREER-U.S-OFFICIALS will lose their **Federal-Criminal-Modus-Vivendi**, STEALING American people's **TAXES** and they will have to go straight to JAIL for minimum 25 years!!! And THAT is for sure why my case has been HIDDEN and OBSTRUCTED from getting in a U.S federal court, (*which is all we have been asking for the last 10 years*). Meanwhile the Queen of Denmark gets justice in (and 2.1 billion dollars) under the U.S Constitution in New York courts; before me as U.S citizen. And this is even happening right up in the faces of the U.S Department of Justice, the U.S senate and my Florida governors... **A BUNCH OF HYPOCRITES!!!**

We are asking these honorables federal chief judges; to immediately **STOP** for good all these U.S officials and this JUDCIAL-MAFIA-CARTEL style which is running today in both Florida State and the whole Union. We ask to these honorables federal chief judges mentioned at the beginning of this document, that you **GET OUTRAGED**, as we quote U.S Constitution founding father, **Benjamin Franklin**:

**"Justice will not be served**
**until those who are unaffected**
**are as OUTRAGED as those who are."**

Horsens, Denmark
November 23, 2020

From our side, the U.S Marshalls www.usmarshals.gov will be more than welcome to take over the full investigation of Denmark and U.S officials within the U.S State Department, the F.B.I, the U.S Congress, the U.S Florida A.G's office and the Hialeah Police, to bring the case to the table of Florida's federal chief judges.

## WE WILL NOT COLLABORATE WITH THE F.B.I.
## THE F.B.I SEEMS TO BE CORRUPTED TO THE CORE!

The three honorables Florida chief judges and the U.S Marshal Service Director will receive this letter by regular mail via UPS.

Only the honorables judges and the U.S Marshal Service Director will receive more documentation related with both **The Kingdom of Denmark**, (*related with extradition and Danish prosecutor Jens Rasmussen. See the Jens Rasmussen document in Appendix 9*); the U.S State Department and the U.S Department of Justice, F.B.I which all are directly related with **Mario Herrera**'s case of torture, kidnapping and prosecution without due-process in The Kingdom of Denmark done with the full support and collaboration of the U.S State Department, F.B.I and also the U.S Department of Justice.

Copy of this letter will be also sent to **Ariana Fajardo Orshan**, DOJ U.S Attorney, Southern District of Florida and the **U.S Department of Justice**'s office of **Victims and Witness Program**, to whom we ask to be supplied with ALL U.S government programs to guarantee me a fair and just court trial to confront my U.S official accusers and those U.S officials who collaborate with my accusers to commit obstruction of justice.

I have been a zero income person for the last almost 14 years due to that the police here in Denmark left me handicapped for life and suffering from PTSD; all well-documented by doctors. I have undergone surgery in my left shoulder and arm on three occasions – and still counting. All is well documented with medical documentation to be presented in a federal court. This includes documentation from a full examination made in the Cedar Medical Center in Miami, Florida (Today, University of Miami Hospital) shortly before I left USA to go to Denmark, and this proves that I was a completely healthy man when I left U.S territory and entered in Denmark in 2005.

1 centimeter of bone was surgically removed from my left shoulder as the only solution to stop the pain. Subsequently. I have had to undergo surgeries in my left elbow and my left hand due to pain and to compensate for the removal of bone in the left shoulder. Today, I have sequels that affect almost the entire left side of my body, including the left side of my neck, my left hip and knee.

I should not be a social charge to the U.S government system because of crime committed by the Kingdom of Denmark with subsequent full obstruction of justice by the **Barack Obama** administration, including **JOE BIDEN**.

We attach letter (*in Appendix 17*) sent to both U.S senators New Jersey **Cory Booker**, Florida **Marco Rubio** and **Rick Scott** and Florida U.S Congressman **Mario Diaz-Balart** offering them a

Horsens, Denmark
November 23, 2020

deal for us to retire our accusations against them in front the U.S DOJ. They will have to publicly apologize to us, our families members, U.S federal judges and all American people, to pay us fair restitution and publicly denounce the acts of The Kingdom of Denmark in the case of U.S citizen, **Mario Herrera**. Details of the deal will only be delivered to the Florida honorables chief judges (**Kevin Michael Moore** – **Timothy J. Corrigan** – **Mark E. Walker**), The U.S Marshals Service Director - **Donald W. Washington**, the DOJ U.S Attorney for the Southern District of Florida - **Ariana Fajardo Orshan** and Chairman of U.S. Senate Judiciary Committee – **Lindsey Graham**. **Cory Booker**, **Marco Rubio**, **Rick Scott** and **Mario Diaz-Balart** are of course always welcome and free not to accept the deal and to contend our accusations open publicly in front of a federal court under the 6th Amendment, as we will then ask.
(This deal will not apply to **Lincoln Diaz-Balart**, **Mel Martines**, **George Lemiux** and **Bill Nelson**, they with have to deal with our claims of federal justice separately).

Now we should all be in the same page here. And we will be awaiting response from Florida's honorable federal chief judges **Kevin Michael Moore**, **Timothy J. Corrigan** and **Mark E. Walker** and for **U.S Marshals Service** to start working with them.


Sincerely.

Mario Herrera and Gitte Toldsted.
Hjortevej 2.
Horsens. 8700.
Denmark.

Personal information:

**Mario Herrera**
Social Security Number: 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.
February 27, 1963.
U.S. passport: 530690033

*November 23/2020*

_____
MARIO HERRERA
USA citizen. Hialeah, Florida.

**Gitte Toldsted**
Danish citizen
Danish passport: 207486023

*NOVEMBER 23/2020*

_____
GITTE TOLDSTED
Danish citizen (and Mario Herrera's wife)

Horsens, Denmark
November 23, 2020

## Appendices

| No.: | Content: | Date: |
|------|----------|-------|
| 1 | UPS recipes for sending **Joe Biden – Cory Booker** denounce to the F.E.C (Federal Election Commission) in July 2019. | Sent 06/04/2019<br>Delivered 06/06/2019 |
| 2 | UPS recipes for sending **Joe Biden** denounce to the F.E.C (Federal Election Commission) in February 2020. | Sent 02/02/2020<br>Delivered 02/05/2020 |
| 3 | UPS recipes for sending **Joe Biden – Rufus Gifford** denounce to the F.E.C (Federal Election Commission) in August 2020. | Sent 08/09/2020<br>Delivered 08/12/2020 |
| 4 | Email correspondence with the **American Embassy in Copenhagen, Denmark** regarding Notary Service appointment. | Period 07/28/2020 – 08/04/2020 |
| 5 | Email from the Florida Attorney General, **Ashley Moody**'s Office to **Mario Herrera**, declaring his case federal. | Dated 11/08/2019 |
| 6 | Florida Governor **Charlie Crist**'s letter to **Mario Herrera**, declaring his case federal. | Dated 03/11/2010 |
| 7 | Letter sent to the Florida governor **Ron DeSantis** and Florida U.S Attorney **Ariana Fajardo Orshan**. | Dated 07/07/2020 |
| 8 | UPS recipes for letter sent to **Ron DeSantis** and Florida U.S Attorney **Ariana Fajardo Orshan**. | Sent 07/07/2020<br>Delivered 07/10/2020 |
| 9 | The Danish prosecutor, **Jens Rasmussen**'s statement; Danish original and English translation. This document was hidden from the Danish court and **Mario Herrera**'s lawyers twice. | Not dated |
| 10 | Defense lawyer **Hanne Rahbaek**'s statement, that she never saw prosecutor **Jens Rasmussen**'s statement until <u>after</u> the case against **Mario Herrera**. | Dated 04/15/2008 |
| 11 | Letter (the only one) from the U.S State Department, **Andrew T. Miller**, European Division Chief (under George W. Bush administration) to **Mario Herrera**. | Dated 01/13/2009 |
| 12 | List of accusations | 2010 - 2020 |
| 13 | **Mario Herrera**'s official appointment at the American Embassy in Copenhagen, Denmark in 2012. | Date 09/04/2012 |
| 14 | Letter from The **U.S Department of Justice**, Civil Rights Division to **Mario Herrera**, referring us to FBI or the local police. | Dated 02/28/13 |
| 15 | **World Law Direct** receipt for Mario Herrera paying 500$ | Dated 10/14/2009 |
| 16 | Postal Services / UPS receipts for **Mario Herrera** and **Gitte Toldsted** sending letter request to three American Presidents: **George W. Bush**, **Barack Obama**, **Donald J. Trump** | Period 2008 – 2020 |
| 17 | Legal deal offer for New Jersey Senator **Cory Booker**, Florida Senator **Marco Rubio**, Florida Senator **Rick Scott** and Florida State Congressman **Mario Diaz-Balart**. | Dated 11/23/2020 |



**UPS**

W520 053 248 2

WAYBILL / TRACKING NUMBER

**WAYBILL**
(Non-Negotiable)

---

1 Shipper's UPS Account No.    Shipper's V.A.T. No.

110X68

Name Of Sender    Telephone No. (Very Important)

MARCO HERRERA  +45 2322 7677

Company Name And Address

HORTENSVEJ 2,

HORSENS

Postal Code (Very Important)    Country

8700    DENMARK

---

2 Receiver's UPS Account No.    Receiver V.A.T. Registration Number

Contact Person    Telephone No. (Very Important)

ELLENI WENDIMU  +1 202 694-1100    Residential ☐

Company Name And Address

FEDERAL ELECTION COMMISSION

1050 FIRST STREET, NE

WASHINGTON, DC

Postal Code (Very Important)    Country

20463    USA

---

3 PAYMENT OF CHARGES (not all options available to/from all countries)

Bill Shipping Charges To:
Shipper (S) ☒    Receiver (R) ☐    Third Party (T) ☐

☐ Credit Card (Shipper only)

Enter UPS Account No. (Third Party) or enter credit card (Shipper only)

Bill Duties & Taxes To:
Shipper (S) ☒    Receiver (R) ☐    Third Party (T) ☐

---

4 SERVICE LEVEL    MARK "X"    UPS USE

| Express Plus | ☐ | 1+ |
| Express | ☐ | 1 |
| Express Freight Midday | ☐ | 1 |
| Express Freight | ☐ | 1P |
| Express Saver | ☒ | 1P |
| Expedited | ☐ | 2 |
| Standard | ☐ | |

---

5 SHIPMENT INFORMATION

☒ UPS Party Freight

☐ Mark "X" if All Packages/Pallets Are Same Size & Weight

DOCUMENTS

---

6 OPTIONAL SERVICES (See Instructions)

☐ UPS NA1

☐ Saturday Delivery

---

The shipper agrees to the UPS Terms and Conditions set out on the reverse of the Shipper's Copy of the Waybill.

7 DATE OF SHIPMENT    SHIPPER'S SIGNATURE

040418

---

UPS USE

Returned For UPS By    Date    Time

LWM    4-6-14  18

Amount Received    DKK  340,80

SHIPPER'S COPY

Appendix 1

Appendix 1

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
W5200532482

**Weight**
0.30 KGS

**Service**
UPS Express Saver®

**Shipped/Billed On**
04-06-2019

**Delivered On**
06-06-2019 13:38

**Delivered To**
WASHINGTON, DC, US

**Received By**
POLK

**Left At**
Front desk

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 06-06-2019 14:54 EST

Vægten på denne label angiver det VÆGT-INTERVAL din pakke tilhører.Dette betyder at den påførte vægt IKKE er den samme som den fysiske vægt du har bestilt, og en eventuel afvigelse derfor er normalt.Se evt din ordrehistorik for yderligere bestillings-detaljer. Alle pakker scannes og vejes iht. den oprindelige bookning

MARIO HERRERA
23237677
MARIO HERRERA
HJORTEVEJ 2
8700 HORSENS
DENMARK

**0.5 KG**   **ENV**   **1 OF 1**

SHP#: W846 31TH D3K
SHP WT: 0.5 KG
DATE: 02 FEB 2020

**SHIP TO:**
CAROLINE C. HUNTER
2026941100
FEDERAL ELECTION COMMISSION
1050 FIRST STREET NE
**WASHINGTON  DC 20463**
**UNITED STATES**

# MD 201 9-83

**UPS SAVER**
TRACKING #: 1Z W84 631 04 9320 0246

**1P**

BILLING: P/P
DESC: Document

**EDI-DOC**

Dealer No.: #930266#144#0.5/0

XOL 20.01.33      NV45 83.0A 12/2019

Appendix 2

Case 4:20-cv-00555-AW-MAF   Document 1   Filed 11/25/20   Page 29 of 161

Appendix 2

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZW846310493200246

**Weight**

0.50 KGS

**Service**

UPS Express Saver®

**Shipped/Billed On**

02-02-2020

**Delivered On**

05-02-2020 14:25

**Delivered To**

WASHINGTON, DC, US

**Received By**

ADREN

**Left At**

Receiver

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 23-02-2020 3:25 EST

MARIO HERRERA
23237677
MARIO HERRERA
HJORTEVEJ 2
8700 HORSENS
DENMARK

**0.5 KG**     **ENV**     **1 OF 1**

SHP#: 950R 86VB 74R
SHP WT: 0.5 KG
DATE: 09 AUG 2020

**SHIP TO:**
JAMES E. TRAINOR III
2026941100
FEDERAL ELECTION COMMISSION
1050 FIRST STREET NE
**WASHINGTON  DC 20463**
**UNITED STATES**

**MD 201 9-83**

**UPS EXPRESS**                                          **1**
TRACKING #: 1Z 950 R86 66 9685 7723

BILLING: P/P
DESC: Document

**EDI-DOC**

XOL 20.08.05          NV4S 31.0A 07/2020

Vægten på denne label angiver det VÆGT-INTERVAL din pakke tilhører.Dette betyder at den påførte vægt IKKE er den samme som den fysiske vægt du har bestilt, og en eventuel afvigelse derfor er normalt.Se evt din ordrehistorik for yderligere bestillings-detaljer. Alle pakker scannes og vejes iht. den oprindelige bookning

Appendix 3

https://www.ups.com/WebTracking/track?loc=en_DK&requester=...                    Track Your UPS Shipment | UPS - Denmark

Appendix 3

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z950R866696857723

**Weight**
0.50 KGS

**Service**
UPS Express®

**Shipped/Billed On**
09-08-2020

**Delivered On**
12-08-2020 10:11

**Delivered To**
WASHINGTON, DC, US

**Received By**
BRONNER

**Left At**
Receiver

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 14-08-2020 2:14 EST

Appendix 4

# Fwd: Notary Appointment at U.S. Embassy Postponed

Yandex.Mail

August 4, 2020 6:29 PM
**From:** «Panfilo» <elmayo@yandex.com>
**To:** talango@yandex.com

-------- Forwarded Message --------
**Subject:** Notary Appointment at U.S. Embassy Postponed
  **Date:** Tue, 4 Aug 2020 13:07:52 +0000
 **From:** Copenhagen, ACS <CopenhagenACS@state.gov>
    **To:** elmayo@yandex.com <elmayo@yandex.com>
   **CC:** Copenhagen, ACS <CopenhagenACS@state.gov>

Dear Mr. Herrera:

Thank you for reaching out to our offices to request an appointment for a notarial service. I am the Consul at the U.S. Embassy in Copenhagen and am writing to you personally to inform you that your appointment scheduled for August 6 has been postponed. The reason for this postponement is that during past interactions at the U.S. Embassy in Copenhagen you have used abusive language and threatened U.S. Embassy staff.

We take this matter seriously and are carefully evaluating your request for access for a notarial appointment. We recognize that it has been over two years since you last interacted with our office and that your personal circumstances may have changed since that time. You are welcome to provide information in response to this message that you believe may be helpful as we evaluate your request for an appointment (eg, personal statement regarding your current situation, etc). However, you are not required to send anything and your request will receive full and fair consideration with or without additional documentation from you.

I regret the inconvenience and trust you understand that there is nothing more important to me than the safety of my team. I will notify you the moment a final decision has been made regarding your request for a notary service at the U.S. Embassy.

Sincerely,

**Kristyna L. Rabassa**
Consul
U.S. Embassy Copenhagen I Denmark
Website: https://dk.usembassy.gov

**Fwd: Your upcoming appointment**

Appendix 4

Yandex.Mail

---

August 4, 2020 2:11 PM
**From:** «Panfilo» <elmayo@yandex.com>
**To:** talango@yandex.com

-------- Forwarded Message --------
**Subject:** Your upcoming appointment
   **Date:** Tue, 4 Aug 2020 09:36:49 +0000
  **From:** Copenhagen, ACS <CopenhagenACS@state.gov>
     **To:** elmayo@yandex.com <elmayo@yandex.com>

**NOTARIAL Upcoming Appointment**

This e-mail is regarding your upcoming  American Citizen Services appointment at the U.S. Embassy.
Please note that this appointment is for **Notarial**, and is NOT a Visa appointment

> The U.S. Embassy in Copenhagen has no greater responsibility than the safety and security of
> U.S. citizens in the Kingdom of Denmark.  In light of COVID-19, the U.S. Embassy in Copenhagen
> has limited the number of daily appointments in order to make it safe for you and your family to
> come to the Embassy.  Social distancing measures will be strictly enforced in the waiting room at
> the U.S. Embassy.
>
> To minimize the risk of exposure and transmission of the COVID-19 virus, if you have had
> any of the symptoms listed below **within 10 days of your scheduled appointment** or
> have any other illness that may be contagious - such as a common cold - you must
> reschedule you appointment. You will not be permitted to entry the U.S. Embassy if you or
> anyone in your party is ill.
>
> - Fever
> - Shortness of breath or difficulty breathing
> - Cough
> - Sore throat
> - Loss of sense of taste or smell
> - Headaches or body aches
>
> If you have any of the symptoms listed above or have any other illness that may be contagious -
> such as a common cold - you must reschedule your appointment.  You will not be permitted to
> enter the U.S. Embassy if you or anyone in your party is ill.
>
> The Day of Your Appointment
> **Temperature Taking**
> On the day of your appointment, prior to coming to the embassy take your temperature at home to
> ensure you do not have a fever.
>
> **Face Covering**
> Anyone age 4 and older must wear a face covering upon entering the embassy, which may be
> removed once at the interview window. You are required to provide your own face covering. **You
> may be denied entry if you do not have a face covering on the day of your appointment.**
>
> After Your Appointment
> **Expect Significant Passport Processing Delays**
>
> Expect delays to receive your new passport.  The printing facilities in the U.S., which print the

> physical passport books for U.S. citizens worldwide, recently reopened with reduced staffing and
> are working through a backlog. If you prefer to wait to schedule an appointment when passport
> operations are fully operational again you may do so. Please monitor our website for up-to-date
> information on passport operations.

**Travelers Recently Arrived from the United States Seeking Appointments at the Embassy:**
Danish government authorities strongly encourage any travelers arriving in Denmark from the United
States – which is currently classified as a "banned country" – to self-quarantine for 14 days upon
arrival in Denmark. To mitigate the health risk to embassy visitors and staff, travelers from the United
States will be permitted to schedule an appointment at the U.S. Embassy in Copenhagen only if it has
been 14 days or longer since your arrival from the United States or any other country which the
Danish Ministry of Foreign Affairs has advised against all non-essential travel. If you have been in
Denmark less than 14 days and have a true life-or-death emergency which requires an in-person
appointment contact us at CopenhagenACS@state.gov to discuss.

**Appointment Availability**

> **SWEDEN – Denmark's border remains closed, therefore** applicants residing in Sweden
> who are not Danish citizens should wait to schedule an appointment **at the embassy until
> border restrictions are lifted. Visiting the U.S. Embassy in Copenhagen IS NOT listed as a
> "worthy purpose" of travel per the Danish National Police website, thus applicants risk
> being prohibited entry to Denmark.**

Due to the large number of applicants, our appointment calendar fills very quickly. Therefore, if you
are unable to attend your interview, please ensure that you cancel the appointment so that it
becomes available for others.

**Security Procedures at U.S. Embassy Copenhagen**
- Please have a form of **photo identification** available to present to the guard. Once verified, the
  guard will begin the security scanning process, which is similar to that of most international
  airports.
- When **entering the security area**, the guard will ask you to empty your pockets of all metal
  items and electronic items, no matter what size and shape – this includes USB drives. Belts with
  a metal buckle must also be removed.
- Due to security restrictions, no portable computers, iPads, eReaders (such as Kindles or
  Nooks) and large bags (back packs, suitcases, etc.) are allowed in the embassy. These
  items cannot be stored with the guards. If you bring a large electronic item, you will not
  be permitted entry and will need to reschedule your appointment.
- **No liquids** are allowed in the Embassy.
- All **small electronic items**, such as mobile phones, iPods, MP 3 players and USB keys, must
  be left with the guards. The items stay in the security area, where you may recover them upon
  your departure. The guard provides a receipt for your items. It is very important that you only
  bring the most necessary electronic items to the Embassy.
- Knives and other weapon-like items are prohibited in the Embassy. If you have a knife or
  other weapon like item on your person or in your baggage, you must tell the guard. Any knife or
  other weapon like item found by the guard during the search will be confiscated and turned over
  to the Danish police.
- After emptying your pockets, please **walk through the metal detector**. If cleared by the
  detector and the guard, you continue forward and may recover your non-electronic items.

Per October 1, 2017, U.S. Consular Sections are no longer able to accept Social Security
Applications if the child is under 12 years old. For information on how to apply for a Social Security
Number, please contact the Federal Benefits Office at the U.S. Embassy in Oslo, Norway.

**The American Citizen Services reserves the right to re-schedule your appointment if you do
not have all the required documents with you.**

Thank you,

**American Citizen Services**

Appendix 4

# Fwd: Regarding urgent legalization

Yandex.Mail

August 4, 2020 2:10 PM
**From:** «Panfilo» <elmayo@yandex.com>
**To:** talango@yandex.com

-------- Forwarded Message --------
**Subject:** RE: Regarding urgent legalization
**Date:** Tue, 4 Aug 2020 09:03:25 +0000
**From:** Copenhagen, ACS <CopenhagenACS@state.gov>
**To:** Panfilo <elmayo@yandex.com>

Thanks again for the E-mail. You can pay by card the fee for a notarial signature is $ 50 (or Dkr. 350). We look forward to seeing you on Thursday 6th at 11:30

Best regards

**ACS-unit/MM**
**U.S. Embassy, Copenhagen, Denmark**

   

**From:** Panfilo <elmayo@yandex.com>
**Sent:** Tuesday, August 4, 2020 10:10 AM
**To:** Copenhagen, ACS <CopenhagenACS@state.gov>
**Subject:** Re: Regarding urgent legalization

Hi, hello there ACS. Sorry, I forgot also to ask you about information related with price of the notary documentation services. Can we make card payment or we need to pay only in catch? No clear for us, just for us to be ready. Thanks. Mario.

On 03/08/2020 15.13, Copenhagen, ACS wrote:
Dear Sir,

We have received an e-mail from you in which you require an urgent legalization. If you could contact me at 33 41 72 22 and I will be happy to try an set up an appointment for you.

Best regards

**ACS-unit/MM**
**U.S. Embassy, Copenhagen, Denmark**

   

Appendix 4

## Re: Automatic reply: Requesting appointment for Notary purposes.  Yandex.Mail

---

July 31, 2020 3:58 PM
**From:** «Panfilo» <elmayo@yandex.com>
**To:** «Copenhagen, ACS» <CopenhagenACS@state.gov>, miami@ic.fbi.gov,
washington.field@ic.fbi.gov

We believe we have emergency to legalize documentation to be notary registered, to be sent and deliver to both Florida attorney general office, the U.S Federal Election Commission, United States Attorney for the Southern District of Florida and judge in court.

We visit this website that you sent to us as described below and it is broken, it does not work (like the State Department website appoitment) http://denmark.usembassy.gov/notary_services.html

We are making this appointment as was indicated to us via telephone by the U.S embassy. (+45 33 41 71 00)

That is why we are asking notary services as soon as possible. We are sending copy of this request to the FBI, to legally protect us and you; since that it was oriented to us today and we reported that also the website from the State Department is not working.

Gitte Toldsted and Mario Herrera.

**We attach here below our previous request:**

U.S Consulate American citizen services in Denmark.

Hello there. Just asking for appointment due notary purpose.

We called today July 31, 2020 to the embassy (+45 33 41 71 00) and we explained to the lady that the website from the State Department, https://evisaforms.state.gov/acs/default.asp?postcode=CPN&appcode=1 It is NOT working to make appointment. (Screen picture attached).

The website is frozen; not working at all. We were instructed by her to make the appointment to the consulate by this email: CopenhagenACS@state.gov

Please, we would like to have appointment to next Friday August 7, for notary purposes, if it is possible.

I am U.S citizen, and I would like to know if my Danish wife Gitte Toldsted, can also have appointment for the same reason notary purpose.

We are traveling from Jutland to Copenhagen.

Waiting news from you ahead. Thanks!

Gitte Toldsted and Mario Herrera.

On 31/07/2020 15.04, Copenhagen, ACS wrote:

*Thank you for contacting the American Citizen Services (ACS) Unit at the U.S.*

**Appendix 4**

*Embassy in Copenhagen, Denmark.*

**Limited Passport Appointments Resume:**
U.S. Embassy Copenhagen has resumed passport services. Reduced staffing and social distancing requirements due to COVID-19 limits the number of available appointments. Please check the embassy website for appointment availability and to schedule an appointment. https://dk.usembassy.gov/u-s-citizen-services/

**Passport Renewal-by-Mail Option Operational:** If you are eligible to renew your passport by mail, use this option to avoid wait times for an in-person appointment. Most adults are eligible for renewal-by-mail using a DS-82 passport form. Anyone submitting a DS-11 passport form – which includes passport renewals for minors under the age of 16 years old, and/or to register your child as a U.S. citizen (Report of Birth Abroad) – is not eligible for renewal-by-mail. If you are submitting a DS-11 form visit our website to book an in-person appointment: https://dk.usembassy.gov/u-s-citizen-services/

**Expect Delays To Receive Your New Passport:** Expect delays to receive your new passport. The printing facilities in the U.S., which print the physical passport books for U.S. citizens worldwide, recently reopened with reduced staffing and are working through a backlog.

**Routine Notary Services Remain Closed:** The Embassy is closed for routine notarial services due to COVID-19. If you have an emergency notary – such as providing parental consent for a passport application or to give a power or attorney for a life-or-death situation, email us your request at CopenhagenACS@state.gov. The Embassy is scheduling critical notary services on a case-by-case basis.

**Certified Copies Mail-in Option for Social Security:** If you need a certified copy of a document for Social Security, consider mailing your documents to us for this service while routine operations remain closed. Email us at CopenhagenACS@state.gov to receive instructions on this option.

**U.S. Citizens in Sweden:** Visiting the U.S. Embassy in Copenhagen for routine consular services has not been deemed a "worthy purpose" of travel by the Danish government; non-Danish nationals risk being barred entry into Denmark. A full list of exceptions to the Danish border closure requirements can be found on the Danish government COVID-19 information page. U.S. citizens in Sweden who require consular services should contact the U.S. Embassy in Stockholm

**Emergency services remain available**: In an emergency, our embassy can assist with a limited-validity, emergency passport for an adult or a minor. If you have not received your Consular Report of Birth Abroad (CRBA), an emergency passport may still be issued by your nearest embassy/consulate. In an emergency, our embassy can assist with a limited-validity, emergency passport for an adult or a minor. If you have not received your Consular Report of Birth Abroad (CRBA), an emergency passport may still be issued by your nearest embassy/consulate.

**Danish Immigration (SIRI) Information:**
Danish immigration (SIRI) authorities are also aware that U.S. passport processing has been limited across the globe. The situation is evolving so please monitor our website and the SIRI website often for updates.

**Assistance:**
· U.S. Embassy Copenhagen, Denmark
Dag Hammarskjölds Allé 24
2100 København Ø
During business hours:  +[45] 3341-7100
After business hours:  +[45] 3341-7400
CopenhagenACS@state.gov
https://dk.usembassy.gov
· State Department – Consular Affairs
888-407-4747 or 202-501-4444

https://evisaforms.**state.gov**/acs/make_calendar.asp?CSRFToken=9E84C5468BD14B6FB48B1D1CE1513357&nMo⋯

August 2020

Copenhagen
Embassy of the United States of America
Dag Hammarskjolds Alle 24
2100 Kobenhavn O
Danmark

**NOTARIAL and OTHER SERVICES Appointment**
**Please click the underline or hyperlink date below.**

August   2020

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
|        |        |         |           |          |        | 1        |
| 2      | 3      | 4       | 5         | 6        | 7      | 8        |
| 9      | 10     | 11      | 12        | 13       | 14     | 15       |
| 16     | 17     | 18      | 19        | 20       | 21     | 22       |
| 23     | 24     | 25      | 26        | 27       | 28     | 29       |
| 30     | 31     |         |           |          |        |          |

Date already passed or not yet open for appointments

Appointment Date Fully Booked

Appointment Date Available

Appendix 4

Appendix 4

## Requesting appointment for Notary purposes.

Yandex.Mail

---

July 31, 2020 3:03 PM
**From:** «Panfilo» <elmayo@yandex.com>
**To:** CopenhagenACS@state.gov


U.S Consulate American citizen services in Denmark.

Hello there. Just asking for appointment due notary purpose.

We called today July 31, 2020 to the embassy (+45 33 41 71 00) and we explained to the lady that the website from the State Department, https://evisaforms.state.gov/acs/default.asp?postcode=CPN&appcode=1 It is NOT working to make appointment. (Screen picture attached).

The website is frozen; not working at all. We were instructed by her to make the appointment to the consulate by this email: CopenhagenACS@state.gov

Please, we would like to have appointment to next Friday August 7, for notary purposes, if it is possible.

I am U.S citizen, and I would like to know if my Danish wife Gitte Toldsted, can also have appointment for the same reason notary purpose.

We are traveling from Jutland to Copenhagen.

Waiting news from you ahead. Thanks!

Gitte Toldsted and Mario Herrera.


On 28/07/2020 14.05, CopenhagenACS@state.gov wrote:

### Health Alert – U.S. Embassy Copenhagen, Denmark (July 28, 2020)

### Location: Denmark


**(NEW) Travelers Recently Arrived from the United States Seeking Appointments at the Embassy:** Danish government authorities strongly encourage any travelers arriving in Denmark from the United States - which is currently classified as a "banned country" – to self-quarantine for 14 days upon arrival in Denmark. To mitigate the health risk to embassy visitors and staff, travelers from the United States will be permitted to schedule an appointment at the U.S. Embassy in Copenhagen only if it has been 14 days or longer since your arrival from the United States or any other country which the Danish Ministry of Foreign

https://mail.yandex.com/u2709/print?mid=173107110677054857...

Requesting appointment for Notary purposes.

**Appendix 4**

Affairs has advised against all non-essential travel.  If you have been in Denmark less than 14 days and have a true life-or-death emergency which requires an in-person appointment contact us at CopenhagenACS@state.gov to discuss.

**U.S. Embassy Closed for Routine Citizenship Appointments Until August 13**:  The U.S. Embassy in Copenhagen is closed for critical renovation work until August 12.  We will reopen for passport and CRBA services on August 13.  We regret the inconvenience caused by this temporary closure.  The Embassy will process cases as quickly as possible when we reopen, but there will likely be increased wait times for passports and CRBA's for several weeks while we work through a backlog due to this temporary closure.  We remain OPEN for mail-in passport renewals for adults and emergency services to U.S. citizens in the Kingdom of Denmark.  U.S. citizens who do not hold a valid U.S. passport and have emergency travel needs may reach out to us by email at CopenhagenACS@state.gov to schedule an appointment for an emergency passport.  We will be working remotely during the renovation so please write to the email address noted above to ensure a timely response.

**Travel Nonstop to Denmark if Entering Under Denmark-Specific Border Exceptions**:  If you are travelling from the United States to Denmark under one of the Denmark-specific border exceptions that are not part of the broader EU border exceptions (e.g. sweetheart declaration for the partner/boyfriend/girlfriend of a Danish citizen or resident of Denmark), we strongly recommend that you take a nonstop flight from the United States to Denmark.  In some cases, Americans have been refused boarding or denied entry into the Schengen Area when attempting to transit via another European hub en route to Denmark.  Many Schengen Area transit countries are strictly enforcing the EU travel restrictions on non-essential travel from outside the EU.

**Commercial Flights between Denmark and the United States Remain Available:**  SAS Airlines runs nonstop flights between Copenhagen to Chicago, Newark, and San Francisco.  If you have an SAS airline ticket for travel to other U.S. destinations, do not assume the flight is guaranteed.  SAS has previously cancelled flights with short notice; check with SAS to see if your flight is confirmed. From Kastrup Airport there are multiple flights per week on various air carriers to other European hubs from which you can board a U.S.-bound flight.  Flight routes from Kastrup Airport are being added or modified frequently.  Book tickets directly with your airline.  Check with your airline directly to see if your flight is confirmed.

**Danish Border Restrictions:**  The Danish border closure – imposed on March 14 – remains in place for tourism-related travel from the United States.  There is no definitive date when travelers from the United States will be permitted to enter Denmark for tourism-related travel.  Most residents in the EU, the Schengen Area, and the United Kingdom may enter Denmark for tourism-related travel if they have a lodging reservation in Denmark for six nights or longer.  Detailed information – including a full list of Danish border closure exceptions – can be found on the Danish government COVID-19 information page (available in English).

Exceptions to the Danish border closures are added frequently, often with little to no notice.  Check the Danish government COVID-19 information page frequently for the most up-to-date information.  Contact the Danish National Police hotline number for advice about whether your purpose of travel is permissible.  The hotline has English speaking operators and is open weekdays from 8:00 a.m. to 4:00 p.m. local and weekends and holidays from 9:00 a.m. to 2:00 p.m. local at:  +45 7020 6044.

**Overseas Voter Registrations –  Embassy Drop Off Option:**  U.S. Citizens can drop off overseas voter registrations, known as Federal Post Card Applications (FPCA), at the U.S. Embassy in Copenhagen, Monday-Friday (not on holidays) between 9:00 a.m. and 4:00 p.m. Overseas voters should review the Federal Voting Assistance Program website for detailed instructions on how to register to vote overseas and receive an absentee ballot. FPCA registration cards dropped off at the embassy will be mailed to the U.S. through the embassy's diplomatic pouch mail service and will take approximately four weeks to arrive at the U.S. destination.

**Save Time Using the Passport Renewal-by-Mail Option:**  Most adults can renew their passport using the mail-in option. Due to the limited number of in-person embassy appointments and the application processing backlog, we ask that you use the mail-in option if you are eligible. This saves you time and leaves available appointment slots for your fellow citizens who require an in-person interview with a consular officer.  Eligibility and step-by-step instruction for the passport renewal-by-mail option can be found on our website:  https://dk.usembassy.gov/u-s-citizen-services/passport/renewal/

**U.S. Embassy Copenhagen Open for Limited Citizenship Services:**  The U.S. Embassy in Copenhagen is open for limited citizenship services:  U.S. passports and Consular Reports of Birth Abroad (CRBA).  If you are eligible to renew your passport by mail, use this option to avoid wait times for an in-person appointment. Expect delays to receive your new passport or CRBA.  The printing facilities in the U.S., which print the physical passport books and CRBAs for U.S. citizens worldwide, recently reopened with reduced staffing and are working through a backlog.

**Notaries and Social Security Services Remain Suspended:**  Routine notarial and social security services remain suspended due to COVID-19.  If you need a certified copy of a document for Social Security, consider mailing your documents to us for this service while routine operations remain closed.  Email us at CopenhagenACS@state.gov for more information.

**Global Level 4 Health Advisory:**  The Department of State released a Global Level 4 Health Advisory on March 19 advising all U.S. citizens who live in the United States to arrange for immediate return, unless they are prepared to remain abroad for an indefinite period.  If the Kingdom of Denmark is your normal place of residence and you plan to remain here, avoid travel to other, third locations until the crisis is over.  If you wish to depart Denmark for the United States, you should contact your airline immediately to arrange commercial air travel home.  If your travel has been disrupted due to flight cancellations, please contact your airline

Case 4:20-cv-00555-AW-MAF   Document 1   Filed 11/25/20   Page 43 of 161
Requesting appointment for Notary purposes.

Appendix 4

immediately to rearrange your booking.

**Unsubscribe from STEP:**  A temporary change to email messaging was made for the health and safety of all Americans unexpectedly kept abroad during the COVID-19 crisis.  As a result, it is not possible for STEP registrants to opt out of receiving messages at this time.  Once the COVID-19 crisis is over you may unsubscribe from these emails following our regular procedures by going to this website and following the simple instructions to unsubscribe:  https://step.state.gov /STEP/Pages/Common/Subscribe.aspx.

**Actions to Take:**

· Consult the CDC website for the most up-to-date information.
· Call the Danish COVID-19 hotline if you are in Denmark and experiencing flu-like symptoms:  +45 70 20 02 33.
· For the most recent information on what you can do to reduce your risk of contracting COVID-19 please see the CDC's latest recommendations.
· Expect additional travel restrictions to be put into effect with little or no advance notice.
· Visit the COVID-19 crisis page on travel.state.gov for the latest information.
· Check with your airlines or cruise lines regarding any updated information about your travel plans and/or restrictions.
· Visit our Embassy webpage on COVID-19 for information on conditions in Denmark.
· Visit the Department of Homeland Security's website on the latest travel restrictions to the United States.

**Assistance**:
U.S. Embassy Copenhagen, Denmark
Dag Hammarskjölds Allé 24
2100 København Ø
During business hours: +[45] 3341-7100
After business hours: +[45] 3341-7400
CopenhagenACS@state.gov
https://dk.usembassy.gov
State Department – Consular Affairs
888-407-4747 or 202-501-4444

Denmark Country Information
Enroll in Smart Traveler Enrollment Program (STEP) to receive Alerts.
Follow us on Facebook Instagram and Twitter

*During this COVID-19 crisis U.S. Embassy Copenhagen will send a weekly alert each Tuesday to keep U.S. citizens informed.

Fwd: From the Florida Attorney General's Office

Appendix 5

## Fwd: From the Florida Attorney General's Office

Yandex.Mail

November 12, 2019 12:13 PM
**From:** «Panfilo» <elmayo@yandex.com>

For our records. This email is the third time that different U.S officials defined my case as a Federal (Charles Crist (as a ex-FL Governor and also he was ex Attorney General of Florida before governor); Police Hialeah Luis Antonio (ID 1216) verbal statement on video; and now FL. A.G Ashley Moody). And the third answers ever from any U.S official in last 13 years to multiple request to the D.O.J, U.S government and Senate. (Charlie Crist-2010; D.O.J- Civil Rights Division-Criminal Section, 2013 letter; and now Florida this email A.G  this one 2019)... That is all in the life spam of 13 years us denouncing my case to the U.S government.... Notice that they even wrote wrong my last name "Herrara" (Instead of: Herrera).

-------- Forwarded Message --------

**Subject:** From the Florida Attorney General's Office
  **Date:**  Fri, 8 Nov 2019 13:02:57 -0500
  **From:**  attorney.general@myfloridalegal.com
  **To:**  ELMAYO@YANDEX.COM

Dear Mario Herrara,

The office of Florida Attorney General Ashley Moody received your email regarding your treatment at the US Embassy in Copenhagen, Denmark.

We appreciate the time and effort you took in bringing your concerns to our attention.

It appears your concerns fall under the jurisdiction of the federal government, more specifically the Office of the United States Attorney General, and the United States Department of State.

Please contact those offices directly at:

The Honorable William Barr
U.S. Department of Justice
950 Pennsylvania Avenue, Northwest
Washington, D.C. 20530-0001
Phone: (202) 353-2000
Email: AskDOJ@usdoj.gov
Website: http://www.justice.gov/ag/

US Department of State
2201 C St., NW
Washington, DC 20520
1-202-647-4000
https://www.state.gov/

Thank you for contacting Attorney General Moody's office.

Sincerely,

Michael Roland, Esq.
Office of Citizen Services
Florida Attorney General's Office
The Capitol, PL-01
Tallahassee, Florida  32399-1050
Telephone:  (850) 414-3990
Toll-free in Florida:  (866) 966-7226
Website:  http://www.myfloridalegal.com

**PLEASE DO NOT REPLY TO THIS E-MAIL. THIS ADDRESS IS FOR PROCESSING ONLY.**

To contact this office please visit the Attorney General's website at www.myfloridalegal.com and complete the on-line contact form.

*(See attached file: Mario Herrera Postal.pdf)*

- Mario Herrera Postal.pdf



Appendix 6

STATE OF FLORIDA

# Office of the Governor

THE CAPITOL
TALLAHASSEE, FLORIDA 32399-0001
————
www.flgov.com
850-488-4441
850-487-0801 fax

CHARLIE CRIST
GOVERNOR

March 11, 2010

Mr. Mario Herrera
Hjortevej 2
8700. Horsens
DENMARK

Dear Mr. Herrera:

Thank you for contacting my office.  I appreciate your concerns and the opportunity to respond.

I want to know how people feel about the many critical issues we face and your input is important to me.  Please continue working with federal U.S. officials to resolve your concerns.

Thank you again for taking the time to contact my office.  For information about my administration and initiatives and to subscribe to my weekly "Notes from the Capitol" newsletter, please visit www.flgov.com and click on "Subscribe to Notes from the Capitol."

Sincerely,

Charlie Crist

CC/cas/jaj

Appendix 7

Horsens, Denmark
July 7, 2020

**Governor, Ron DeSantis**
Office of Governor Ron DeSantis
State of Florida
The Capitol
400 S. Monroe St.
Tallahassee, FL 32399-0001
(850) 717-9337

**The Honorable judge, Steven Douglas Merryday**
United States District Court for the Middle District of Florida
Sam M. Gibbons United States Courthouse
Street Address
801 North Florida Avenue
Tampa, Florida 33602
(813) 301-5400

**The Honorable Lindsey Graham,** Chairman
**The Honorable Dianne Feinstein**, Ranking Member
U.S Senate Judiciary Committee
224 Dirksen Senate Office Building
Washington, D.C. 20510
(202) 224-5225

**U.S. Attorney for the Southern District of Florida, Ariana Fajardo Orshan,**
U.S. Attorney's Office
99 N.E. 4th Street
Miami, Fl. 33132
(305) 961-9001

This letter is addressed in the first place to Florida governor Ron DeSantis, but also asking
intervention from the U.S Senate Judiciary Committee's Chairman Lindsey Graham, the U.S Senate
Judiciary Committee's Ranking Member Dianne Feinstein, the United States Attorney for the
Southern District of Florida Ariana Fajardo Orshan and judge at United States District Court for
the Middle District of Florida, honorable judge Steven Douglas Merryday.

My name is **Mario Herrera**. I am a U.S citizen from the State of Florida. SS# 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. U.S
passport.

Florida governor **Ron DeSantis**, two Florida governors before you fully knew about our case but
both of them hid our case from to get justice, mainly to cover up **Barack Obama**'s administration; in
a clear act of justice obstruction.

We ask you. In the same way that you publicly granted justice to the **Nicole Montalvo** family, that
justice will be served and the same rights, under both the Florida and the U.S Constitution, will be
granted to us. (*We do not dispute the Nicole Montalvo case by any means. We do strongly agree that*

1/16

Appendix 7

Horsens, Denmark
July 7, 2020

*Montalvo's family receives justice as soon as possible as the Florida Constitution dictate. And we strongly wish that Montalvo's family receives justice in their favor and in the terms that they wish and ask. We send our sincere condolences to all members of this family).*

But, WE too deserve justice, (**Mario Herrera and Gitte Toldsted** *my wife, and both our family in Florida State and in Denmark*); We are asking the same rights, in the same way, we ask for an **INDEPENDENT PROSECUTOR**, and we mean an **independent** prosecutor, **to be away** from the office of Florida A.G **Ashley Moody**. We give you Florida governor the freedom to chose yourself whoever you decide or believe is competent. Otherwise we are facing here discrimination. We expect that both the Florida Constitution and USA Constitution will be respected. We have been waiting for justice for the last 10 years!!!

We are poor. I am under the U.S poor standard minimum salary national average, since I am unemployed, handicapped for life, suffering from PTSD (all well documented by doctors) due to The Kingdom of Denmark's police brutality which the U.S government in full insists to hide, in clear obstruction of justice and in collusion with a Foreign Kingdom. Understand U.S government as the U.S Department of Justice, the U.S senate, FBI, the U.S State Department, Florida's government, the Florida attorney general's office, the Hialeah Police, etc. All for the sake to cover up The Kingdom of Denmark who's head of State by the Danish Constitution, **The Queen of Denmark Margrethe II**, has the direct executive power over the Danish police in her hands. In other words the Danish police, who brutalized me, is working directly under the Queen of Denmark. Notice that the police logo is a Royal Crown.

For your information: "**The Constitution of Denmark**".
(Please read via the below link the Danish Constitution according to the Danish parliament, in English, PDF).
https://www.thedanishparliament.dk/-/media/pdf/publikationer/english/the_constitutional_act_of_denmark_2013_-d-.pdf.ashx
Part I. 1. *"This Constitutional Act shall apply to all parts of the Kingdom of Denmark."*
Part I. 2 *"The form of government shall be that of a constitutional monarchy. Royal authority shall be in-herited by men and women in accordance with the provisions of the Act of Succession to the Throne of March 27th 1953"*
Part I. 3. (***Division of Power***) *"Legislative authority shall be vested in the King and the Folketing (**Senate**) conjointly. Executive authority (**including the Police, SKAT, PET, etc**) shall be vested in the King. Judicial authority shall be vested in the courts of justice."*
Notice that the **bold** notations are ours.

My case is simple, a U.S citizen who was brutalized without any kind of justification by two Danish policemen, (**Nicolai Cederskjold and Anders Bistch** *requested in extradition in 2010 to the Florida attorney general office of Bill McCollum*). We have the Danish prosecutor **Jens Rasmussen**'s written statement that he consider both of these Danish policemen as LIARS. The American embassy in Copenhagen, Denmark (*Ambassador **James P. Cain** and Consul **Marylinn W. Rowdybush**; since 2010 we have asked the Fl A.G's office to bring them to justice*) together with the FBI and the secret service of Denmark (PET) are colluding to hide this Danish prosecutors statement to court judges and to my lawyers. Under the Mutual Legal Cooperation and Extradition agreement between The Kingdom of Denmark and The United States of America, we ask to bring to testify in USA courts, federal courts in Florida State both the Danish prosecutor **Jens Rasmussen** and my ex lawyer **Hanne Rahbaek**. (*See the **Jens Rasmussen** document in Annex 1 and **Hanne Rahbaek's** statement that she never had the **Jens Rasmussen** document delivered, in Annex 2*).

2/16

Horsens, Denmark
July 7, 2020

Again, my case is simple. A lot of U.S officials at all levels, from U.S senators to the FBI are in total Conspiracy Against Rights and Deprivation of Rights under the Color of Law (Federal Civil Rights Statutes) in collusion to cover up a foreign Kingdom against their own U.S citizen. All of them facing 20-30 years in prison according the Federal Civil Rights Statutes.

For that reason we are also directly involving here United States Attorney for the Southern District of Florida **Ariana Fajardo Orshan** https://www.justice.gov/usao-sdfl/meet-us-attorney who is the chief federal law enforcement officer to bring to justice in Florida courts ALL Federal Bureau of Investigation (**F.B.I**) officers from 2009- to today inside the U.S embassy in Copenhagen, Denmark, including all Senior officers in Washington-field (washington.field@ic.fbi.gov), and Miami miami@ic.fbi.gov who we have been contacting **multiple times** (*we want all emails sent from us since 2009 to today from* mayitoh@hotmail.com *and* elmavo@yandex.com *sent to the FBI emails mention above to be presented in court*) for a decade know.

That also includes the U.S embassy security officers from 2006- to today, the federal criminals **Jeff Howard**, **Dimas A. Jaen**, (*Both of them have been already denounced to the DOJ*) to today incumbent **David L. Jordan**.

It furthermore includes the federal criminals, Florida A.Gs **Bill McCollum** and **Pam Bondi**, since ALL OF THEM, knew that my case was Federal (*including the ex-Florida governor **Charlie Crist** and **Rick Scott** and **Ashley Moody** to explain (See Annexes 5 and 6)*) and ALL OF THEM decided to TAMPER against both **Mario Herrera** and **Gitte Toldsted** as victims and witness; with the clear intention to commit obstruction of justice. All those U.S officials NEVER reported our denounces made to them to the federal authorities with the clear intention to commit TAMPERING AGAINST WITNESS!!!

We want to mention that **Ariana Fajardo Orshan** was appointed as a judge of the 11th Judicial Circuit Court of Florida in 2012 by then governor, **Rick Scott**, who already knew our case and our petitions to him. (2012 was the same year that I was deprived to vote as U.S citizen in the presidential election by FRAUD committed by the Miami-Dade Election Department, and the FBI knew and covered up).

We want to ask open publicly to the United States Attorney's Office for the Southern District of Florida, WHY the U.S government and the Florida government, officials, Hialeah Police in FULL are HIDING my case in Denmark, when we both came from the same CUBAN background and me as a **political refugee** granted by court, in Miami, Florida. That is why we are asking OPEN PUBLICLY prosecution and federal court in the State of Florida.

We are asking **Rick Scott** - *together with **Marco Rubio*** - as U.S senators from Florida State, either both step down, to apologize and pay compensation, in THAT order or go to face jail for multiple violations of U.S Constitution and Federal Civil Rights Statutes. **NON NEGOTIABLE!!!**

We strongly encourage now Florida governor **Ron DeSantis**, not only to appoint a new Florida A.G prosecutor for our case, independent and away from the already corrupted and racist **Ashley Moody**. We are asking the Florida governor to do exactly and nothing else like he did already with the case of **Nicole Montalvo**; but also to directly report our case to the U.S attorney Southern Florida, **Ariana Fajardo Orshan** TO ENFORCE immediate justice; since the U.S attorney general **William Barr**

Appendix 7

Horsens, Denmark
July 7, 2020

himself (*and his predecessors like Mike Mukasey, Eric Holder, Jeff Sessions*) has already been notified by us SEVERAL TIMES, and he is playing DUMB-AND-DUMBER and not serving justice!!! **GODDAMN AMERICAN CORRUPTED JUSTICE DISGRACE!!!**

So, you, Florida governor **Ron DeSantis** who basically arrived in your current position "yesterday". We have been dealing with the Florida MAFIA-STYLE judicial system in full for the last 10 years. We do NOT blame you; and that is why we are contacting you directly, involving you in our case. But you should understand that based on our past experience, we do NOT have reasons WHY to believe in you, so we need to back up ourselves by also involving the United States District Court for the Middle District of Florida, honorable judge Steven Douglas Merryday and the U.S senate's Judicial Committee's leaders, Chairman Lindsey Graham Republican and Ranking member U.S senator Dianne Feinstein. **Because**, IF, just in the case, you decide **to obstruct justice** and **discriminate** us (like previews governors and Florida attorney generals already did), giving us a different treatment than in the case of **Nicole Montalvo**, THEN we will be forced to open accusations against you. And we do NOT want to do that.

## WHAT WE ASK?

And then again. Very simple, because it is the right thing to do:

1. Apologize.
2. Guarantee due-process for redress.
3. Legally protect us and yourself.

### FIRST (APOLIGIZE)

Publicly apologize on behalf of the Florida government to us (**Mario Herrera** and my wife **Gitte Toldsted**) and to our families, in Florida State where you can address the Padron-family – and the **Toldsted-Nielsen** family of my wife in The Kingdom of Denmark (*sending us statements signed by you*). Also send the apology to the Miami Herald President & Publisher | Executive Editor **Aminda 'Mindy' Marqués González**, to publicly publish it, and call the Medias exactly as you did with the case of **Nicole Montalvo** and announce your real intensions. And state that the Florida State government under your administration will **NOT** dare again to be part of any kind of obstruction of justice against U.S citizen from Florida State, **Mario Herrera** nor against any other citizen of the Florida State, and that you will enforce those U.S officials in charge to apply justice, since WE THE PEOPLE are who pay them with our TAXES:

### SECOND: (GUARANTEE DUE-PROCESS FOR REDRESS)
Florida Constitution - https://www.flsenate.gov/Laws/Constitution

WE ask to the Florida governor **Ron DeSantis** to assign an **INDEPENDENT PROSECUTOR** exactly like in the case of **NICOLE MONTALVO** – no more, nor less - to bring to justice in all the more than 40 accusations we have delivered to the Florida A.G *(where a least three of them are still within statutes of limitations time, like the **Cory Booker** accusation, the accusation against US ambassador **Carla Sands** and Staff, and the most recent against **Pam Bondi** and **Bill McCollum**)* and U.S State Department whose **Florida** attorney generals (*Bill McCollum, Pam Bondi and now Ashley Moody and William Barr*) have **REFUSED** to serve justice. The Florida attorney general's office has **obstructed justice** and also **Tampered Against Witness** for the last 10 years to collude

Horsens, Denmark
July 7, 2020

with crimes against U.S citizen, **Mario Herrera** (from the State of Florida), also **tampered** by federal officials (we *want to bring as **accused** the FBI to federal court, open and publicly in Florida State Courts; both ex director Robert S. Mueller III and James Comey*). EVERYTHING has to be on the table for justice, everything!!! No exception! And that will also include the **Miami-Dade Election Department**, who deprived me to vote as U.S citizen in 2012 by not sending my absentee ballot, as well as the arrest and prosecution of Florida, Hialeah Policemen for obstruction of justice: **Antonio Luis** (1216), **Carmen E. Montenegro** (1579) and the Hialeah Police chief **Sergio Velazque**. This FLORIDA-MAFIA justice, paid with the the money of Floridian tax payers like me, it has TO END!!!

The video inside the Hialeah Police Station (*video link further down*) was recorded by U.S citizen **Mario Herrera** from Florida State in March 2013. At that time it was already more than proved to us that the FBI was CROOKED to the core. We then made deposition in the Hialeah, Florida State police department, according instructions sent to us in our home in Denmark by letter from the **U.S Department of Justice / Civil Rights Division / The Criminal Section** (*See the letter in Annex 3*). When the Hialeah Police Officers (*mentioned in the paragraph above*) had read the letter which we presented to them; they basically *wiped-their-assess* with the U.S Department of Justice, the Florida Constitution and the U.S Constitution. That is how MAFIA--CROOKED the judicial law system in Florida State is. We make directly responsible the **government** of the State of Florida, which includes the office of the Attorney General, who is paid directly by the budget of the State of Florida's government; the sam budget that U.S citizen **Mario Herrera** pay with his TAXES!

Consequences of *Chain-of-Causation*, when a government is **CROOKED**:

This video which was recorded in the Hialeah Police Department (*video link further down*) by me, **Mario Herrera**, who is writing this letter to you Florida governor **Ron DeSantis**, was also sent to **Pam Bondi** and several other U.S officials back then. Approximately around 6 months AFTER this video was recorded, this Hialeah Police officer **Antonio Luis** (1216), who appears in the video, was who started the brutal shooting (*according court records*) and did the **ASSASINATION** of Florida citizen **Arturo Guzman** INSIDE Mr. **Guzman's** own house; Violating the U.S Constitution and the Florida Constitution (AGAIN, one more time) in a clear and open violation of the Florida Constitution, Article 1, Section 12* (*equivalent to the 4ᵗʰ Amendment of the U.S Constitution*).

*U.S Constitution Fourth Amendment, equivalent to Florida Constitution, Article I, Section 12. *"The right of the people to be secure in their persons, houses, papers and effects against unreasonable searches and seizures, and against unreasonable interception of private communications by any means, shall not be violated. No warrant shall be issued except upon probable cause, supported by affidavit, particularly describing the place or places to be searched, the person or persons, thing or things to be seized, the communications to be intercepted, and the nature of evidence to be obtained. This right shall be construed in conformity with the 4ᵗʰ Amendment to the United States Constitution, as interpreted by the United States Supreme Court. Articles or information obtained in violation of this right shall not be admissible in evidence if such articles or information would be inadmissible under decisions of the United States Supreme Court construing the 4ᵗʰ Amendment to the United States Constitution. History. - Am. H.J.R. 31-H, 1982; adopted 1982."*

If the Cuban community would have protested like today's GEORG FLOYD events, burning down half of Florida State, then **Arturo Guzman's** wife, **Laura Guzman** would be receiving justice instead of having a jury that also **wiped-their-own-asses** with the 4ᵗʰ Amendment of the U.S

5/16

Constitution*, and also the Florida Constitution, and then neither Florida governor **Rick Scott** nor **Pam Bondi** would get any chance to accumulate their salaries over the corpus of **Arturo Guzman**. It is like the U.S. government is inviting and encouraging that the ONLY WAY that the justice system works is through violence and terrorism, because it is more than demonstrated that THOSE who make violence, terrorism, and anarchy, they are the ONLY who get justice served in USA. Those like myself, who never have criminal records, work hard and follow the FUCKING system, to them justice is NEVER served.... NO RIGHTS FOR YOU!!!

Then a CROOKED court in Florida State declared those assassins policemen from Hialeah free, free of charge. It is like the judicial system and the courts in Florida State are serving ANOTHER Constitution from another country that the American PEOPLE are not aware of.

**NEXT**....

Contacting (chronologically) both the U.S State Department, FBI, the U.S Civil Rights Commission and the Hialeah Police. (*Notice that this does not include when we contacted the FBI due to that **Mario Herrera** was not allowed to vote in Florida's 2012 elections*).

Contacting the U.S State Department (2009), response under the **BARACK OBAMA** administration, after our letter sent to The White House to former president **George W. Bush**.
https://www.youtube.com/watch?v=tQ8VCrxQ-kQ
Contacting the Federal Bureau of Investigation (F.B.I) for the first time ever. U.S embassy, Copenhagen, Denmark. Part 1. (July 6, 2009).
https://www.youtube.com/watch?v=aHry-8C1IW0
Note: *Between these two videos we sent our first letter to FBI director, **Robert S. Mueller III**, including around 40 pages and a CD with documentation about my case (See the covering letter and the postal receipt in Annex 4). Ask the FBI to surrender all our documentation we delivered to the FBI directors (Mueller-Comey-Wray), including letters, annexes, emails sent to email address: washington.field@ic.fbi.gov and phone call registers, EVERYTHING!!!*
Contacting the FBI Washington-field (August 28, 2009). Part 2.
https://www.youtube.com/watch?v=z9Ds_fti_wO
Contacting FBI again, second time. US embassy, Copenhagen, Denmark. Part 3 (Sep 9, 2009).
https://www.youtube.com/watch?v=5gqR3x4r9MY
Contacting the U.S Civil Rights Commission. (Oct 12, 2011) (Notice two things: That the U.S Civil Rights Commission in 2011 openly acknowledged that they already knew about **Mario Herrera**'s case, and also notice that this video was posted in 2012, when we sent our second group of accusations to the Florida governor **Rick Scott** to deliver to **Pam Bondi**. WHY were neither of them then servinge justice???).
https://www.youtube.com/watch?v=TWHFAO0PrZo
In 2013, when we were preparing to go to Florida for ourselves, suddenly from the blue-sky arrived a letter from The **U.S Department of Justice – Civil Rights Division – Criminal Section** (*See the letter in Annex 5*), advising us to make a denounce to our local police or Sheriff. The other option was the CROOKED-FBI, which we already, at this point (2013), we got clear the picture that was useless since they were the source of all federal violations from the start made in Denmark. Then we traveled to Florida as soon as we could to contact, the other option that the DOJ was giving us, the **Hialeah Police Department** that is where I belong. Video link below.
**Hialeah Police Department, video**: (April 24, 2013):
https://www.youtube.com/watch?v=3tK4-MFgaZo

Appendix 7
Horsens, Denmark
July 7, 2020

Notice also, that the letter from **The U.S Department of Justice – Civil Rights Division – Criminal Section** is the ONLY notice that we have ever received from any U.S Department of Justice related office, since we contacted them the first time in 2008 and until 2020 (*For the last more than 10 FUCKING YEARS!!!*). When we, at the end of 2019, contacted Florida attorney general **Ashley Moody** directly, she answered us back bumping us, that we should contact the U.S A.G **William Barr**, which we actually did at the same time that we contacted her about **Pam Bondi**. (*Compare UPS receipts in Annex 13. We sent to Ashley Moody and William Barr, same day, same hour with request to arrest Pam Bondi and Bill McCollum*). It is the job and obligation of Florida A.G **Ashley Moody** that IF she beleives the case is not within the scope of Florida Constitutional violations to immidiately report it to the correspondent U.S federal authority, because we PAY her salary to do this job. IF she fail to report it, then she is in Obstruction of Justice, **Tampering Against Witness** and violating **Federal Civil Rights Statutes** (241-242). It is a fact that **Ashley Moody** IS hiding federal crime cases reported to her as Florida attorney general. You, Florida governor Ron DeSantis should immidiately ask her resignation or ARREST and PROSECUTE Ashley Moody for this act.

*(Note: As documentation for our innumerable requests to U.S and Florida A.G's since 2008, we have attached Postal, UPS and Webform receipts (in Annex 14) for some of those requests (for **Michael Mukasey**, **Eric Holder**, **William Barr**, **Bill McCollum**, **Pam Bondi** and **Ashley Moody**); most of them simply just necglected and all of them futile. No action and NO JUSTICE SERVED!)*

18 U.S Code §1512. **Tampering with a witness, victim, or an informant**.
*https: www.law.cornell.edu/uscode/text/18/1512*
*(b) Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, **or engages in misleading** conduct toward another person, with intent to -*
*(1) influence, delay, or prevent the testimony of any person in an official proceeding;*
*(2) cause or induce any person to – (A) withhold testimony, or withhold a record, document, or other object, from an official proceeding;*
*(3) hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a **Federal offense** or a violation of conditions of probation? [1] supervised release, [1] parole, or release pending judicial proceedings;*
        *shall be fined under this title or imprisoned not more than **20 years, or both**.*

WE ASK A NEW PROSECUTOR FOR **MARIO HERRERSA'S CASE, AND WE ASK FOR JUSTICE TO BE SERVED WITHIN NO MORE THAN 60 DAYS,** AS WELL AS THE OFFICIAL OPEN-PUBLICLY APOLOGY AND RESIGNATION OF **ASHLEY MOODY** AS A FLORIDA ATTORNEY GENERAL, OR WE ASK HER IMMIDIATE ARREST AND PROSECUTION AND THE FINE TOGETHER WITH  20 YEARS IMPRISONMENT as THE LAW STATES.

U.S Constitution First Amendment.
*"Congress shall make no law respecting and establishement of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a **REDRESS**\* of grievances".*
**\*Redress** (*Noun*). Synonym of = Compensation, reparation, restitution, recompense, repayment, damages, indemnification, retribution, satisfaction, remedy, atinement, and JUSTICE!!!

Appendix 7
Horsens, Denmark
July 7, 2020

We have appealed to the whole U.S officials system, over and over again, especially in the State of Florida where I come from. We want to go by "The System", but the system FAILS toward us, over and over again. WE strongly believe it is discrimination based on RACISM.

So we ask SPEEDY and DUE-PROCESS to SERVE JUSTICE to us, open and public to avoid Florida U.S officials, or justices or whoever else's attempt or dare to CROOK the right path of Justice-law and Constitution.

THIRD: **(LEGALLY PROTECT US AND YOURSELF)**

To Florida governor **Ron DeSantis**. For your legal and our legal protection. For the Florida governor **Ron DeSantis** and his government staff to avoid **Tampering Against Witness**, (*18 U.S Code §1512*) or violations of **Federal Civil Rights Statutes**, and violations of both the **Florida Constitution**, the **U.S Constitution** and/or any other legally based accusation: To request to the incumbent U.S Secretary of State **Mike Pompeo**, the U.S attorney general **William Barr** and the incumbent FBI director **Christopher A. Wray**, to make **a long due** OPEN PUBLICLY formal protest to **The Kingdom of Denmark**, addressed to **The Queen of Denmark Margrethe II**, as head of the State, for *torturing, kidnapping, prosecuting without due-proces, violation international agreements as Vienna Convention on Consular Relations, in the Kingdom of Denmark* in connection with the Danish police brutality on November 1, 2006 against U.S citizen **Mario Herrera** from the State of Florida, when the Danish police did not allow **Mario Herrera** neither to contact the U.S embassy in Copenhagen, Denmark, nor contact a lawyer, nor contact his own family, nor a doctor. The U.S State Department have to explain in open public courts in the State of Florida the reasons why they colluded with the Kingdom of Denmark to hide these facts and why they helped the Kingdom of Denmark to obstruct justice; and as a fact, and as evidence, they have been HIDING this case every year since 2006, in their annual report on Human Rights violations by the Kingdom of Denmark.

Florida governor **Ron DeSantis** will also ask both U.S Secretary of the State, **Mike Pompeo**, and FBI director **Christopher A. Wray** to CEASE AND DESIST any kind of harassment coordinated either with the Danish police or the PET (Intelligence Services) or any private companies in USA (*example like Google Inc., Claudflare, Gnix (F5 Network), Bugsnag, etc.*), spying, harassing, not allowing to do business, stealing private data etc., against **Mario Herrera** and his wife **Gitte Toldsted** family in the Kingdom of Denmark, against our home, Internet use, phone conversations, opening regular mail, as it has been done multiple times in the past by the Danish police and PET.

This third petition is also done with the purpose of a mutual legal protection, IF it is not served as we ask, we will make Florida governor **Ron DeSantis** directly legally responsible of any attack to our lives. In the case, these three petitions are served as we ask, then Florida governor **Ron DeSantis**, is not and will no longer be legally attached to **Mario Herrera**'s case related with:

**Mario Herrera – Gitte Toldsted vs. The U.S government.**
**For remedy of 2.1 billion dollars.**

**Mario Herrera – Gitte Toldsted vs. The Kingdom of Denmark.**
**For remedy of 2.1 billion dollars.**

8/16

Appendix 7

Horsens, Denmark
July 7, 2020

These are three simple, honorable, honest things we strongly believe that the Florida governor can easily do with half a day's labor from the desk of your office without hesitation, and since you enjoy the power and budget (91.4 billion dollars), because IT IS THE RIGHT and LEGAL THING TO DO. You accomplish this, you are then GOOD with us.

Mario Herrera and Gitte Toldsted
END OF THE THREE PETITIONS.

We strongly believe that the actual Florida attorney general **Ashley Moody** should submit her RESIGNATION to the Florida governor **Ron DeSantis**, since she is incompetent, biassed, racist and discriminatory, and while she is already in both obstruction of justice and Tampering against witness (*18 US code 1512*) as well as in violations of Federal Civil Rights Statutes (*241-242*), in relation to our accusation to arrest and prosecute both **Pam Bondi** and **Bill McCollum** for all of them hiding in their attorney general office. We already delivered a legal warning and a legal ultimatum to Florida A.G **Ashley Moody**, requesting her to stop obstruction of justice, and she refused both of them.

We want to bring to court.

**Mario Herrera – Gitte Toldsted vs. The U.S government.**
**For a remedy of 2.1 billion dollars.**

**Mario Herrera – Gitte Toldsted vs. The Kingdom of Denmark.**
**For a remedy of 2.1 billion dollars.**

We quote the Florida Constitution.
Article I. Section 2. Basic Rights.
*Basic rights.—All natural persons, female and male alike, are equal before the law and have inalienable rights, among which are the right to enjoy and defend life and liberty, to pursue happiness, to be rewarded for industry, and to acquire, possess and protect property. No person shall be deprived of any right because of race, religion, national origin, or physical disability.*
*History.—Am. S.J.R. 917, 1974; adopted 1974; Am. proposed by Constitution Revision Commission, Revision No. 9, 1998, filed with the Secretary of State May 5, 1998; adopted 1998; Am. proposed by Constitution Revision Commission, Revision No. 6, 2018, filed with the Secretary of State May 9, 2018; adopted 2018.*
And then, I don't need to quote the U.S Constitution equivalent 14th Amendment.

**Explanation from where the 2.1 billion dollars that we ask as compensation or remedy is coming from.**

"Judge Confirms Initial Victory for Denmark in $2.1B Tax Fraud Case."

https://www.hugheshubbard.com/news/judge-confirms-initial-victory-for-denmark-in-2-1b-tax-fraud-case

**NOTE:** This whole case was entirely CROOKED from day one. Why did the USA end up paying for a lot of countries if the crime was done by Danish officials in the first place??? It is a fact that the so called robbery was done and orchestrated by **The Kingdom of Denmark**'s own officials first and

9/16

foremost. Denmark were already previously rejected in UK courts about this case, (both members of the E.U at that time) because all business transactions were conducted and done with **legal** registered UK companies and legal authorizations from the officials from The Kingdom of Denmark. UK authorities knew very well these Danish **ROTTEN-RAT** scammer officials, (*remember William Shakespeare and the Kingdom of Denmark's ROTTEN statement*). So, the Kingdom of Denmark was **kicked out** from **UK courts**, simply because It was a Danish official (*named Sven Nielsen*) who authorized all legal transactions from 2011-2015. During **four years** leaking money from the Danish Tax office and never ever Danish authorities realized that??? How in GOD's name the Kingdom of Denmark never realized that, for so long**???** Even when the German government warned Denmark about these types of doubted transactions before. The truth is that the Kingdom of Denmark didn't pay attention to Germany. So, UK courts were right!!! The problem was inside the Danish front end. It also included several other states, like **Canada**, **Malaysia** and **Luxembourg**, besides UK and Denmark. But USA ended up paying for EVERYBODY!!! BIG WHY ??? ...No investigation **NEVER EVER** has been made or conducted neither by the U.S Congress nor the FBI. Notice that a Danish official is incarcerated out of the reach of U.S officials (*Both FBI and USA senators under the Mutual Legal Cooperation and Extradition Agreement between Denmark and USA*). How did USA courts arrive to a conclusion without never accessing the supposed arrested criminal? USA courts took for granted the Kingdom of Denmar's statement. This has all the signals and indications of to be the same collusion-scam as the one of the FBI and the American embassy in Copenhagen, Denmark together with the Danish secret service (PET) and police did to hide (obstruction of justice) key evidence in the case of U.S citizen Mario Herrera in court. That is WHY we ask to bring to testify the Danish prosecutor Jens Rasmussen and the Danish lawyer Hanne Rahbaek always under the Mutual Legal Cooperation and Extradition agreement between Denmark and USA. You will see the Jens Rasmussen document in *Annex 1* and Hanne Rahbaek's statement in *Annex 2*; both statements were immediately delivered to the hands of the **F.B.I**, including FBI director Robert S. Mueller III.

Once the above is said :

Mario Herrera U.S citizen and Gitte Toldsted Danish citizen statement
to the Florida governor of Ron DeSantis.

In the same way the U.S government together with the U.S judicial system granted JUSTICE in favor of the Kingdom of Denmark* for 2.1 billion dollars without EVEN investigating; THEN we want to receive in the same way. THE SAME JUSTICE as a remedy (*or compensation*) according the First Amendment of the U.S Constitution, since U.S officials and the U.S Department of Justice - and including the government of the State of Florida + have denied us justice and voices for the last 10 years. We deserve then to receive 2.1 billion dollars in reparation for all the damage that U.S officials has inflicted on us (*physically, psychologically, economically, legally and morally*) while conspiring and colluding with the foreign Kingdom of Denmark to obstruct the justice and violate both the U.S Constitution and the Florida Constitution, in the process inside the U.S Department of Justice itself, the Florida attorney general's office and together with the Hialeah Police, against their own citizen Mario Herrera.... 2.1BILLION USD, not one cent more, not one cent less, the same that you as U.S government and judicial system graciously paid, without even to investigate, to the Kingdom of Denmark first. We will defend this until the U.S Supreme Court if it will be necessary, in case IF either Florida courts or Florida Supreme Court also get CROOKED and fail again to serve justice too!!!... I (MARIO HERRERA) am the U.S citizen, meaning that no Kingdom or fucking Queen or King on this planet, or in this solar system or galaxy got more rights and privileges than

Appendix 7
Horsens, Denmark
July 7, 2020

*me in front of the U.S Constitution. The USA Constitution and the judicial system where ALL of you today have a seat, it was created fighting Kingdom mentality, and not to please them as shamefully as the U.S government does today. PERIOD!!!*
*We do NOT plead or beg for justice, we ask and demand justice being served according the U.S Constitution and the Florida Constitution and equally like to any other natural man or woman. We ask for to STOP collusion with foreign Kingdoms and to SPEEDY serve justice. And then again, exactly as you as U.S government did with The Kingdom of Denmark.*

We hope justice will be finally served and that obstruction of justice and discrimination will end under your, **Ron DeSantis**, Florida government, but we need to see facts and reality to believe it.

Our case was previously declared FEDERAL by the former Florida governor **Charlie Crist** and recently re-confirmed by the **ambiguous response** from the Florida A.G **Ashley Moody**'s office (*See letter from Charlie Crist in Annex 5 and the response from Ashley Moody's office in Annex 6*). Apparently none of them reported the case to the Federal Authorities, meaning committing the crime of **TAMPERING AGAINST WITNESS**. I don't need to explain that knowing a case (not only in the State but also in the federal range) and the case is reported to you as Florida governor, you should legally back up yourself and immediately and without hesitation report it to the U.S officials in charge of Federal matters as the U.S attorney general **William Barr**. (*Who we have been contacting multiple times and we strongly believe he is also in obstruction of justice in cahoots with Ashley Moody*).

The case is NOT only federal, it is also the RESPONSIBILITY of the State and government of Florida State. The **Hialeah Police Department** is PAID by the government of Florida's budget, NOT by the Federal government of The United States of America. So, it is a fact that Florida A.G **Ashley Moody** is MISSGUIDING us. This was a DIRTY trick made by this crooked Florida A.G **Ashley Moody** attempting to obstruct the right path of the justice. It is the obligation of the Florida A.G's office to open an investigation on WHY the **Hialeah Police Department** wiped their ass with the U.S Department of Justice. This was done UNDER the jurisdiction of the State of Florida. (See the video https://www.youtube.com/watch?v=3tK4-MFgaZo )

We know you Florida governor **Ron DeSantis** are a lawyer of profession, so you understand very well the meaning and consequence of obstruction of justice... That said, we want to rephrase and quote the State of Florida Constitution which is very clear:

**The Florida Constitution.**
SECTION 16. **Rights of accused and of victims.**—
*10) The right to proceedings free from unreasonable delay, and to a prompt and final conclusion of the case and any related post judgment proceedings.*
*a. The state attorney may file a good faith demand for a speedy trial and the trial court shall hold a calendar call, with notice, within fifteen days of the filing demand, to schedule a trial to commence on a date at least five days but no more than sixty days after the date of the calendar call unless the trial judge enters an order with specific findings of fact justifying a trial date more than sixty days after the calendar call.*
*(c) The victim, the retained attorney of the victim, a lawful representative of the victim, or the office of the state attorney upon request of the victim, may assert and seek enforcement of the rights enumerated in this section and any other right afforded to a victim by law in any trial or appellate court, or before any other authority with jurisdiction over the case, as a matter of right. The court or other authority with jurisdiction shall act promptly on such a request, affording a remedy by due course of law for the violation of any right. The reasons for any decision regarding the disposition of a victim's right shall be clearly stated on the record.*

11/16

Horsens, Denmark
July 7, 2020

HOW DOES THE FLORIDA GOVERNMENT OPERATE, GOVERNOR **RON DESANTIS**?

How do you operate in the Florida government, governor **Ron DeSantis**? Explain to the people, to my family in Florida. I, **Mario Herrera**, as U.S citizen from your State Florida, I cannot be only good for **to pay taxes** to the Florida State or the U.S government, or neither to be demanded my loyalty to the U.S government, **or to vote** for anyone of you, and then you deny me my U.S Constitutional rights (and my rights according to the Florida Constitution). We attach (in *Annex 7*) where the previous Florida governor, **Rick Scott** asked me, **Mario Herrera** personally, in my home in Denmark to vote for him as a governor. And here we attach the UPS receipts (*in Annex 8*) for the times we contacted the same Florida governor with our requests and documentation about my case via that channel; just as we have sent him numerous emails and also contacted him by webforms on the Florida governors website. So, I was good to be asked to vote for him, but I was not good enough for him to deserve to receive justice in my case. If both the U.S Constitution, the Florida Constitution and the Federal Civil Rights Statutes were FOR REAL, Mr. **Rick Scott** should be right now, in the moment we are speaking to you Florida governor **Ron DeSantis**, in **JAIL**, dressed in orange uniform, making time for more than 30 years in prison!!!

How the Florida government office have been knowing about a U.S citizen from their own State of Florida who has been brutalized, left handicapped for life by a foreign Kingdom, and NEVER EVER just one Florida governor have protested this to the Kingdom of Denmark, or REPORTED this to the Federal authorities (for example the FBI and the U.S attorney general) ?????

The only possible and reasonable answer or explanation for that is that the OFFCIE OF THE FLORIDA GOVERNMENT, it has been deeply inside and directly INVOLVED in these federal violations to cover up the Kingdom of Denmark's government and the **Queen Margrethe II**. You Florida governor **Ron DeSantis**, you are the governor number three we are requesting, after **Rick Scott** and **Charlie Crist**. You will have A LOT to explain as a Florida governor to my family and to the justice too, in the case you decide to keep CROOKED like your predecessors and to deny us our three petitions.

We quote again what we ask to you do, because it is the right and LEGAL thing to do:

**Publicly apologize** (*Meaning like in the case of Nicole Montalvo, statement to National Television and all Medias, and in writing with your signature to our respective families.*), **Guarantee due-process** (*Meaning remove the crooked Floria A.G Ashley Moody, and assign a new prosecutor and serve justice asap as you already did in the case of Nicole Montalvo, **you cannot treat me different now**). **Report to Federal authorities** (*Meaning to avoid Tampering Against Witness, or any other federal laws and rights; request open publicly official protest against The Kingdom of Denmark to the U.S State Department and to the U.S president Donald J. Trump and request to the FBI director to cease and desist harassing us at our home in Denmark in collaboration with the Danish intelligence services, or then make the FBI bring reasons in front an open publicly federal court, that is what we ask. Notify all these to the U.S senate Judiciary Committee, all these for both your governmental personal-staff's and our own legal protection.*).

In other words Florida governor **Ron DeSantis**, we ask you, to create all the legal venues to let the justice decide. THAT is your OBLIGATION as a governor. Please STOP obstruction of justice for our case don't go open publicly to satisfy REPUBLICAN PARTY political conveniences as your predecessors did.

Appendix 7

Horsens, Denmark
July 7, 2020

I DON'T need to tell you as Florida governor that the Florida government budget of **91 billions dollars** is on the table for compensation. You should request your previews governors why they let you inherit their own SHIT that they left behind (and probably lied to you), and we STRONGLY recommend you immediately contact your own lawyers for your legal protection. (*Despite the fact that you are a lawyer yourself and widely know the consequences of commuting federal crimes or tamper them*).

As a matter of fact the last group of those accusations *(out of more than 40)* we sent to the Florida A.G office we sent there, to your today office of the Florida governor, then between him (***Rick Scott***) and **Pam Bondi** they teamed up to obstruct justice. (***Pam Bondi*** *not only teamed up with* ***Rick Scott*** *to obstruct justice, but also with the opposite party Democrat Eric Holder*). **Pam Bondi-Bill McCollum** have to be immediately arrested and brought in for prosecution in Florida State, since our request is just lying there in the office of **Ashley Moody**. We are also asking both U.S senators from the State of Florida, **Marco Rubio** and **Rick Scott**, to step down. They have to apologize and pay compensation to us, to avoid prison according Federal Civil Rights Statutes and Tampering Against Witness. Exactly the same will apply to New Jersey senator **Cory Booker. Cory Booker** and **Marco Rubio**, not only conspired together to obstruct and tamper justice against U.S citizen **Mario Herrera**, but both of them also received election campaign money for their own good from the Danish company **Novo Nordisk**, which they, being lawyers like yourself, know very well that this is a huge conflict of interests. It may not be illegal to receive money as a senator (which I personally believe is the root of corruption in America) but it is illegal to receive money when you as U.S officials know a FEDERAL CRIME in progress and you intentionally and conveniently silence it for your own good and benefit. That is the conflict of interests and even more and especially while the company, giving you money, belongs to a foreign Kingdom involved in the crime.

**STEP DOWN.**

We ask in compensation (remedy) as the U.S Constitution, First Amendment dictates, from the three of them, U.S senators **Cory Booker**, **Marco Rubio** and **Rick Scott**, all the incomes they have earned as Governors and U.S senators, State pensions, etc. We want to bring their IRS declarations from all the years they have exercised their position to justice for compensation and remedy. Then they will publicly apologize, resign and step down from the U.S senate and never ever come back to U.S officials positions. In exchange, they will avoid Prison (we have calculated 30 years in prison as a minimum) and to lose their respective lawyer licenses in the Union. We believe this is a fair and generous offer.

Then you, as incumbent Florida governor, got total power and the right to name interim Republican senators until the next election period, exactly how it was done by Florida governor **Charlie Crist** in the case of US senators **Mel Martinez – George Lemieux;** but **Marco Rubio**'s and Rick Scott's political careers are over!!! They have to go or face justice. Goodbye!!!

THE FEDERAL ELECTION COMMISSION (FEC).

**JOE BIDEN** CAN FORGET RIGHT NOW TO RUN FOR U.S PRESIDENT 2020.

Almost a year ago, we notified the **Federal Election Commission** (F.E.C) that neither New Jersey senator **Cory Booker**, nor ex-vice president **Joe Biden** can aspire to become U.S president since we (*Mario Herrera and Gitte Toldsted*) are accusing both of them as **FEDERAL CRIMINALS**.

Horsens, Denmark
July 7, 2020

**Joe Biden** was KEY PART of the **Obama** administration that lasted for 8 long years in the obstruction of justice. Until all this case will be resolved and it is left clear 100% "WHO is WHO" on federal crimes, related to **Mario Herrera**'s case in Denmark. **Joe Biden** has to clarify with us very well his role and how much he knew. We strongly believe and denounce that **Joe Biden** knew about the several times we asked and wrote to **Barack Obama** and that the **Barack Obama** administration was full time behind obstructing the right path of the justice. From the president, to the Secretary of State, **Hillary Clinton** and successor **John Terry**. NONE who belonged to the **Barack Obama** administration can aspire for federal positions of any kind, because it is an attempt to bypass justice, covered up by presidential immunity.

We want to bring **JOE BIDEN** to a federal court in Florida State. We hope you Florida governor **Ron DeSantis** and a Republican (like me) do not silence this like your previews Florida governor colleagues did along side Florida attorney generals, and directly notify the U.S president **Donald J. Trump.**

We ask to bring the Federal Election Commission (FEC) to testify on our letters sent to them as mentioned here. (*Both letters and UPS receipts are attached in the Annexes 9 and 10*)

The three Postal/UPS receipts (*in Annex 11*) for the letters we sent to the ex president **Barack Obama**, in The White House. (My wife and myself). And the Postal receipts for the three letters we sent to the Queen of Denmark **Margrethe II**, are attached in Annex 12.

This strongly proves that Both **Barack Obama** and the Queen of Denmark **Margrethe II** DEEPLY knew about U.S citizen **Mario Herrera** in Denmark. So, neither of them did a SHIT, and neither the U.S government nor the Kingdom of Denmark's government got absolutely anything to contend in front of a federal court on our accusations. We reached out to them ON SEVERAL OCCASIONS at the highest level in both of the two countries. From them to down, everybody is ACCOMPLISHED!!! Both as the heads of State by their respective Constitutions. **So, we want JOE BIDEN in a Florida court for federal crimes.**

## CONCLUSION.

We repeat loud and clear. We want to bring as **accused** the FBI to a federal court in Florida State, open and publicly; both the ex director **Robert S. Mueller III** and the incumbent director **James Comey.** We **REJECT** to any kind of settlement with the F.B.I, who we consider the main hand behind all these both federal and Florida State crimes. It is our will to bring both FBI directors to justice.

All these violations of the Constitution and the federal crimes were not only done alone by U.S officials in the State of Florida, but at all levels, including A.Gs in California, New Jersey and Maryland State. In the case of Maryland State we want the same rights that Florida U.S senators gave open publicly to Maryland citizen **Alan P. Gross** and his wife **Judith Gross**. This brings us also to remember a lot of **PRIVATE INSITUTIONS** who in discriminatory ways endorsed and collaborated in those federal crimes happening, knowing by first hand our case and our petitions to them; like for example to mention a couple of them, The **ACLU**, and The Miami Herald (*McClatchy company*), etc. We are going also to give them a good opportunity to come clean now, to avoid to

14/16

Appendix 7

Horsens, Denmark
July 7, 2020

have to go to court and face justice for Tampering Against Witness and for being involved in government issues of discrimination and obstruction of justice, to favor a foreign Kingdom.

We are going to use this to protect ourselves in case that you dear Florida governor **Ron DeSantis** *"turn"*, like the previews governors and Fl attorney generals did in the past. We honestly hope you will have enough clarity in your understanding, putting yourself in our shoes, that we don't have any kind of reasons to trust in you, at least until we see that justice will really be served. If back in time I lost all my believe in the country of Cuba, today I lost all my believe in the U.S government for the same reasons of cynical and despotic behavior. Look around you to todays America and we hope you understand my position (our position).

Florida incumbent governor **Ron DeSantis**, for your legal and our legal protection:

IF, in the case the Florida governor **Ron DeSantis** refuses to serve us justice, different to the case of **Nicole Montalvo**, in violations of the the Florida Constitution, as the previous governors already did, this letter sent to the Florida Governor will be preamble to our official petition to the honorable **The Honorable judge, Steven Douglas Merryday,** United States District Court for the Middle District of Florida.

And we wait to see and hear from you, Florida governor **Ron DeSantis** what will happen next. If you decide to do the right and legal thing to serve justice without discrimination, the whole government of Florida State then can count with all our total support to make the justice swift fast and properly, always according the law and Constitutions.

Sincerely

**Mario Herrera** and **Gitte Toldsted**
**Hjortevej 2.**
**Horsens. 8700.**
**Denmark.**

Personal information.
**Mario Herrera.**
Social Security Number: 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.
February 27, 1963.
U.S. passport: 530690033. (*See Annex 15*)

**Gitte Toldsted**
Danish citizen
Danish passport: 207486023 (*See Annex 15*)

_____
MARIO HERRERA.
USA citizen. Hialeah, Florida.

_____
GITTE TOLDSTED
Danish citizen (and **Mario Herrera**'s wife)

15/16

Appendix 7

Horsens, Denmark
July 7, 2020

Annexes

| No.: | Content: | Date: |
|------|----------|-------|
| 1 | Copy of the original Danish document written by Danish prosecutor, **Jens Rasmussen** together with an English translation. | Not dated (we saw the document for the first time in 2007, but was only allowed to make a handwritten copy at that time.) |
| 2 | Defense lawyer **Hanne Rahbaek**'s statement, that she never saw prosecutor Jens Rasmussen's document until <u>after</u> the case against **Mario Herrera**. | Dated 04/15/2008 |
| 3 | Letter to **Mario Herrera** from the U.S. Department of Justice / Civil Rights Division/ The Criminal Section. | Dated 02/28/2013 |
| 4 | Letter request sent to FBI Director, **Robert Swan Mueller III** + postal receipt for certified mail. (*This was sent with an around 40 pages document and a CD with documentation*). | Dated 07/29/2009 |
| 5 | Letter from Florida Governor **Charlie Crist** to **Mario Herrera**, declaring his case federal. | Dated 03/11/2010 |
| 6 | Copy of the email answer from Florida A.G. **Ashley Moody**'s office, "signed" by **Michael Roland**, Esq. | Dated 11/08/2019 |
| 7 | **Rick Scott** asking for **Mario Herrera**'s vote to become Florida Governor. | |
| 8 | UPS receipts for sending requests and documentation related to **Mario Herrera**'s case to (then) Florida Governor, **Rick Scott**. | 2012 and 2013 |
| 9 | First letter to the **Federal Election Commission (FEC)** and the associated UPS receipt. | Dated 06/03/2019 |
| 10 | Second letter to the **Federal Election Commission (FEC)** and the associated UPS receipt. | Dated 02/03/2020 |
| 11 | Postal/UPS receipts for the three letters **Mario Herrera** and **Gitte Toldsted** sent to the ex president **Barack Obama**, in The White House. | 2009 and 2011 |
| 12 | Postal receipts for the three letters **Mario Herrera** and **Gitte Toldsted** sent to the Queen of Denmark, **Margrethe II**. | 2010 and 2011 |
| 13 | UPS receipts for sending requests to arrest Pam Bondi and Bill McCollum to **Ashley Moody** and **William Barr** at same date. | Sent 11/04/2009 Received 11/06/2019 |
| 14 | Postal, UPS and Webform receipts for (some of our) requests sent to U.S. and Florida A.G.s (*Michael Mukasey*, *Eric Holder*, *William Barr*, *Bill McCollum*, *Pam Bondi* and *Ashley Moody*). | 2008 - today |
| 15 | Copies of **Mario Herrera**'s and **Gitte Toldsted**'s passports. | |

*Annex 1*

**Københavns Politi**
Advokatur K.
A. Heegaards Gade 1, 3., 1572 København V
Tlf. Indvalg 33910910 / 4781 - Fax 33430067

| | |
|---|---|
| *Journalnr.:* | 0103-70300-00208-06 |
| *Dato:* | |
| *Sagsbehandler:* | 17490 |

Statsadvokaten for København, Frederiksberg og Tårnby                    + bilag
Jens Kofods Gade 1
1268 København K

*Advokatfirmaet*
*Tommy V. Christiansen*

**BILAG NR.**   1

**PKN**

BILAG:  12

Vedlagt fremsendes akterne i sagen mod

Mario Herrera-Pradon
270263-3535
Korsørgade 32, 3.tv.
2100 København Ø

der er sigtet for overtrædelse af straffelovens § 119, stk. 1 og § 121.

Det indstilles, at der rejses tiltale i overensstemmelse med vedlagte udaterede udkast til anklageskrift.

Som begrundelse for indstillingen henviser jeg til afhøringene af de forurettede politjenestemand, Bitsch og Cederskjold (bilag 3 og 4).

Om den anholdelse, der gik umiddelbart forud for truslerne og ytringerne bemærkes, at anholdelses-grundlaget kan synes spinkelt. Det synes således at være en anholdelse, der navnlig var begrundet i det forhold, at den pågældende ikke ønskede at tage hænderne op af lommen, mens han skulle tale med poli-tiet om, hvorfor han ikke ville opgive sit navn. De to betjente havde imidlertid lovligt meddelt dette på-bud, jf. politilovens § 5, stk. 2, nr. 1, givet af hensyn til deres egen og eventuelt andres sikkerhed.

Hertil kommer, at anholdelsesmåden – pacificering ved at lægge den pågældende ned på jorden og iføre ham håndjern – henset til situationens (ringe) alvor kan forekomme for vidtgående.

På denne baggrund er det min vurdering, at der under sagen kan blive spørgsmål frifindelse, strafnedsæt-telse eller –bortfald, idet truslerne og udtalelserne, hvis det lægges til grund, at magtanvendelsen var for vidtgående, næppe kan siges at have en sådan karakter, at de dækkes af udtrykkene "overfalder".

Jens Rasmussen
Politiadvokat

Kristian Braad Jensen
Politifuldmægtig

*Annex 1*

The Copenhagen Police
Legal Department K.
A. Heegaards Gade 1. 3., 1572 Copenhagen V
Tel.  33910910 / 4781 – Fax 33430067

File no.:          0103-70300-00208-06
Date:
Officer in charge:  17490

The public prosecutor for Copenhagen,
Frederiksberg and Tårnby
Jens Kofods Gade 1
1268 Copenhagen K

+ annexes

Law firm
Tommy V. Christiansen
ANNEX NO. 1

PKN

ANNEX: 12

Please find attached the documents in the case against

Mario Herrera-Pradon
270263-3535
Korsørgade 32, 3.tv.
2100 Copenhagen

who has been indicted for violation of sections 119 (1) and 121 of the Danish penal code.

Indictment is recommended in accordance with the attached undated indictment draft.

As justification for the recommendation, I refer to interviews with the wronged police officers, Bitsch and Cederskjold (annexes 3 and 4).

About the arrest immediately preceding the threats and manifestations please note that the reason for the arrest may seem weak. It would thus seem to be an arrest primarily motivated by the fact that the suspect did not want to take his hands out of his pockets while talking to the police about why he would not give his name. However, the two police officers had lawfully given this order, see the Danish Police Act section 5(2, no. 1), most likely for the sake of their own and possibly others' safety.

Moreover, the arrest manner - pacification by putting the suspect to the ground and handcuff him – may seem too excessive given the (weak) gravity of the situation.

Against this background, it is my assessment that during this case the matter of acquittal, sentence reduction or withdrawal of the indictment may become relevant, as the threats and statements – if the assumption is that the use of force was excessive – can hardly be said to be such that they are covered by the term "assaults".

Jens Rasmussen
District attorney

Kristian Braad Jensen
Assistant chief constable

*Annex 2*

# NYBORG × RØRDAM
ADVOKATFIRMA

Mario Herrera-Padron
Hjortevej 2
8700 Horsens

**HANNE RAHBÆK**
**Advokat (H)**

33 38 70 07
hr@nrlaw.dk

Sekretær
Lill Edeling/hs
33 38 70 06
le@nrlaw.dk

J.nr. 6589-1
Dok 000037.DOC

15. april 2008

**Kære Mario Herrera-Padron og Gitte Toldsted**

I brev af 7. april 2008 har I medsendt en kopi af en håndskreven indstilling om til talerejsning fra Københavns Politi til Statsadvokaten for København m.v. I har spurgt, hvorfor jeg ikke benyttede denne indstilling i forbindelse med behandlingen af Marios sag ved Byretten på Frederiksberg den 25. juni 2007.

Jeg kan på den baggrund oplyse, at jeg ikke havde kendskab til dokumentet, før jeg modtog det fra jer. Jeg kan imidlertid konstatere, at argumentationen i indstillingen i det væsentlige svarer til den argumentation, som jeg benyttede i Byretten, og som førte til, at der blev afsagt en betinget dom.

Jeg bemærker, at den endelige vurdering af sagens bevismæssige og juridiske spørgsmål, som bekendt henhører under domstolene. Byretten udmålte en betinget straf, som efter min opfattelse er en afvigelse fra praksis i formildende retning. Jeg går ud fra at ankebehandlingen af sagen er afsluttet, og at Østre Landsret har haft mulighed for at tage stilling til sagen.

Med venlig hilsen

Hanne Rahbæk

*Annex 2*

## NYBORG X RØRDAM
### ADVOKATFIRMA

Mario Herrera-Padron
Hjortevej 2
8700 Horsens

**HANNE RAHBAEK**
**LAWYER (HIGH COURT)**

33 38 70 07
hr@nrlaw.dk

Secretary
Lill Edeling/hs
33 38 70 06
le@nrlaw.dk

Journal no. 6589-1
Dok 000037.DOC

15 April 2008

**Dear Mario Herrera-Padron and Gitte Toldsted**

In a letter dated 7 April 2008, you have enclosed a copy of a handwritten recommendation for prosecution by the Copenhagen Police to the Public Prosecutor for Copenhagen, etc. You have asked me why I did not use this document in dealing with Mario's proceedings in the District Court in Frederiksberg, 25 June 2007.

On that basis I can inform that I had no knowledge of the document before I received it from you. However, I can see that the reasoning in the document is essentially similar to the arguments I used in district court, which led to that a suspended sentence was given.

I note that the final assessment of the evidentiary and legal issues, as you know falls within the courts. The District Court passed a suspended sentence, which I believe is a deviation from practice in mitigating direction. I suppose the appeal case is concluded and that the Eastern High Court had the opportunity to rule on the matter.

Sincerely,

Hanne Rahbaek

**U.S. Department of Justice**

Civil Rights Division

*Annex 3*

RJM:kjc:tj
DJ 144-8-0
1048897

*Criminal Section - PHB*
*950 Pennsylvania Ave, NW*
*Washington DC 20530*

**FEB 2 8 2013**

Dear Sir/Madam:

> Thank you for your correspondence.  If you are writing to provide information or evidence regarding a potential violation of the criminal law, please send the same information or evidence to the Federal Bureau of Investigation in your local area or to your local police department or sheriff's office, or visit www.FBI.gov.

The Criminal Section is one of several Sections in the Civil Rights Division of the U.S. Department of Justice.  We are responsible for enforcing federal criminal civil rights statutes. The Criminal Section prosecutes criminal cases involving:

- Civil rights violations by persons acting under color of law, such as federal, state, or other police officers or corrections officers;
- Hate crimes;
- Force or threats intended to interfere with religious activities because of their religious nature;
- Force or threats intended to interfere with providing or obtaining reproductive health services;
- Human trafficking in the form of coerced labor or commercial sex;

We cannot help you recover damages or seek any other personal relief.  We also cannot assist you in ongoing criminal cases, including wrongful convictions, appeals, or sentencing.  For more detailed information about the Criminal Section or the work we do, please visit our web page:  www.justice.gov/crt/about/crm/.

We will review your letter to decide whether it is necessary to contact you for additional information.  We do not have the resources to follow-up on or reply to every letter.  If your concern is not within this Section's area of work, you may wish to consult the Civil Rights Division web page to determine whether another Section of the Division may be able to address your concerns:  www.justice.gov/crt.  Again, if you are writing to report a crime, please contact the federal and/or state law enforcement agencies in your local area, such as the Federal Bureau of Investigation, or your local police department or sheriff's office.

Sincerely,

The Criminal Section

**U.S. Department of Justice**

# CRIMINAL SECTION

_Washington, D.C. 20530_

Official Business
Penalty for Private Use $300



016H26601570

$00.46⁰

Mailed From 20530
US POSTAGE

Mr. Mario Herrera
Hjortevej 2
8700 Horsens
Denmark

0012S$0001

_Annex 3_

*Annex 4*

Wednesday. July 29, 2009
Horsens. Denmark.

**Robert Swan Mueller III**
12th Director of the
Federal Bureau of Investigation

My name is **Mario Herrera**. American citizen, and the reason that I am writing to you it is to ask a full investigation about my case with the intention to juridical prosecute those that until today continuously have been violating my fundamental rights of protection.

I was brutalized by the Danish police in Denmark **November 1, 2006**. Since then I was not only violated on all my legal rights of protection by the Danish authorities. I have been negated the most elemental protection by first the USA embassy in Copenhagen, Denmark and later by all the USA authorities that I have been contacting until today.

**MarioHerrerToFBI.PDF** is a document, with around 40 pages, and giving more than 10 reasons and multiple questions to answer and to justify an investigation in base of my accusation to those USA federal authorities directly and indirectly involved. It is including the CD that comes together with this letter and the hard print copy and folders with the documentation.

Last **July 6, 2009**. I called your FBI officer **Mr. Brian** at the American embassy in Copenhagen, Denmark, with the simple intention to know to WHERE and to WHOM I have to deliver my complaint in the FBI. Then **Mr. Brian** conditioned my simple request that he needed first to talk with **Anita F. Funcke**, and that he would get back to me in maximum two days to give me my answer. <u>**See folder 9**</u>, where is a tape recording of my conversation with **Mr. Brian**. He was made aware first by me that this conversation was recorded.

Today, **23 days** has passed from that, and that it is why I am writing to you **Mr. Swan Muller.** This disrespectful Mr. Brian's conduct, it has been the very same and exact behavior that I have been reporting in the document accusation to mainly the actual consul **Marilynn W. Rowdybush** and the former ambassador **James P. Cain,** plus all those federal USA authorities responsible for safe guarding my person.

Conspiracy, Deprivation of Rights Under Color of Law, violation of Vienna Convention on Consular relation of 1963 Article 36(a). And whatsoever else escape from my limited legal scope that will make responsible those federal authorities in front of the USA constitution and court justice.

In the name of collaboration between Danish police and USA FBI that you explain in the FBI webpage, I make this petition to investigate hidden key evidence in court (*See Jens Rasmussen*) about this document negated and hidden in my process to my lawyers in court and what the USA embassy have been negating to request to the Danish authorities in their conspiracy and accomplish behavior even they have been aware of this fact a long time ago.

Mario Herrera.
Hjortevej 2. Horsens. 8700. Denmark. Tel. 45-2929 5209
www.norightsforyou.com
mayitoh@hotmail.com

1

*Annex 4*

Wednesday. July 29, 2009
Horsens. Denmark.

- Under the **Vienna Convention on Consular Relations of 1963 Article 36(a)** information according the USA State Department. I got the right at least to have <u>a lawyer</u> and <u>to call the USA embassy</u>. **Why was I not allowed to have these rights?** (*See Video in folder 10*)
- Ask to Danish Police the following document: Journal No**.: 0103-70300-00208-06,** Case handler: **17490,** Marked: *"PKN Bilag: 12"*.

Please, I hope to receive a respectful treatment as I am respecting you at the time to write this letter.

The FBI, it is one of the few institutions where the American citizens still believe today, that it is not corrupted and enjoys a high respect for the impartiality and even more for the respect to act in name of the USA constitution for to preserve the integrity of their citizens.

But my experience until today, generally speaking and my experience in the last two years and half, where I have been feeling really scared of all these treatment. I feel like a bull-shit five class USA citizen. You can not separate here racist and discriminatory bias at the time to supply me with my most fundamental rights of protection.

My protection rights under the USA constitution belongs to me and I refuse to plead for them to anybody. I am just asking, to give me back what belongs to me, no more no less, like whoever other American citizen.

*"I accuse these persons mention above as the persons responsible for the physical, psychological and legal damage (all these persons have been ostensible damaging my believe in the USA judicial system) to both my person and my family, and I am requesting to the **Federal Bureau Investigation** your full intervention with the finality to prosecute in court for those responsible in front the USA justice.*

*FBI you have my total approval for this intervention as the full collaboration from both my wife Gitte Toldsted and myself."* **See Chapter 5.**

Thanks for you attention and your time. Waiting news from you ahead.

Mario Herrera                          Gitte Toldsted
Hjortevej 2.
8700. Horsens. Denmark.
Tel. 4529295209

Mario Herrera.
Hjortevej 2. Horsens. 8700. Denmark. Tel. 45-2929 5209
www.norightsforyou.com
mavitoh@hotmail.com

2

POSTKVITTERING

INDLEVERINGSATTEST

**MODTAGER**

ROBERT SWAN MUELLER III
FBI HEADQUARTERS IN WASHINGTON, D.C
FEDERAL BUREAU OF INVESTIGATION    USA
J. EDGAR HOOVER BUILDING
935 PENNSYLVANIA AVENUE NW WASHINGTON D

**AFSENDER**

MARIO HERRERA
HJORTEVEJ 2, 8700 HORSENS
DENMARK

INDLEVERINGSATTEST

☐ Attest for indlevering af et almindeligt brev

Der ydes ingen erstatning i forbindelse med bortkomst, beskadigelse eller manglende indhold.

**FORSENDELSE**

✗ Rekommanderet brev     RR06 964 **738** 6 DK    med modt bevis

☐ Værdibrev                  Beløb i kroner

☐ Post Exprès brev

☐ Andet

Find dit brev/pakke på www.postdanmark.dk

**UDFYLDES AF POST DANMARK**

Gebyr                                      Posthusets stempel

                                    **Post Danmark**
                                       Horsens

                                    3 0 JULI 2009

                                       8700
                                           Posthusets stempel

Pris fremgår af kassebon          Stregkodenummer

Erstatningsbestemmelser – se bagsiden.



STATE OF FLORIDA

# Office of the Governor

THE CAPITOL
TALLAHASSEE, FLORIDA 32399-0001

www.flgov.com
850-488-4441
850-487-0801 fax

*Annex 5*

CHARLIE CRIST
GOVERNOR

March 11, 2010

Mr. Mario Herrera
Hjortevej 2
8700. Horsens
DENMARK

Dear Mr. Herrera:

Thank you for contacting my office.  I appreciate your concerns and the opportunity to respond.

I want to know how people feel about the many critical issues we face and your input is important to me.  Please continue working with federal U.S. officials to resolve your concerns.

Thank you again for taking the time to contact my office.  For information about my administration and initiatives and to subscribe to my weekly "Notes from the Capitol" newsletter, please visit www.flgov.com and click on "Subscribe to Notes from the Capitol."

Sincerely,

Charlie Crist

CC/cas/jaj

*Annex 6*

## Fwd: From the Florida Attorney General's Office

Yandex.Mail

November 12, 2019 12:13 PM
**From:** «Panfilo» <elmayo@yandex.com>

For our records. This email is the third time that different U.S officials defined my case as a Federal (Charles Crist (as a ex-FL Governor and also he was ex Attorney General of Florida before governor); Police Hialeah Luis Antonio (ID 1216) verbal statement on video; and now FL. A.G Ashley Moody). And the third answers ever from any U.S official in last 13 years to multiple request to the D.O.J, U.S government and Senate. (Charlie Crist-2010; D.O.J- Civil Rights Division-Criminal Section, 2013 letter; and now Florida this email A.G  this one 2019)... That is all in the life spam of 13 years us denouncing my case to the U.S government.... Notice that they even wrote wrong my last name "Herrara" (Instead of: Herrera).

-------- Forwarded Message --------

**Subject:** From the Florida Attorney General's Office
  **Date:**  Fri, 8 Nov 2019 13:02:57 -0500
  **From:**  attorney.general@myfloridalegal.com
    **To:**  ELMAYO@YANDEX.COM

Dear Mario Herrara,

The office of Florida Attorney General Ashley Moody received your email regarding your treatment at the US Embassy in Copenhagen, Denmark.

We appreciate the time and effort you took in bringing your concerns to our attention.

It appears your concerns fall under the jurisdiction of the federal government, more specifically the Office of the United States Attorney General, and the United States Department of State.

Please contact those offices directly at:

The Honorable William Barr
U.S. Department of Justice
950 Pennsylvania Avenue, Northwest
Washington, D.C. 20530-0001
Phone: (202) 353-2000
Email: AskDOJ@usdoj.gov
Website: http://www.justice.gov/ag/

US Department of State
2201 C St., NW
Washington, DC 20520
1-202-647-4000
https://www.state.gov/

Thank you for contacting Attorney General Moody's office.

Sincerely,

Michael Roland, Esq.
Office of Citizen Services
Florida Attorney General's Office
The Capitol, PL-01
Tallahassee, Florida  32399-1050
Telephone:  (850) 414-3990
Toll-free in Florida:  (866) 966-7226
Website:  http://www.myfloridalegal.com

**PLEASE DO NOT REPLY TO THIS E-MAIL. THIS ADDRESS IS FOR PROCESSING ONLY.**

To contact this office please visit the Attorney General's website at www.myfloridalegal.com and complete the on-line contact form.

*(See attached file: Mario Herrera Postal.pdf)*

- Mario Herrera Postal.pdf



# Rick Scott
*for* Governor

A Political Outsider
Who Can Turn Florida Around.

*"Thank you for voting absentee today."*

www.RickScottForFlorida.com

Political advertisement paid for and approved by
Rick Scott, Republican, for Governor
300 S.E. 2nd Street
Ft. Lauderdale, FL 33301



THE HERRERA HOUSEHOLD
OR CURRENT RESIDENT
HJORTEVEJ 2
HORSENS 08700
DENMARK

*Annex 7*

# "Let's Get to Work."



Rick Scott is a successful businessman and entrepreneur who has built businesses and helped to create tens of thousands of jobs. His 7-step jobs plan will create 700,000 Florida jobs in 7 years.

*"I am a successful businessman and an outsider – not a career politician."*

Rick Scott will stand up to the Tallahassee insiders to turn Florida around.

*"If politicians could have solved Florida's problems, they would've been solved by now."*

Rick Scott will demand fiscal responsibility through accountability budgeting, a reduction in the state workforce, and drug testing for welfare recipients.

*"There is no such thing as government's money. It's the taxpayers' money."*

Rick Scott's plan will lower taxes for families and businesses, including cutting the property tax rate by 19% and phasing out the business tax completely.

## RICK SCOTT
### FOR GOVERNOR

*Please, return your absentee ballot today!*

www.RickScottForFlorida.com

Annex 7

H867 289 739 1
WAYBILL / TRACKING NUMBER



**UPS**

**WAYBILL**
(Non-Negotiable)

Annex 8

SHIPPER'S COPY

**1** SHIPPER'S UPS ACCOUNT NO.                SHIPPER'S V.A.T. NO.

NAME OF SENDER: MARIO HERRERA    TELEPHONE NO. (Very Important) +45 29295209

FROM

COMPANY NAME AND ADDRESS:
MARIO HERRERA
HJORTEVEJ 2,
8700 HORSENS

POSTAL CODE (Very Important)  8700          COUNTRY  DENMARK

**2** RECEIVER'S UPS ACCOUNT NO.            RECEIVER'S V.A.T. No.

COMPANY PERSON: RICK SCOTT      TELEPHONE NO. (Very Important) (850) 488-7146

TO

COMPANY NAME AND ADDRESS:    ☒ RESIDENTIAL
OFFICE OF GOVENOR RICK SCOTT
STATE OF FLORIDA
THE CAPITOL
400 S. MONROE ST, TALLAHASSEE

POSTAL CODE (Very Important)  FL 32399-0001      COUNTRY  USA

**3** PAYMENT OF CHARGES (not all options available to/from all countries)

BILL SHIPPING CHARGES TO:
☒ SHIPPER (S)    ☐ RECEIVER (R)    ☐ THIRD PARTY (T)
☐ Credit Card (Shipper only)   Third Party Company Name:

Enter UPS Account No. (Third Party) or major credit card (Shipper only)

BILL DUTIES & TAXES TO:
☐ SHIPPER (S)   ☐ RECEIVER (R)   ☐ THIRD PARTY (T)
Third Party Company Name:
Enter UPS Account No. (Third Party)

**4** SERVICE LEVEL | MARK "X" | UPS USE
| Express Plus | ☐ | 1+ |
| Express | ☐ | 1 |
| Express Saver | ☒ | 1P |
| Expedited | ☐ | 2 |
| Standard | ☐ | |

**5** SHIPMENT INFORMATION

NO. OF PACKAGES IN SHIPMENT: 1    TOTAL ACTUAL WEIGHT: 3.550 kg    TOTAL DECLARED WEIGHT (Advisory): kg

DESCRIPTION OF GOODS: DOX

**6** OPTIONAL SERVICES (See Instructions)
☐ UPS NA1
☐ SATURDAY DELIVERY

**7** DATE OF SHIPMENT    SHIPPER'S SIGNATURE
DD 27 MM 07 YY 12    G. DROSSI

UPS USE
RECEIVED FOR UPS BY: MG    DATE 27/7   TIME 13:00
AMOUNT RECEIVED: DKK 586,74   ☐ CHEQUE ☒ CASH

**UPS** **Proof of Delivery**                          Close Window                    *Annex 8*

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | H8672897391 |
| **Service:** | UPS SAVER |
| **Weight:** | .50 kg |
| **Shipped/Billed On:** | 27-07-2012 |
| **Delivered On:** | 30-07-2012 9:20 |
| **Delivered To:** | TALLAHASSEE, FL, US |
| **Signed By:** | J MOON |
| **Left At:** | Office |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  21-08-2012 8:51  ET

Print This Page                                          Close Window



**UPS**

**WAYBILL**
**(Non-Negotiable)**

H868 621 760 7

Waybill / Tracking Number

SEE ... ON BACK
FOR INTERNATIONAL SHIPMENT

**1** Shipper's UPS Account No. | Shipper's V.A.T. No.

Name Or Sender (Very Important)
MARIO HERRERA   +45 29.295.209

Company Name And Address
HJORTEVEJ 2
HORSENS

Postal Code (Very Important)    Country
8700    DENMARK

**2** Receiver's UPS Account No.¹ | Receiver's V.A.T No.

Contact Person    Telephone No. (Very Important)
RICK SCOTT   (850)488-7146

Company Name And Address   Residential
GOVERNOR OFFICE
STATE OF FLORIDA
THE CAPITOL
400 S. MONROE ST.
TALLAHASE, FL
Postal Code (Very Important)    Country
32399-0001   USA

**3** PAYMENT OF CHARGES ¹¹ (not all options available to/from all countries)
Bill Shipping Charges To:
☑ Shipper (S)    ☐ Receiver (R)    ☐ Third Party (T)
Credit Card (Shipper only)    Third Party Company Name:
Enter UPS Account No. (Third Party) or major credit card (Shipper only)
Bill Duties & Taxes To:
☑ Shipper (S)    ☐ Receiver (R)    ☐ Third Party (T)
Enter UPS Account No. (Third Party)    Third Party Company Name:

**4** SERVICE LEVEL ¹¹ | MARK "X" | UPS USE
Express Plus | ☐ | 1+
Express | ☐ | 1
Express Saver | ☑ | 1P
Expedited | ☐ | 2
Standard ¹ᵛ | ☐ |

**5** SHIPMENT INFORMATION
No. of Packages In Shipment | Total Actual Weight | Total Dimensional Weight (if Applicable)
| kg | kg
☐ UPS Express Envelope
Mark "X" if All Packages Are Same Size & Weight
No. of Packages For Which The:
Additional Handling Charge Applies | Large Package Surcharge Applies
Declared Value For Carriage – Additional Charge Applies
Specify origin country/currency ¹¹¹
Reference No. 1 (Optional)
Reference No. 2 (Optional)
Description Of Goods ¹¹¹
Mark "X" If Goods Not In Free Circulation In The EU | ☐ Full Postal Import Clearance Instructions Attached

**6** OPTIONAL SERVICES (See Instructions)
☐ UPS NA1 ¹¹
☐ Saturday Delivery ¹¹
Service Instructions

The Shipper agrees to the UPS Terms and Conditions set out on the reverse of the Shipper's Copy of the Waybill. Unless a greater value for carriage is declared on the Waybill, the limits of liability specified under the Warsaw, Montreal or CMR Conventions (if applicable) or set out in Clause 9 of the Terms and Conditions will apply. The time limits for making any claim are set out in clause 12. The shipper authorises UPS to act as forwarding agent for export control and customs purposes.

**7** DATE OF SHIPMENT | SHIPPER'S SIGNATURE
DD   MM   YY
21  05  13

UPS USE
Received For UPS By:    Date    Time
21/05  16.50
Address Received
76S 96 Dtt    ☐ Check  ☐ Cash
Other Information

Shipper's Copy
© 2011 United Parcel Service of America, Inc.

I Required for UPS Standard shipments when the receiver is the payer of the shipping charges. See section 3.
II Some options not available from all origins and/or to all destinations. Contact UPS for details.

III Be sure to specify which currency you are using. Missing currency information may lead to delay, for which UPS takes no responsibility.
IV The UPS Standard Service between two EU member states is limited to goods in free circulation in the EU.

Proof of Delivery

*Annex 8*

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | H6866217607 |
| **Service:** | UPS SAVER |
| **Weight:** | .20 kg |
| **Shipped/Billed On:** | 21-05-2013 |
| **Delivered On:** | 23-05-2013 9:22 |
| **Delivered To:** | TALLAHASSEE, FL, US |
| **Signed By:** | MOON |
| **Left At:** | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:   12-07-2013 10:08   ET

Print This Page          Close Window




**WAYBILL**
(Non-Negotiable)

H869 352 153 2
WAYBILL / TRACKING NUMBER

| 1 | SHIPPER'S UPS ACCOUNT NO. | | SHIPPER'S V.A.T. No. |
|---|---|---|---|

NAME OF SENDER: MARIO HERRERA   TELEPHONE No. (Very Important): +45 23295209

COMPANY NAME AND ADDRESS: HJORTEVEJ 2
8700 HORSENS

POSTAL CODE (Very Important): 8700   COUNTRY: DENMARK

| 2 | RECEIVER'S UPS ACCOUNT NO. | RECEIVER'S V.A.T. No. |
|---|---|---|

CONTACT PERSON: RICK SCOTT   TELEPHONE No. (Very Important): (800)955-7196

COMPANY NAME AND ADDRESS: OFFICE OF GOVERNOR
STATE OF FLORIDA
THE CAPITOL
400 S MONROE ST.
TALLAHASSEE, FLORIDA

POSTAL CODE (Very Important): 32399-0001   COUNTRY: USA

| 4 | SERVICE LEVEL | MARK "X" | UPS USE |
|---|---|---|---|
| Express Plus | | | 1+ |
| Express | | | 1 |
| Express Saver | | X | 1P |
| Expedited | | | 2 |
| Standard | | | |

| 5 | SHIPMENT INFORMATION |
|---|---|
| No. Of Packages In Shipment: 1 | |

**3  PAYMENT OF CHARGES** (not all options available to/from all countries)

Bill Shipping Charges To:   ☒ Shipper (S)   ☐ Receiver (R)   ☐ Third Party (T)

| 6 | OPTIONAL SERVICES (See Instructions) |
|---|---|
| ☐ UPS NA1 | |
| ☐ Saturday Delivery | |

| 7 | DATE OF SHIPMENT | SHIPPER'S SIGNATURE |
|---|---|---|
| DD MM YY | 27 09 13 | |

UPS USE
RECEIVED FOR UPS BY: MEREN   DATE: 24/9   TIME: 13:05

DKR 607.25

SHIPPER'S COPY

© 2011 United Parcel Service of America, Inc.

Annex 8

UPS: Tracking Information

http://wwwapps.ups.com/WebTracking/processPOD?Request...

*Annex 8*

**UPS** Proof of Delivery

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | H8693521532 |
| **Service:** | UPS SAVER |
| **Weight:** | .20 kg |
| **Shipped/Billed On:** | 27-09-2013 |
| **Delivered On:** | 30-09-2013 9:22 |
| **Delivered To:** | TALLAHASSEE, FL, US |
| **Signed By:** | J MOON |
| **Left At:** | Office |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  17-11-2013 7:25  ET

Print This Page

Close Window

Horsens, Denmark
3 June 2019

Federal Election Commission
1050 First Street, NE
Washington, DC 20463. USA
oig@fec.gov
202-694-1100

U.S. officials, **Ellen L. Weintraub**, Chairman (Democratic Party), **Matthew S. Petersen**, vice chairman (Republican Party), **Caroline C. Hunter** (Rebublican Party) and **Steven T. Walther** (Independant) of the Federal Election Commission.

We are sending this **legal warning** to you at the Federal Election Commission (F.E.C.) over the two presidential candidates N.J. senator **Cory Booker** and ex vice president **Joe Biden**. We are accusing both of them of federal crimes and we are asking both of them being **immediately disqualified**, since they are using Federal positions to bypass and get away from justice.

None of them can run for presidential elections until **Federal Crimes** committed by both of them are clarified; **Federal Crimes** to obstruct the justice for U.S. citizen **Mario Herrera**, who was tortured, kidnapped and prosecuted with lack of due-process in Denmark with the total approval of the U.S. government of **Barack Hussein Obama-Hillary Clinton** as State Secretary. Both **Cory Booker**, **Barack Hussein Obama** and **Hillary Clinton** (two accusations) have been accused in the D.O.J. since 2010 with **Pam Bondi-Bill McCollum and Eric Holder** in collusion **obstructing the justice** since then. **NONE OF THEM** can run for Federal positions until our accusations against all of them are clarified in front of the justice.

We are attaching this **legal warning** to The McClatchy Company CEO **Craig I. Forman** to support our legal warning to them, as well as to the U.S. A.G. **William Barr**, Florida State A.G **Ashely Moody**, the **U.S. Civil Rights Commission** and also to the U.S. President **Donald J. Trump**.

We have sent accusations against U.S. ambassador **Carla Sands** (2018) and N.J. senator **Cory Booker** (2019) to the U.S. A.G. **William Barr** related with the same case of torture in Denmark.

These two presidential candidates in 2020 - both **Cory Booker** and **Joe Biden** - **cannot** run for the U.S. presidential election or any other Federal position **until** our accusations on their **federal crimes** are clarified with us in front of both a Federal Court and the U.S. Congress. We already reported the case of candidate **Cory Booker**, to the N.J A.G. **Gubir Grewal** who is a Democrat appointed, and we believe he is already in clear **obstruction of justice** since he is not answering us back like in the past it has been the case with both A.G. **Eric Holder** and **Pam Bondi-Bill McCollum**.

We have evidences that **Cory Booker** has being **obstructing the justice** for years meanwhile he was a member of the **U.S. Senate Judiciary Committee** (*together with FL senator Marco Rubio*) denying us a voice to speak and testify in front of the U.S. Congress. And both of them received **MONEY** for their election campaigns from the Danish company **Novo Nordisk** located in New Jersey State, making this a huge **conflict of interest** since both of them have been **Tampering** us (*Mario Herrera as U.S. citizen and my wife Gitte Toldsted*) in collision with the foreign **Kingdom**

1/2

*Annex 9*

Horsens, Denmark
3 June 2019

**of Denmark** to obstruct the justice.

All of you **Ellen L. Weintraub**, **Matthew S. Petersen**, **Caroline C. Hunter** and **Steven T. Walther** as U.S. officials in representation of the **F.E.C.**; after you have read this letter you can consider yourself <u>**legally warned**</u> of implications to violate **Federal Civil Rights Statutes**; Title 18, U.S.C., Section 241 - *Conspiracy Against Rights* and Title 18, U.S.C., Section 242 - *Deprivation of Rights Under Color of Law*, as well as 18 U.S. Code § 1512. *Tampering with a witness, victim*, or an informant, and on *Obstruction of Justice* 18 USC Ch. 73.

We add our respective USA and Denmark passport copies for testify this legal warning and to be immediately called to testify in front of the U.S. Congress.

We expect immediate response to our petition, within the legal time frame.

Regards.

**MARIO HERRERA**
USA citizen. Hialeah, Florida.
SS# 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
Hjortevej 2
Horsens. 8700.
Denmark.

**GITTE TOLDSTED**
Danish citizen (and **Mario Herrera**'s wife)

Hjortevej 2
8700 Horsens
Denmark

*Annex 1*: Copies of **Mario Herrera**'s and **Gitte Toldsted**'s passports.

*Annex 9*



We the People

Of the United States,
in Order to form a more perfect Union,
establish justice, insure domestic Tranquility,
provide for the common defence,
promote the general Welfare, and secure
the Blessings of Liberty to ourselves and
our Posterity, do ordain and establish this
Constitution for the United States of America.

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

USA

UNITED STATES OF AMERICA

Type / Type / Tipo    Code / Code / Código    Passport No / No. du Passeport / No. de Pasaporte
P                     USA                      530690033

Surname / Nom / Apellidos
HERRERA

Given Names / Prénoms / Nombres
MARIO

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
27 Feb 1963

Place of birth / Lieu de naissance / Lugar de nacimiento
CUBA

Sex / Sexe / Sexo
M

Date of issue / Date de délivrance / Fecha de expedición
19 Aug 2015

Authority / Autorité / Autoridad
United States
Department of State

Date of expiration / Date d'expiration / Fecha de caducidad
18 Aug 2025

Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 51

P<USAHERRERA<<MARIO<<<<<<<<<<<<<<<<<<<<<<<<<<
5306900335USA6302278M2508186715724352<218816

*Annex 9*

**10 PÅTEGNINGER/ENDORSEMENTS
ANNOTATIONS**

12) Forlængelse af passets gyldighed
Extension of validity of passport
Prolongation de la validité
du passeport

Gyldigheden for dette pas er standset indtil
The validity of this passport has been extended until
La validité de ce passeport est prolongée jusqu'au

DANMARK
DENMARK
DANEMARK

PAS
PASSPORT
PASSEPORT

| Type/Type/Type | Kode/Code/Code | Pasnummer/Passport No./Passeport N° |
|---|---|---|
| P | DNK | 207486023 |

Efternavn/Surname/Nom
**TOLDSTED**

Fornavn/Given names/Prénoms
**GITTE**

| Nationalitet/Nationality/Nationalité | Højde/Height/Taille |
|---|---|
| DANSK/DANISH/DANOISE | 176 CM |

| Fødselsdato/Date of birth/Date de naissance | Personnummer/Personal code/Numéro d'identité |
|---|---|
| 11 10 61 | 111061- |

| Køn/Sex/Sexe | Fødested/Place of birth/Lieu de naissance |
|---|---|
| F | STRUER |

| Udstedelsesdato/Date of issue/Date de délivrance | Myndighed/Authority/Autorité |
|---|---|
| 09 05 14 | HORSENS KOMMUNE |

| Gyldig indtil/Date of expiry/Date d'expiration | Indehavers underskrift/Holder's signature/Signature du titulaire |
|---|---|
| 09 05 24 | |

```
P<DNKTOLDSTED<<GITTE<<<<<<<<<<<<<<<<<<<<<<<<
2074860238DNK6110110F2405090111061<   <<<12
```




**WAYBILL**
(Non-Negotiable)

W 520 053 248 2

WAYBILL / TRACKING NUMBER

**1** Shipper's UPS Account No.  |  Shipper's V.A.T. No.

110X68

NAME OF SENDER    Internet No. (Very Important)
MARIO HEPPERA   +45 23 23 76 77

**F R O M**
Company Name And Address
HOVITEVEJ 2,
HOPLEVS

Postal Code (Very Important)   Country
8700        DENMARK

**2** Receiver's UPS Account No.   Receiver's V.A.T. No.

**T O**
Contact Person    Internet No. (Very Important)
EILENE WEINTRAUB   +1 202 694 1100

Company Name And Address
FEDERAL ELECTION COMMISSION
1050 FIRST STREET, NE
WASHINGTON, DC

Postal Code (Very Important)    Country
20463          USA

**3** PAYMENT OF CHARGES (not all options available to/from all countries)
Bill Shipping Charges To:
☒ Shipper (S)    ☐ Receiver (R)    ☐ Third Party (T)
☐ Credit Card (Shipper only)    Third Party Company Name:

Enter UPS Account No. (Third Party) or major credit card (Shipper only)   Enter Third Party Country, License

Bill Duties & Taxes To:
☒ Shipper (S)   ☐ Receiver (R)   ☐ Third Party (T)
Enter UPS Account No. (Third Party)   Third Party Company Name:

Make "X" here, Mail In
This Envelope in Box III

**4** SERVICE LEVEL       MARK "X"   UPS USE
Express Plus         ☐        1+
Express            ☐        1
Express Freight Midday     ☐        1
Express Freight        ☐        1P
Express Saver         ☒        1P
Expedited           ☐        2
Standard IV          ☐

**5** SHIPMENT INFORMATION
No. Of Packages / Pallets In Shipment    Total Actual Weight    Total Destination Weight or Dimensional Weight for All
☒ UPS Express Saver        kg
☐ Make "X" if All Packages/Pallets Are Same Size & Weight.    No. Of Packages For Weight Tier
Additional Handling Charge Applies   Large Package Surcharge Applies
Declared Value For Carriage – Additional Charge Applies
Specify option, country, level
Reference No. 1 (Optional)
Reference No. 2 (Optional)
Description Of Goods    Documents Only
DOCUMENTS        ☒

**6** OPTIONAL SERVICES (See Instructions)
☐ UPS NA1 II
☐ Saturday Delivery II

The shipper agrees to the UPS Terms and Conditions set out on the reverse of the Shipper's Copy of the Waybill. Unless a greater value for carriage is declared on the Waybill, the limits of liability specified under the Warsaw, Montreal or CMR Conventions (if applicable) or set out in clause 9 of the Terms and Conditions will apply. The time limits for making any claim are set out in clause 17. The shipper authorises UPS to act as forwarding agent for export control and customs purposes.

**7** DATE OF SHIPMENT   SHIPPER'S SIGNATURE
DD   MM   YY

UPS USE
Received For UPS By:   Date   Time
LWM          4/6 14 18
Amount Received
DKK   340,80   Check  Cash
Other Information:   ☒   ☐

SHIPPER'S COPY

© 2008 United Parcel Service of America, Inc.

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

W5200532482

**Weight**

0.30 KGS

**Service**

UPS Express Saver®

**Shipped/Billed On**

04-06-2019

**Delivered On**

06-06-2019 13:38

**Delivered To**

WASHINGTON, DC, US

**Received By**

POLK

**Left At**

Front desk

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 06-06-2019 14:54 EST

*Annex 10*

Horsens, Denmark
3 February 2020

To: U.S. President **Donald J. Trump**.
The White House.
1600 Pennsylvania Ave, NW,
Washington, DC 20500, USA.
info@mail.whitehouse.gov

To: U.S. officials, **Caroline C. Hunter,** Chairman (Republican Party), **Steven T. Walther**
Vice Chairman (Independent), **Ellen L. Weintraub** (Democrat), of the *Federal Election*
Commission.
https://www.fec.gov/about/leadership-and-structure/
1050 First Street, NE.
Washington, DC 20463. USA.
oig@fec.gov
202-694-1100

We are talking here to both U.S. president **Donald J. Trump** and to the **Federal Election Commission** (F.E.C.) and to both Texas senators **John Cornyn** and **Ted Cruz** in the U.S. senate's Judiciary Committee and finally to our lawyers to bring the U.S. government in full to justice. **This letter is not a legal warning. This is evidences that we want to bring to court.**

We will bring the F.E.C. to testify about the two times we legally warned them about **Cory Booker** and **Joe Biden**. We are asking the disqualification of both **Cory Booker** to aspire to become senator in New Jersey State and **Joe Biden** to run for U.S. president in 2020. Both of them are **FEDERAL CRIMINALS** and both of them were in Conspiracy Against Rights against U.S. citizen **Mario Herrera**. None of them should be able to run for political positions in USA territory until it has been clarified in front of U.S. courts about their Federal Crimes for which we (*Mario Herrera and Gitte Toldsted*) are accusing both of them. We want to leave it loud and clear, that we are accusing the whole **Barack Hussein Obama** administration, and that includes also **Joe Biden**. We want to determine the role of **Joe Biden** in the **Obama** administration obstructing the justice together with **Obama** and **Eric Holder**. They all are in the same boat.

Nope!!! Mr. President **Donald J. Trump**; (*Mario Herrera here answering the email received at elmayo@yandex.com from The White House. The email is attached in Annex 1*). You have not done anything for me as a U.S. citizen in the last 3 years. As a matter of fact, you have been in the last 3 years behaving exactly like the **federal criminal Barack Hussein Obama** and his whole accomplish SWAMP administration. (*Including Joe Biden*).

No, you are not fighting for me Mr. **Trump**, but instead you are obstructing me from attaining justice – just like **Obama** did. We strongly believe and can prove in front of a U.S. justice court that both you and your family and your administration are in OBSTRUCTION OF JUSTICE in my case with the clear racist and discriminatory intention of NOT TO SERVE JUSTICE. That you Mr. President were already legally warned from us through Virginia State senator **Richard Herman Black** in our name. We will bring him to testify. We strongly believe that both your (*Republicans*)

1/5

*Annex 10*

Horsens, Denmark
3 February 2020

actual U.S. Attorney General, **William Barr** and Florida A.G. **Ashley Moody** (*They already were directly and widely notified*) are both **in-cahoots** (together with you) to violate Federal Civil Rights Statutes, all of them together with the F.B.I. And the U.S. State Department, to cover up Democrats U.S. officials involved in this case of obstruction of justice.

All this has to be knowledge to all parties taking elections in USA. Republicans, Democrats and Independent and of course to the justice. That the F.E.C. is not alerting American people of the U.S officials with accusations in the D.O.J. on federal crimes, as we ask. We ask that American People are open and publicly informed in a statement about our accusations against **Cory Booker** and **Joe Biden**.

We strongly believe that both you and your family (***Ivanka Trump and Jared Kushner***) are directly covering **Hillary Clinton** and **Barack Obama** (*including also Robert S. Mueller III and James Comey to face justice*), who all of them have been already accused in the U.S. Department of Justice by us since 2010, together with also **Marco Rubio** and **Rick Scott**. And we want especially **Hillary Clinton** in jail under the law promises (*not your fake promises*) according to the U.S. Federal Civil Rights Statutes. (*On charges of **Conspiracy Against Rights** and **Deprivation of Rights under the Color of Law**; 10 years in prison each of them, plus compensation, and we want the death penalty option or life-in-prison equivalent to be on the table of justice*).

We will send a copy of this letter to the **Federal Election Commission** (F.E.C.) like we did before with **Cory Booker-Joe Biden**. We want this F.E.C. commission that declare publicly illegal any kind of FINANCES to support these two **federal criminals** until our accusations against both of them are clarified in front of a U.S. court. We have evidences to show in court that **Cory Booker** (*like Marco Rubio and Mario Diaz-Balart*) received MONEY from a Danish company (*Novo Nordisk*) for election campaigns when (*all of them*) fully knowing our multiple petitions for us to testify in front of the U.S. Congress. **Cory Booker** took the option to hide our case to cover his "Pharma Business Interests" well paid by Denmark; when he is a fully-fledged member of the U.S. senate's Judiciary Committee. The F.E.C. has to PUBLICLY notify all U.S. citizens that we are requesting both **Joe Biden**, **Marco Rubio** and **Rick Scott** as FEDERAL CRIMINALS and that the U.S. Department of Justice is in obstruction of justice. We have already contacted both Texas senators in the judiciary committee, **John Cornyn** and **Ted Cruz**, and we want to call both of them to justice to know the reasons of their silence in our denounces (sent to both of them) of **Cory Booker** and several other topics (*Including the hand of Twitter deleting and closing our accounts after both my wife and me, we contacted Cory Booker also via Twitter; related with Ted Cruz-Twitter U.S. Senate hearing*).

The **Federal Election Commission** (F.E.C.) is a government dependent agency paid with U.S. taxes, (*my taxes*), with a U.S. government **budget 2019 of 71.25 million dollars** from the American people's taxes (*my taxes include*) They should not be in-cahoots covering obstruction of justice by people already accused as **federal criminals** reported to the U.S. Department of Justice since 2010. They (*The F.E.C.*) are accountable in front of justice as well and we want their budget on the table at the time of compensation. And the F.E.C. members will also be federal criminals in case they keep helping U.S. Officials involved in federal crimes to obstruct the justice and not officially announcing open and publicly to ALL American people as as we ask.

2/5

*Annex 10*

Horsens, Denmark
3 February 2020

We don't know what kind of "*independent*" institution could be the F.E.C. when they receive a budget paid by the U.S. government, and there are my taxes (*All American people taxes*) included. We want an explanation in front of a U.S. court about this. And more important, all other 329 millions of Americans would like to know too. Why is the F.E.C. is covering for U.S. officials denounced in the D.O.J. as federal criminals, like **Cory Booker** and **Joe Biden** or **Marco Rubio**?! When you receive money from the U.S. government (**71.25 million dollars**) those are American people's taxes, and then you are an employee of the U.S. government, trying to fool others with this fairy-tale of "*independent*"!!!. You belong to us; The People. We will ask explanation about this in front of an open U.S. court all the way to the Supreme Court if it would be necessary. We will bring each of you to testify in court.

We also want to bring the **Queen of Denmark Margarethe II**, as a head of the State and Denmark's Constitution *(or whoever she wants to send to represent her)*, to testify in front of a U.S. court according the **U.S.-Denmark Mutual Legal Cooperation and Extradition agreement\*** since she and ex president **Barack Obama** were widely notified by us multiple times. We believe they both were and still are in-cahoots. We want to expose the Queen and **Barack Obama** together to testify.
(\* *Ex ambassador, **Laurie S. Fulton** and the then Danish Minister of Justice, **Brian Mikkelsen** signing here, **Mutual Legal Cooperation and Extradition agreement** (actually deleted by the U.S. State Department) http: denmark.usembassy.gov events 2009-events ev2009-moj-signing.html . We want to subpoena this link deleted by the U.S State Department in court).*

We want also to question for open public knowledge, WHY the **ROTTEN** State of Denmark, the Kingdom of Denmark *(In this case the Queen as head of State according the Danish Constitution)* in 2019 was granted **justice on U.S. soil, in front of New York city courts** - for 2.1 billion dollars - **before me**, and why not me as a U.S. citizen **Mario Herrera** who have delivered more than 40 accusations already in the U.S. Department of Justice since 2010 including most of all the U.S. officials mentioned above - and including extradition requests of multiple Danish citizens to face justice in USA. We want to know what is the hand of **Eric Holder-Mike Mukasey-Bill McCollum-Pam Bondi-Ashley Moody-Robert S. Mueller III-James Comey** in all this to commit obstruction of justice and **Tampering Against Witness**, with the finality to violate the U.S. Constitution 14th Amendment and more (*1st , 6th , 14th Amendments at least*).

I want to mention that I am a political refugee from Cuba, I am a U.S. citizen born in Cuba. I was accepted in USA under the Cuban Adjustment Act granted by judge in court in Miami Downtown, Florida. And it was NOT Cuba who tortured and left me handicapped now!!! It was done by Denmark and with U.S. officials including **Barack Obama**, the U.S. State Department and FBI officials including director **Robert S. Mueller III** and **James Comey** in cahoots.

To guarantee the legitimacy of this document in front of any U.S. court, we will send it to both U.S. president **Donald J. Trump** and the **Federal Election Commission** (F.E.C.), as well as to Texas senators **John Cornyn** and **Ted Cruz** and the **Federal Bureau of Investigation** at FBI Washington Field and FBI Miami Field (*the latter two by email: washingtondc.fbi.gov and miami.fbi.gov*). We attach copies of our respective passports (*Annex 2*).

3/5

Horsens, Denmark
3 February 2020

**Joe Biden**, **Cory Booker**, **Marco Rubio**, **Rick Scott**, **Mario Diaz-Balart** and anyone else included in our more than 40 accusations (*list attached in Annex 3*) **CANNOT RUN** for positions as U.S. officials until they clarify their respective criminal legal status and also open and publicly notify this to all U.S. citizens.

We are attaching to you both answers we have received during the last 13 years while struggling to receive justice, from back then Florida governor **Charlie Crist** (*Annex 4*) and incumbent Florida **A.G. Ashley Moody**'s office (*Annex 5*), declaring our case as; a **Federal Case**.

To conclude we also want to mention, that we know that **Pam Bondi** is today part of your, president **Trump**'s team of legal advisers, when she have to be in jail right now according our denounce made to both U.S. A.G. **William Barr** and Florida A.G. **Ashley Moody**.

**Pam Bondi** was the Florida A.G. who we directly reported when I was deprived the right to vote in the presidential re-election in 2012 of **Barack Hussein Obama**. I was denied the right to vote and the F.B.I. was fully informed, because in 2012 we already knew he was a Federal Criminal obstructing my case from justice together with **Eric Holder**. This is a clear violation of the 15th Amendment of the U.S. Constitution. Both in 2012 Florida A.G. **Pam Bondi** and the FBI Washington-field and FBI-Miami were widely informed of our accusations, even delivering evidences to them, on the violations of rights to vote. I was denied my absentee ballot. (*We want to subpoena our emails with evidences sent to the F.B.I.* washingtondc.fbi.gov *and* miami.fbi.gov ) That is how **Barack Obama** got elected in 2012, second period. **Justice NEVER was served.** How many American citizens like me?! I want to stress one more time, that I am a political refugee in USA under the Cuban Adjustment Act of 1966 granted by a judge in court in Miami, Florida. The main reason for me to be a U.S. citizen is the right TO VOTE, to have the freedom to vote, and you the U.S. government, took away from me this right like **Castro** did.

The F.E.C. got the freedom to contact both State attorney general in New Jersey **Gurbir Grewal** and Florida A.G. **Ashley Moody** on these matter. Nobody stop the F.E.C. to ask all those A.G.s as a U.S. government institution. Both N.J. and Florida attorney generals are in obstruction of justice already together with the U.S. attorney general **William Barr**, who we sent **the Pam Bondi accusation** together at the same time via UPS, same day, to **Ashley Moody** and him. All these attorney generals are in-cahoots in obstruction of justice and all of them should be by law (*If the law is real, because we see and can prove the D.O.J. as a masquerade*) arrested and prosecuted for violations of Federal Civil Rights Statutes and the U.S. Constitution. And we ask maximum penalty to all those U.S. officials who are receiving payment with my taxes.

Whatsoever happen to our lives, both my wife **Gitte Toldsted** or myself **Mario Herrera** (*after seeing Jeffrey Epstein killed by the hand of others* **inside** *a Federal penitentiary*). We ask protection for our lives, we believe that the both U.S. government and special interests can kill of us for political motivations. This also includes the Kingdom of Denmark and its Queen Margrethe II. It will make directly responsible the whole **Donald J. Trump** administration and his family members (*Ivanka Trump and Jared Kushner and also including the U.S A.G William Barr-Ashley Moody-*

*Annex 10*

Horsens, Denmark
3 February 2020

*Pam Bondi-Bill McCollum-Marco Rubio-Mario Diaz-Balart and incumbent F.B.I director Christopher A. Wray*), as well as the former members of **Barack Hussein Obama**'s administration (*including Hillary Clinton, Joe Biden, Eric Holder, Robert S. Mueller III, Jame Comey, Bill Nelson, Cory Booker*) and this Federal Election Commission (F.E.C.).

This letter have to be brought in front of a U.S. court as evidence.

**Mario Herrera** and **Gitte Toldsted**
**Hjortevej 2.**
**Horsens. 8700.**
**Denmark.**

Personal information:
**Mario Herrera.**
Social Security Number: 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.
February 27, 1963.
U.S. passport: 530690033.
Zero criminal record (all his life).

Personal information:
**Gitte Toldsted**
Danish citizen
Danish passport: 207486023
Zero criminal record (all her life).

_____ 02/03/2020
MARIO HERRERA.
USA citizen. Hialeah, Florida.

_____ 02/03/202
GITTE TOLDSTED
Danish citizen (and **Mario Herrera**'s wife)

Annexes

| No.: | Content: | Date: |
|------|----------|-------|
| 1 | Email to **Mario Herrera** from president **Donald J. Trump**, The White House: "3 years fighting for YOU". | Dated 01/22/2020 |
| 2 | Copics of **Mario Herrera's** and **Gitte Toldsted's** passports | |
| 3 | List of accusations | From 2010 - |
| 4 | **Charlie Crist's** letter to **Mario Herrera**. | Dated 03/11/2010 |
| 5 | Copy of the email answer from Florida A.G. **Ashley Moody's** office, "signed" by **Michael Roland**, Esq. | Dated 11/08/2019 |

*Annex 10*



Vægten på denne label angiver det VÆGT-INTERVAL din pakke tilhører.Dette betyder at den påførte vægt IKKE er den samme som den fysiske vægt du har bestilt,  og en eventuel afvigelse derfor er normalt.Se evt din ordrehistorik for yderligere bestillings-detaljer. Alle pakker scannes og vejes iht. den oprindelige bookning

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1ZW846310493200246

**Weight**
0.50 KGS

**Service**
UPS Express Saver®

**Shipped/Billed On**
02-02-2020

**Delivered On**
05-02-2020 14:25

**Delivered To**
WASHINGTON, DC, US

**Received By**
ADREN

**Left At**
Receiver

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 23-02-2020 3:25 EST

*Annex 11*

## POSTKVITTERING
INDLEVERINGSATTEST

MODTAGER
PRESIDENT OF USA , MR. BARACK OBAMA
THE WHITE HOUSE
1600 PENNSYLVANIA AVENUE NW
WASHINGTON , DC 20500 , USA

AFSENDER
MARIO HERRERA
HJORTEVEJ 2 , 8700 HORSENS
DENMARK - DK

INDLEVERINGSATTEST

☐ Attest for indlevering af et almindeligt brev

Der ydes ingen erstatning i forbindelse med bortkomst, beskadigelse eller manglende indhold.

FORSENDELSE
☒ Rekommanderet brev
☐ Værdibrev        Beløb i kroner
☐ Post Ekspres brev
☐ Andet

Find dit brev/pakke på www.postdanmark.dk

UDFYLDES AF POST DANMARK

Gebyr

Pris fremgår af kassebon

Erstatningsbestemmelser - se bagsiden.

Posthusets stempel
Post Danmark Posthus
Banegårdspladsens Posthus
1 1 MAJ 2009
8040

Posthusets stempel

Strejkkodenummer

RR06 659 897 8 DK

LØFT

---

**POST** ── Danmark / Danemark ──

**Bevis for modtagelse / udlevering / betaling / godskrivning**
**Avis de réception / de livraison / de paiement / d'inscription**

CN 07
(ancien C 5)

| Indleveringsposthus / Bureau de dépôt | | Dato / Date |
|---|---|---|

Forsendelsens modtager / Destinataire de l'envoi: PRESIDENT OF USA
MR. BARACK OBAMA
THE WHITE HOUSE
1600 PENNSYLVANIA AVENUE NW
WASHINGTON , DC 20500 , USA

Service des postes
Timbre du bureau renvoyant l'avis

**Forsendelses art / Nature de l'envoi**

| ☒ Brev / A Prioritaire | ☐ Økonomibrev / B Economique | ☐ Pakker / Colis |
|---|---|---|
| ☒ Rekommanderet / Recommandé | ☐ Værdi / Valeur déclarée | Beløb / Montant: MN 50 |

Forsendelses nr. / N° de l'envoi

| ☐ Postanvisning / Mandat ordinaire de versement | ☐ Udbetalingskort / Chèque d'assignation | Beløb / Montant |
|---|---|---|

**Udfyldes i bestemmelseslandet / A compléter à destination**

Ovennævnte forsendelse er blevet rigtigt / L'envoi mentionné ci-dessus a été dûment

| ☐ Udleveret / Remis | ☐ Udbetalt / Payé | ☐ Indsat på Girokonto / Inscrit en CCP |
|---|---|---|

Dato og underskrift¹ / Date et signature¹
JUN 1 2 2009     THE WHITE HOUSE OFFICE

¹Dette bevis kan underskrives af modtageren eller, hvis reglerne i bestemmelseslandet tillader det, af en anden bemyndiget person eller af personale på bestemmelsesposthuset.
¹Cet avis pourra être signé par le destinataire ou, si les règlements du pays de destination le prévoient, par une autre personne autorisée ou par l'agent du bureau de destination.

Prioritaire / Par avion

Udfyldes af afsenderen / A remplir par l'expéditeur

**Tilbagesendes til / Renvoyer à**

Navn eller firma / Nom ou raison sociale
MARIO HERRERA

Gade og nr. / Rue et n°
HJORTEVEJ 2

By og land / Localité et pays
8700 HORSENS
DENMARK - DK

*Annex 11*

## POSTKVITTERING
### INDLEVERINGSATTEST

**MODTAGER**

PRESIDENT BARACK OBAMA
THE WHITE HOUSE
1600 PENNSYLVANIA AVENUE NW
WASHINGTON , DC 20500 , USA

**AFSENDER**

GITTE TOLDSTED
HJORTEVEJ 2 , 8700 HORSENS
DENMARK

**INDLEVERINGSATTEST**

☐ Attest for indlevering af et almindeligt brev

Der ydes ingen erstatning i forbindelse med bortkomst, beskadigelse eller manglende indhold.

**FORSENDELSE**

RR06 648 **928**9 DK

LOFT

| Beløb i kroner |
|---|
| ☐ Rekommanderet brev |
| ☐ Værdibrev |
| ☐ Post Exprès brev |
| ☒ Andet |

Find dit brev/pakke på www.postdanmark.dk

**UDFYLDES AF POST DANMARK**

Gebyr

Pris fremgår af kassebon

Erstatningsbestemmelser – se bagsiden.

Posthusets stempel

**1 8 MAJ 2009**

8010

---

**POST** — Danmark / Danemark

**Bevis for modtagelse / udlevering / betaling / godskrivning**
**Avis de réception / de livraison / de paiement / d'inscription**

| Indleveringsposthus / Bureau de dépôt | Dato / Date |
|---|---|
| 8010 | 18/5-09 |

**CN 07**
(ancien C 5)

Forsendelsens modtager / Destinataire de l'envoi

PRESIDENT BARACK OBAMA
THE WHITE HOUSE
PENNSYLVANIA AVENUE , NW
WASHINGTON , DC 20500 , USA

Service des postes
Timbre du bureau renvoyant l'avis

**Forsendelses art / Nature de l'envoi**

| ⊗ Brev / A Prioritaire | ◯ Økonomibrev / B Economique | ◯ Pakker / Colis | ◯ |
|---|---|---|---|
| ⊗ Rekommanderet / Recommandé | ◯ Værdi / Valeur déclarée | Beløb / Montant | |

Forsendelsens nr. / N° de l'envoi   RR 06 648 9289 DK

| Postanvisning / Mandat ordinaire de versement | ◯ Udbetalingskort / Chèque d'assignation | Beløb / Montant |
|---|---|---|

Prioritaire /
Par avion   **To!**

Udfyldes af afsenderen / A remplir par l'expéditeur

**Tilbagesendes til / Renvoyer à**

Navn eller firma / Nom ou raison sociale

GITTE TOLDSTED

Gade og nr. / Rue et n°

HJORTEVEJ 2

By og land / Localité et pays

8700 HORSENS

DENMARK - DK

**Udfyldes i bestemmelseslandet / A compléter à destination**

Ovennævnte forsendelse er blevet rigtigt / L'envoi mentionné ci-dessus a été dûment

| ◯ Udleveret / Remis | ◯ Udbetalt / Payé | ◯ Indsat på Girokonto / Inscrit en CCP |
|---|---|---|

Dato og underskrift / Date et signature

**JUN 1 2 2009**

Dette bevis kan underskrives af modtageren eller, hvis reglerne i bestemmelseslandet tillader det, af en anden bemyndiget person eller af personale på bestemmelsesposthuset.
Cet avis pourra être signé par le destinataire ou, si les règlements du pays de destination le prévoient, par une autre personne autorisée ou par l'agent du bureau de destination.

UPS: Tracking Information

Page 1 of 1

*Annex 11*



**Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number:**      H8672695564

**Service:**      UPS SAVER
**Weight:**      .20 kg
**Shipped/Billed On:**      02/21/2011
**Delivered On:**      02/23/2011 9:33 A.M.
**Delivered To:**      WASHINGTON, DC, US
**Signed By:**      NALDO

**Left At:**      Mail Room

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:   02/23/2011 11:22 A.M.   ET

Print This Page           Close Window







POSTKVITTERING
INDLEVERINGSATTEST

*Annex 12*

**MODTAGER**

HENDES MAJESTÆT MARGRETHE II
AMALIEGADE 18 , POSTBOKS 2143
1015 KØBENHAVN , DENMARK

**AFSENDER**

GITTE TOLDSTED & MARIO HERRERA
HJORTEVEJ 2
8700 HORSENS    DENMARK

**INDLEVERINGSATTEST**

☐ Attest for indlevering af et almindeligt brev

Der ydes ingen erstatning i forbindelse med bortkomst, beskadigelse eller manglende indhold.

**FORSENDELSE**

☒ Rekommanderet brev

___ Værdibrev          Beløb i kroner

___ Post Exprés brev

___ Andet

Find dit brev/pakke på www.postdanmark.dk

**UDFYLDES AF POST DANMARK**

Gebyr                          Posthusets stempel

Post Danmark
Banegårdscentrets Posthus
2 0 DEC. 2010

Posthusets stempel

Pris fremgår af kassebon        Stregk.  RR09 224 **317** 3 DK

Erstatningsbestemmelser – se bagsiden.

Post Danmark A/S  CVR-nr. 26 66 39 03  København

*Note:*
*There were two letters in
the same envelope; one
from Mario Herrera and
one from Gitte Toldsted.*

# POSTKVITTERING
## INDLEVERINGSATTEST

POST

*Annex 12*

**MODTAGER**

HER MAJESTY QUEEN MARGRETHE II
AMALIEGADE 18   PO BOX 2143
1015 COPENHAGEN, DENMARK

**AFSENDER**

MARIO HERRERA
HOORTEVEJ 2 , 8700 HORSENS
DENMARK

**INDLEVERINGSATTEST**

☐ Attest for indlevering af et almindeligt brev

Der ydes ingen erstatning i forbindelse med bortkomst, beskadigelse eller manglende indhold.

**FORSENDELSE**

☒ Rekommanderet brev

☐ Værdibrev          Beløb i kroner

☐ Post Expres brev

☐ Andet

Find dit brev/pakke på www.postdanmark.dk

**UDFYLDES AF POST DANMARK**

Gebyr

Posthusets stempel

**Post Danmark**
Banegårdsmarksens Posthus

14 MAR. 2011

8010

Posthusets stempel

Pris fremgår af kassebon          Str **RR09 677 177** 1 DK

Erstatningsbestemmelser – se bagsiden.

Post Danmark A/S  CVR-nr. 26 66 39 03  København





W 520 053 254 4

WAYBILL / TRACKING NUMBER



**WAYBILL**
**(Non-Negotiable)**

SEE INSTRUCTIONS ON BACK

ITEMS PRINTED IN RED ARE ONLY APPLICABLE FOR INTERNATIONAL SHIPMENTS

**1** Shipper's UPS Account No.

Shipper's V.A.T. No.

NAME OF SENDER
MARIO HERRERA

TELEPHONE NO. (Very Important)
+45 2929 5209

COMPANY NAME AND ADDRESS
FROM
HJORTEVEJ 2
HORSENS

POSTAL CODE (Very Important)
8700

COUNTRY
DENMARK – DK

**2** RECEIVER'S UPS ACCOUNT NO.

RECEIVER'S V.A.T. No.

CONTACT PERSON
ASHLEY MOODY

TELEPHONE NO. (Very Important)
850 - 414 - 3300

RESIDENTIAL

COMPANY NAME AND ADDRESS
TO
OFFICE OF THE ATTORNEY GENERAL
STATE OF FLORIDA
PL-01 THE CAPITOL
TALLAHASSEE , FL.

POSTAL CODE (Very Important)
3,2,3,9,9,-,1,0,5,0

COUNTRY
USA

**3** PAYMENT OF CHARGES (not all options available to/from all countries)

BILL SHIPPING CHARGES TO:
☒ SHIPPER (S)
☐ Credit Card (Shipper only)
☐ RECEIVER (R)
☐ THIRD PARTY (T)

THIRD PARTY COMPANY NAME:

Enter UPS Account No. (Third Party) or major credit card (Shipper only)

BILL DUTIES & TAXES TO:
☐ SHIPPER (S)
☐ RECEIVER (R)
☐ THIRD PARTY (T)

THIRD PARTY COMPANY NAME:

Enter UPS Account No. (Third Party)

**4** SERVICE LEVEL

| | MARK "X" | UPS USE |
|---|---|---|
| Express Plus | ☐ | 1+ |
| Express | ☐ | 1 |
| Express Freight Midday | ☐ | 1 |
| Express Freight | ☐ | 1P |
| Express Saver | ☐ | 1P |
| Expedited | ☐ | 2 |
| Standard IV | ☐ | ■ |

**5** SHIPMENT INFORMATION

| No. Of Packages / Pallets In Shipment | Total Actual Weight | Total Destination Weight / Dimensions Of Pallet |
|---|---|---|
| | kg | |

☐ UPS Express Envelope

☐ MARK "X" if All Packages/Pallets Are Same Size & Weight.

No. Of Packages For Which The

| Additional Handling Charge Applies | Large Package Surcharge Applies |
|---|---|

DECLARED VALUE FOR CARRIAGE – ADDITIONAL CHARGE APPLIES

REFERENCE NO. 1 (OPTIONAL)

REFERENCE NO. 2 (OPTIONAL)

DESCRIPTION OF GOODS

☐ Documents Only
☐ Non-documents

MARK "X" IF GOODS NOT IN FREE CIRCULATION IN THE EU

**6** OPTIONAL SERVICES (See Instructions)
☐ UPS NA1
☐ SATURDAY DELIVERY

The shipper agrees to the UPS Terms and Conditions set out on the reverse of the Shipper's Copy of the Waybill. Unless a greater value for carriage is declared on the Waybill, the limits of liability specified under the Warsaw, Montreal or CMR Conventions (if applicable) or set out in clause 9 of the Terms and Conditions will apply. The time limits for making any claim are set out in clause 12. The shipper authorises UPS to act as forwarding agent for export control and customs purposes.

**7** DATE OF SHIPMENT    SHIPPER'S SIGNATURE
DD   MM   YY
04 11 19

SHIPPER'S COPY

UPS USE

| RECEIVED FOR UPS BY | DATE | TIME |
|---|---|---|

AMOUNT RECEIVED
313.DK    ☐ CHEQUE  ☐ CASH

OTHER INFORMATION

0269010A401   Rev. 01/18 EN

I.   Required for UPS Standard shipments when the receiver is the payor of the shipping charges. See section 3.
II.  Some options not available from all origins and/or to all destinations. Contact UPS for details.
III. Be sure to specify which currency you are using. Missing currency information may lead to delay, for which UPS takes no responsibility.
IV.  The UPS Standard Service between two EU member states is limited to goods in free circulation in the EU.

Annex 13

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
W5200532544

**Weight**
0.20 KGS

**Service**
UPS Express Saver®

**Shipped / Billed On**
11/04/2019

**Delivered On**
11/06/2019 10:45 A.M.

**Delivered To**
TALLAHASSEE, FL, US

**Received By**
MEINHART

**Left At**
Receiver

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/06/2019 3:24 P.M. EST

SEE INSTRUCTIONS ON BACK

ITEMS PRINTED IN RED ARE ONLY APPLICABLE FOR INTERNATIONAL SHIPMENTS



W 520 053 253 5

WAYBILL / TRACKING NUMBER



**WAYBILL**
**(Non-Negotiable)**

SHIPPER'S Copy

---

**1** SHIPPER'S UPS ACCOUNT NO.

SHIPPER'S V.A.T. NO.

**FROM**

NAME OF SENDER: MARIO HERRERA

TELEPHONE NO. (Very Important): +45 2929 5209

COMPANY NAME AND ADDRESS:
HJORTEVEJ 2
HORSENS

POSTAL CODE (Very Important): 8700

COUNTRY: DENMARK — DK

**2** RECEIVER'S UPS ACCOUNT NO.

RECEIVER'S V.A.T. No.

**TO**

CONTACT PERSON: A.G. WILLIAM BARR

TELEPHONE NO. (Very Important): 202-514-2000

☐ RESIDENTIAL

COMPANY NAME AND ADDRESS:
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC

POSTAL CODE (Very Important): 20530-0001

COUNTRY: USA

**3** PAYMENT OF CHARGES (not all options available to/from all countries)

BILL SHIPPING CHARGES TO:
☒ SHIPPER (S)
☐ RECEIVER (R)
☐ THIRD PARTY (T)
☒ Credit Card (Shipper only)

ENTER UPS ACCOUNT NO. (Third Party) or major credit card (Shipper only)

THIRD PARTY COMPANY NAME:

THIRD PARTY COUNTRY CODE

BILL DUTIES & TAXES TO:
☐ SHIPPER (S)
☐ RECEIVER (R)
☐ THIRD PARTY (T)

THIRD PARTY COMPANY NAME:

ENTER UPS ACCOUNT NO. (Third Party)

THIRD PARTY COUNTRY CODE

I.  Required for UPS Standard shipments when the receiver is the payor of the shipping charges. See section 3.
II.  Some options not available from all origins and/or to all destinations. Contact UPS for details.

0269010440I Rev. 01/18 EN

---

**4** SERVICE LEVEL

MARK "X" | UPS USE
Express Plus | ☐ | 1+
Express | ☐ | 1
Express Freight Midday | ☐ | 1
Express Freight | ☐ | 1P
Express Saver | ☐ | 1P
Expedited | ☐ | 2
Standard | ☒ |

**5** SHIPMENT INFORMATION

| NO. OF PACKAGES / PALLETS IN SHIPMENT | TOTAL ACTUAL WEIGHT | TOTAL DIMENSIONAL WEIGHT OF PALLET IN SHIPMENT |
|---|---|---|
| | kg | |

☐ UPS EXPRESS ENVELOPE

☐ Mark "X" if All Packages/Pallets Are Same Size & Weight

NO. OF PACKAGES FOR WHICH THIS

ADDITIONAL HANDLING CHARGE APPLIES | LARGE PACKAGE SURCHARGE APPLIES

DECLARED VALUE FOR CARRIAGE – ADDITIONAL CHARGE APPLIES
Specify origin country currency

REFERENCE NO. 1 (Optional)

REFERENCE NO. 2 (Optional)

DESCRIPTION OF GOODS
☐ Documents Only
☐ Mark "X" if shipment only contains documents of no commercial value

☐ Mark "X" if Goods Not In Free Circulation In The EU

Must Provide Invoice or Describing Shipment Contents And Value

**6** OPTIONAL SERVICES (See Instructions)

☐ UPS NA1
☐ SATURDAY DELIVERY
SPECIAL INSTRUCTIONS

The shipper agrees to the UPS Terms and Conditions set out on the reverse of the Shipper's Copy of the Waybill. Unless a greater value specified under the Warsaw, Montreal or CMR Conventions (if applicable) or set out in clause 9 of the Terms and Conditions will apply. The time limits for making any claim are set out in clause 12. The shipper authorises UPS to act as forwarding agent for export control and customs purposes.

**7** DATE OF SHIPMENT

DD: 04  MM: 11  YY: 19

SHIPPER'S SIGNATURE

UPS USE

RECEIVED FOR UPS BY | DATE | TIME

AMOUNT RECEIVED: 313 | ☐ CHEQUE | ☐ CASH

OTHER INFORMATION

III.  Be sure to specify which currency you are using. Missing currency information may lead to delay, for which UPS takes no responsibility.
IV.  The UPS Standard Service between two EU member states is limited to goods in free circulation in the EU.

Annex 13

*Annex 13*

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
W5200532535

**Weight**
0.20 KGS

**Service**
UPS Express Saver®

**Shipped / Billed On**
11/04/2019

**Delivered On**
11/06/2019 9:40 A.M.

**Delivered To**
HYATTSVILLE, MD, US

**Received By**
ANDERSON

**Left At**
Dock

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/06/2019 3:02 P.M. EST

POSTKVITTERING

Annex 14

INDLEVERINGSATTEST

**MODTAGER**

US DEPARTMENT OF JUSTICE
ATT. ATTORNEY GENERAL OF THE U.S.
MR. MICHAEL MUKASEY
950 PENNSYLVANIA AVENUE, NW
20530

**AFSENDER**

MARIO HERRERA
ABILDVEJ 2
8700 HORSENS    DENMARK

**INDLEVERINGSATTEST**

☐ Attest for indlevering af et almindeligt brev

Der ydes ingen erstatning i forbindelse med bortkomst, beskadigelse eller manglende indhold.

**FORSENDELSE**

☒ Rekommanderet brev

☐ Værdibrev          Beløb i kroner

☐ Post Ekspres brev

☒ Andet    modtaget scannes

Find dit brev/pakke på www.postdanmark.dk

**UDFYLDES AF POST DANMARK**

Gebyr

Posthusets stempel  Post Danmark
                    Horsens

- 1 SEP. 2008

8700

Posthusets stempel

Pris fremgår af kassebon

Stregkodenummer
RR04 326 6310 DK 5

Erstatningsbestemmelser – se bagsiden.

Post Danmark A/S CVR-nr. 26 66 39 03  København

POSTKVITTERING
INDLEVERINGSATTEST

*Annex 14*

**MODTAGER**

MR BILL McCOLLUM
ATTORNEY GENERAL OF FLORIDA
OFFICE OF ATTORNEY GENERAL
STATE OF FLORIDA
THE CAPITOL PL-01, TALLAHASSEE
FL 32399

**AFSENDER**

MARIE HERRERA
HJORTEVEJ 2
8700 HORSENS DENMARK

**INDLEVERINGSATTEST**

Attest for indlevering af et almindeligt brev

Der ydes ingen erstatning i forbindelse med bortkomst, beskadigelse eller manglende indhold.

**FORSENDELSE**

- [ ] Rekommanderet brev
- [ ] Værdibrev          Beløb i kroner
- [ ] Post Expres brev
- [x] Andet   *mods bevis*

Find dit brev/pakke på www.postdanmark.dk

**UDFYLDES AF POST DANMARK**

Gebyr                                    Posthusets stempel

Post Danmark
Banegårdspladsen, Arh
**13 OKT. 2008**
8010   Posthusets stempel

Pris fremgår af kassebon  *04.50*      Stregkodenummer
                                        RR06 282 4081 DK

Erstatningsbestemmelser – se bagsiden.

Post Danmark A/S CVR-nr. 26 66 39 03 København

POSTKVITTERING                    **POST**                    *Annex 14*

INDLEVERINGSATTEST

**MODTAGER**

USA ATTORNEY GENERAL MR. ERC HOLDER
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001, USA

**AFSENDER**

MARIO HERRERA
HJORTEVEJ 2, 8700 HORSENS
DENMARK - DK

**INDLEVERINGSATTEST**

☐ Attest for indlevering af et almindeligt brev

Der ydes ingen erstatning i forbindelse med bortkomst, beskadigelse eller manglende indhold.

**FORSENDELSE**

☒ Rekommanderet brev

☐ Værdibrev        Beløb i kroner

☐ Post Exprès brev

☒ Andet        *Modtagerbevis*

Find dit brev/pakke på www.postdanmark.dk

**UDFYLDES AF POST DANMARK**

Gebyr                              Post Danmark
                                   Posthusets stempel

RR06 659 **898** 1 DK             1 1 MAJ 2009

                                   8010

                                   Posthusets stempel

Pris fremgår af kassebon           Stregkodenummer

Erstatningsbestemmelser – se bagsiden.

Post Danmark A/S CVR-nr 26 66 39 03 København

UPS: Tracking Information                          http://www.ups.com/hptrack/trackDlgRequest?HTMLVersion=5.0&l...

**Tracking Results**                        *Eric Holder*                        *Annex 14*

                                                                                Print ⎙

**Your package has been delivered.**

| | |
|---|---|
| **Tracking Number:** | H8164753462 |
| **Status:** | **Delivered** |
| **Delivered On:** | 29/03/2010 10:23 |
| **Signed By:** | CHILDS |
| **Location:** | DOCK |
| **Delivered To:** | WASHINGTON, DC, US |
| **Shipped/Billed On:** | 26/03/2010 |
| **Type:** | Package |
| **Service:** | UPS SAVER |
| **Weight:** | .50 Kg |

→ View Shipment Information

**NOTICE:** UPS authorises you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.





1 of 1                                                                    4/1/2010 4:18 PM

*Annex 14*

## Tracking Results

Print ⎙

**Your package has been delivered.**

| | |
|---|---|
| **Tracking Number:** | H8164753453 |
| **Status:** | **Delivered** |
| **Delivered On:** | 29/03/2010 9:29 |
| **Signed By:** | J MOON |
| **Location:** | OFFICE |
| **Delivered To:** | TALLAHASSEE, FL, US |
| **Shipped/Billed On:** | 26/03/2010 |
| **Type:** | Package |
| **Service:** | UPS SAVER |
| **Weight:** | .50 Kg |

→ View Shipment Information

**NOTICE:** UPS authorises you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.





**UPS**

**WAYBILL**
**(Non-Negotiable)**

H816 476 690 3

Waybill / Tracking Number

ON BACK
FOR INTERNATIONAL SHIPMENTS

**1** SHIPPER'S UPS ACCOUNT NO.

SHIPPER'S V.A.T. NO.

NAME OF SENDER
MARIO HERRERA

TELEPHONE NO. (Very Important)
+45 29295209

FROM

COMPANY NAME AND ADDRESS
HJORTEVEJ 2
8700 HORSENS

POSTAL CODE (Very Important)
8700

COUNTRY
DENMARK

**2** RECEIVER'S UPS ACCOUNT NO.

RECEIVER'S V.A.T. NO.

CONTACT PERSON
ERIC HOLDER

TELEPHONE NO. (Very Important)
(202) 514-2000

COMPANY NAME AND ADDRESS
ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC

RESIDENTIAL ☐

TO

POSTAL CODE (Very Important)
20530

COUNTRY
USA

**3** PAYMENT OF CHARGES (not all options available to/from all countries)

Bill Shipping Charges To:
☐ SHIPPER (S)   ☐ RECEIVER (R)   ☐ THIRD PARTY (T)
☐ Credit Card (Shipper only)   THIRD PARTY COMPANY NAME:

Enter UPS ACCOUNT NO. (Third party) or major credit card (Shipper only)

Enter Third Party Country Code (or Exchange Rate)

Bill Duties & Taxes To:
☐ SHIPPER (S)   ☐ RECEIVER (R)   ☐ THIRD PARTY (T)
Third Party Company Name:

Enter UPS Account No. (Third Party)

Enter Third Party Country Code

1. Required for UPS Standard shipments when the receiver is the payor of the shipping charges. See section 3.
II. Some options not available from all origins and/or to all destinations. Contact UPS for details.

**4** SERVICE LEVEL

| | MARK "X" | UPS USE |
|---|---|---|
| Express Plus | ☐ | 1+ |
| Express | ☐ | 1 |
| Express Saver | ☒ | 1P |
| Expedited | ☐ | 2 |
| Standard IV | ☐ | |

**5** SHIPMENT INFORMATION

| NO. OF PACKAGES IN SHIPMENT | TOTAL ACTUAL WEIGHT | TOTAL DIMENSIONAL WEIGHT (If Applicable) |
|---|---|---|
| 1 ☒ UPS Express Envelope | 0.5 kg | kg |

NO. OF PACKAGES FOR WHICH THE ADDITIONAL HANDLING CHARGE APPLIES

DECLARED VALUE FOR CARRIAGE – ADDITIONAL CHARGE APPLIES
Specify origin country's currency

REFERENCE NO. 1 (Optional)

REFERENCE NO. 2 (Optional)

SPECIAL OFFER CODE

MARK "X" IF GOODS NOT FOR RESALE

**6** OPTIONAL SERVICES (See Instructions)
☐ UPS NA1
☐ SATURDAY DELIVERY

SPECIAL INSTRUCTIONS

The shipper agrees to the UPS Terms and Conditions set out on the reverse of the Shipper's Copy of the Waybill. Unless a greater value for carriage is declared on the Waybill, the limits of liability specified under the Warsaw, Montreal or CMR Conventions (if applicable) or set out in clause 9 of the Terms and Conditions will apply. The time limits for making any claim are set out in clause 12. The shipper authorises UPS to act as forwarding agent for export control and customs purposes.

**7** DATE OF SHIPMENT
DD 16  MM 10  YY 10

SHIPPER'S SIGNATURE

**UPS USE**
RECEIVED FOR UPS BY
DATE 11-2-10   TIME 17.30

AMOUNT RECEIVED
Dkr 53345   ☐ CHEQUE   ☒ CASH

OTHER INFORMATION

III. Be sure to specify which currency you are using. Missing currency information may lead to delay, for which UPS takes no responsibility.
IV. The UPS Standard Service between two EU member states is limited to goods in free circulation in the EU.

SHIPPER'S COPY

02690104401   Rev. 01/09 EN

Annex 14

ON BACK    FOR INTERNATIONAL SHIPMENTS

**UPS**
WAYBILL
(Non-Negotiable)

H816 476 689 6

WAYBILL / TRACKING NUMBER

3301

**1** SHIPPER'S UPS ACCOUNT NO.    SHIPPER'S V.A.T. No.

NAME OF SENDER — MARIO HERRERA   TELEPHONE NO. (Very Important) +45 29295209

COMPANY NAME AND ADDRESS

FROM

HJORTEVEJ 2
HORSENS

POSTAL CODE (Very Important) 8700    COUNTRY DENMARK

**2** RECEIVER'S UPS ACCOUNT No. ¹    RECEIVER'S V.A.T. No./

CONTACT PERSON — BILL McCOLLUM   TELEPHONE NO. (Very Important) (850) 414-3300

COMPANY NAME AND ADDRESS

TO

OFFICE OF ATTORNEY GENERAL
STATE OF FLORIDA
THE CAPITOL PL-01
TALLAHASSEE, FL

POSTAL CODE (Very Important) 32399    COUNTRY USA

**3** PAYMENT OF CHARGES (not all options available to/from all countries)

BILL SHIPPING CHARGES TO:
Shipper (S)    Receiver (R)    Third Party (T)

Credit Card (Shipper only)    Third Party Company Name:

Enter UPS Account No. (Third Party) or major credit card (Shipper only)    Third Party Credit Card No.

BILL DUTIES & TAXES TO:
Shipper (S)    Receiver (R)    Third Party (T)

Third Party Company Name:

Enter UPS Account No. (Third Party)

02690104A01  Rev. 01/09 EN

| **4** SERVICE LEVEL | MARK "X" | UPS USE |
|---|---|---|
| Express Plus | | 1+ |
| Express | | 1 |
| Express Saver | ☒ | 1P |
| Expedited | | 2 |
| Standard ᴵⱽ | | |

**5** SHIPMENT INFORMATION

NO. OF PACKAGES IN SHIPMENT — 1   TOTAL ACTUAL WEIGHT 0.5 kg   TOTAL DIMENSIONAL WEIGHT (if Applicable) kg

UPS Express Envelope

NO. OF PACKAGES FOR WHICH THE ADDITIONAL HANDLING CHARGE APPLIES

DECLARED VALUE FOR CARRIAGE – ADDITIONAL CHARGE APPLIES

REFERENCE NO. 1 (Optional)

REFERENCE NO. 2 (Optional)

SPECIAL OFFER CODE

| **6** OPTIONAL SERVICES (See Instructions) | |
|---|---|
| UPS NA1 ᴵᴵ | |
| Saturday Delivery ᴵᴵ | |

SPECIAL INSTRUCTIONS

The shipper agrees to the UPS Terms and Conditions set out on the reverse of the Shipper's Copy of the Waybill. Unless a greater value for carriage is declared on the Waybill, the limits of liability specified under the Warsaw, Montreal or CMR Conventions (if applicable) or set out in clause 9 of the Terms and Conditions will apply. The time limits for making any claim are set out in clause 12. The shipper authorises UPS to act as forwarding agent for export control and customs purposes.

| **7** DATE OF SHIPMENT | SHIPPER'S SIGNATURE |
|---|---|
| DD 16 MM 07 YY 10 | |

UPS USE

RECEIVED FOR UPS BY   DATE 16/24   TIME 17:30

AMOUNT RECEIVED 533.45   CHEQUE ☐   CASH ☒

OTHER INFORMATION

SHIPPER'S COPY

Annex 14

I. Required for UPS Standard shipments when the receiver is the payor of the shipping charges. See section 3
II. Some options not available from all origins and/or to all destinations. Contact UPS for details.
III. Be sure to specify which currency you are using. Missing currency information may lead to delay, for which UPS takes no responsibility
IV. The UPS Standard Service between two EU member states is limited to goods in free circulation in the EU

```
*****************************
***   AFSENDERAPPORT   ***
*****************************
```

*Annex 14*

```
AFSENDELSE OK

AF/MT-NR              1406
FORBINDELSE TLF       00019545273704
FORBINDELSE ID
STARTTID              25/02 15:39
BRUGSTID              01'14
SIDER SENDT            3
RESULTAT              OK
```

Horsens, Denmark – 25 February 2011

To Florida Attorney General **Pam Bondi**,
This is public, open and second legal warning:
washington.field@ic.fbi.gov, miami@ic.fbi.gov and askdoj@usdoj.gov

**Copies to:** FBI, Reporters Without Borders, Human Rights Watch, Amnesty International, Florida Senator Bill Nelson, USA Department of Justice.

Please ensure that this legal warning arrives in the hands of Florida Attorney General **Pam Bondi**.
Please make this email arrive in the hands of Arizona Senator **John McCain.**

- First Legal warning to Florida Attorney General **Pam Bondi** : http://scr.bi/e8QvYG

**UPS Receipt from sending the first 25 indictments from Mario Herrera to:**

- Florida Attorney General (**Bill McCollum**) March 26, 2010: http://urlm.in/hcxx
- USA Attorney General (**Eric Holder**) March 29, 2010: http://urlm.in/hcya
- Arizona Senator (**John McCain**) March 29, 2010: http://urlm.in/hcyb

**Full list of indictments already delivered:**

1. Extradition request for **Nicolai Cederskjold, Anders Bitsch** and **Jens Rasmussen**. Danish policemen: http://urlm.in/hcyk Under the *"Mutual Legal Assistance and Extradition Agreements. USA-Denmark"* [1]
2. Indictment of Barack Hussein Obama:...   http://urlm.in/hcyn
3. Indictment of Hillary Clinton:...............   http://urlm.in/hcyt
4. Indictment of Hillary Clinton; ..............   http://urlm.in/hcyr
5. Indictment of Condoleezza Rice:...........   http://urlm.in/hczf
6. Indictment of Bill Nelson:....................   http://urlm.in/hczg
7. Indictment of Lincoln Diaz Balart:........   http://urlm.in/hczh
8. Indictment of George Lemieux:..............   http://urlm.in/hczi
9. Indictment of Robert S. Mueller III:.......   http://urlm.in/hczj
10.     Indictment of FBI officer Brian: ...........   http://urlm.in/hczl
11.     Indictment of Jeff Howard: ..................   http://urlm.in/hczm
12.     Indictment of Bill McCollum:...............   http://urlm.in/hczo
13.     Indictment of Eric Holder: ...................   http://urlm.in/hczp
14.     Indictment of Anita F. Funcke:..............   http://urlm.in/hczq
15.     Indictment of Andrew T. Miller: ...........   http://urlm.in/hczs
16.     Indictment of Sandy Schmierer:............   http://urlm.in/hczt
17.     Indictment of Kris Rocco:.....................   http://urlm.in/hczu
18.     Indictment of Karen Kelly: ..................   http://urlm.in/hczv
19.     Indictment of Zina Jackson:..................   http://urlm.in/hczw
20.     Indictment of Angela Froelich:..............   http://urlm.in/hczx
21.     Indictment of Laurie S. Fulton:..............   http://urlm.in/hczy
22.     Indictment of James P. Cain: .................   http://urlm.in/hczz

```
                    ***************************
                    ***   AFSENDERAPPORT   ***        Annex 14
                    ***************************


    AFSENDELSE OK

    AF/MT-NR              1407
    FORBINDELSE TLF       00019545273704
    FORBINDELSE ID
    STARTTID              25/02 16:48
    BRUGSTID              00'50
    SIDER SENDT              2
    RESULTAT              OK
```

February 24, 2011
Horsens. Denmark.

To Florida attorney general **Pam Bondi.**
This is public open and legal warning:
washington.field@ic.fbi.gov  miami@ic.fbi.gov  and askdoj@usdoj.gov

**Copies to:** FBI, Reporters Without Borders, Human Rights Watch, Amnesty International, Florida senator Bill Nelson, USA Department of Justice.

Please ensure that this legal warning arrive to the hands of Florida Attorney general **Pam Bondi.**
Please make this email arrive to hands of Arizona senator **John McCain.**

**You immediately and without any hesitation you have to prosecute violations of freedom of expression by the Danish government and USA officials against my person.**

Deny me legal protection rights make yourself in violations of 1st, 6th, 9th, 14th amendments of The United States of America Constitution and respective laws of Florida State Constitution.

I am informing you about violation of the **first amendment** of USA Constitution, Freedom of Expression in Denmark with the approval of Barack Hussein Obama's administration against USA citizen from your State Florida, Mario Herrera.

I am delivering to you Court book **"Nicolai Cedesrkjold vs. Mario Herrera"**
(*Violation of Freedom of Expression of USA citizen in Denmark. Please read carefully to the bottom*)
http://www.scribd.com/doc/49488494/Nicolai-Cedserkjold-vs-Mario-Herrera-Court-Book-Horsens-Denmark-11-09-2010

VIDEO inside Danish Court: http://www.youtube.com/watch?v=2IjF1wVLSXo

This violation of my **freedom of expression** is a high and clear transgression of my rights as USA citizen under first amendment of The United States of America Constitution by Danish authorities and allowing this will make you accomplish of conspiracy.

Letter legal warning to USA ambassador in Copenhagen, Denmark **Laurie S. Fulton:**
http://www.scribd.com/doc/41685581/Open-Letter-To-Laurie-S-Fulton-USA-ambassador-Denmark

It is your **obligation** to deliver to me my case numbers of the 27 indictments already delivered to former Florida attorney general **Bill McCollum**, since **March 29, 2010**, with copy to Arizona senator **John McCain.** No more delays, no more excuses. These 27 indictments include prosecution to USA president **Barack Hussein Obama** and USA State Department **Hillary Clinton** (two of them) for violations of 1st, 6th, 9th, 14th amendments of USA Constitution and Civil Rights Statutes as well.

I am **NOT** asking to you any legal advice. I am asking YOU to proceed with **prosecution** of the 27 indictments already delivered to your office in Tallahassee and USA attorney general **Eric Holder** since March 29

*Annex 14*

Accusation receipt and text from Florida attorney general web form against the ex-CEO Associated Press: **TOM CURLEY** to the Florida Attorney General Pam Bondi.

Website: http://myfloridalegal.com/contact



AG Pam Bondi.

For me is already clear that you are a corrupted official hiding my case from justice. I am accusing you of justice obstruction violation. The FBI must to be already arresting you right now for this Federal crime violation.

I want this complaint will be called in the appropriate time in front a USA judicial court to state every one of my words here.

This is my accusation against the USA citizen ex-CEO from Associated Press Tom Curley.
http://www.scribd.com/doc/94188839/Tom-Curley-Associated-Press-CEO-Accusation

I am asking you Florida AG Pam Bondi, immediately to bring in front justice Tom Curley as one of the main responsible of those the USA government officials that allowed I was tortured by the Danish policemen Nicolai Cederskjold, Anders Bitch and Jens Rasmussen with collaboration from officials in the US State Department on November 1, 2006.

*Annex 14*





## Thank You

Mario Herrera,

Thank you for contacting the Attorney General's Office regarding CEO Haroon Moktharzada. Our staff will process it as soon as possible and, if necessary, respond appropriately. We appreciate hearing from concerned citizens such as yourself. If you wish to keep abreast of the activities of this office, you may wish to consider a subscription to our electronic newsletter Weekly Briefing. Or perhaps our Consumer Alerts. Should you wish to subscribe to either, or both, publications, please visit our subscription page.

### QUICK LINKS

› File a Complaint
› Open Government
› Biennial Rule Review
› e - Service

› Consumer Protection
› AG Opinions
› Employment

### NEWS RELEASES                view all ▶

› $136 Million Settlement with Chase Bank
› 2015 School Resource Officer of the Year
› Credit Card Interest Rate Reduction Scam Stopped
› Woman Sentenced to 18 months in Prison for ...
› AG Bondi and FTC Sue to Stop Deceptive Robo...

### STAY CONNECTED

**Read Attorney General Bondi's Weekly Brief**

Provide your email address below to receive the Attorney General's Weekly Briefing featuring the latest news and updates on top issues.

Enter email address        SUBSCRIBE

KVITTERING

*Annex 14*

TID    : 29/09/2008 04:07
NAVN   :
FAX    :
SER.NR : BROH9F370968

| DATO,TID | 29/09  04:04 |
| FAX NR/NAVN | 0018509217671 |
| VARIGHED | 00:02:38 |
| SIDE(R) | 07 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

HORSENS BIBLIOTEK
TOBAKSGARDEN 12
8700 HORSENS
TLF 76 29 24 00
CVR-NR 29189889

1 KOPI/PRINT/FAX    70.00

1 Total            70.00

Kontant
                   70.00

Tir  7- 7-2015 18:20
#014975 eksp 1

TAK FOR BESØGET

07-07-2015

# Fax

| FOR: Office of the Attorney General Pam Bondi | FROM: Mario Herrera |
| STATE OF FLORIDA, PL-01, THE CAPITOL TALLAHASSEE, FLORIDA 32399-1050 | PAGES: 7 (including this) |
| FAX: 00 1 (850) 921-7671 | FAX: |
| | PHONE: +45 2929 5209 |

THE STAMPED DATE IS WRONG. THE ACTUAL DATE
AND TIME IS 7 JULY 2015, 6.19 PM CET.

HORSENS BIBLIOTEK
Tobaksgården 12
8700 Horsens
TLF 76 29 24 00





W 520 052 841 5

WAYBILL / TRACKING NUMBER

**WAYBILL**
(Non-Negotiable)

SHIPPER'S COPY

© 2006 United Parcel Service of America, Inc.

3301

SEE INSTRUCTIONS ON BACK

ITEMS PRINTED IN RED ARE ONLY APPLICABLE FOR INTERNATIONAL SHIPMENTS

**1** SHIPPER'S UPS ACCOUNT No.
770X08

SHIPPER'S V.A.T. No.

NAME OF SHIPPER
MARIE HERREM

TELEPHONE No. (Very Important)
+45 23237677

COMPANY NAME AND ADDRESS
HJORTEVEJ 2
HORSENS

FROM

POSTAL CODE (Very Important)
8700

COUNTRY
DK

**2** RECEIVER'S UPS ACCOUNT No.

RECEIVER'S V.A.T. No.

CONTACT PERSON
WILLIAM P. BARR

TELEPHONE No. (Very Important)
202-514-2000

COMPANY NAME AND ADDRESS
U S DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC

RESIDENTIAL

TO

POSTAL CODE (Very Important)
20530-0001

COUNTRY
USA

**3** PAYMENT OF CHARGES (not all options available to/from all countries)

BILL SHIPPING CHARGES TO:

[X] SHIPPER (S)    [ ] RECEIVER (R)    [ ] THIRD PARTY (T)

Credit Card (Shipper only)    Third Party Company Name:

Enter UPS Account No. (Third Party) or main credit card (Shipper only)

BILL DUTIES & TAXES TO:

[X] SHIPPER (S)    [ ] RECEIVER (R)    [ ] THIRD PARTY (T)

Enter UPS Account No. (Third Party)    Third Party Company Name:

**4** SERVICE LEVEL

| | MARK "X" | UPS USE |
|---|---|---|
| Express Plus | [ ] | 1+ |
| Express | [ ] | 1 |
| Express Freight Midday | [ ] | 1 |
| Express Freight | [ ] | 1P |
| Express Saver | [X] | 1P |
| Expedited | [ ] | 2 |
| Standard IV | [ ] | |

**5** SHIPMENT INFORMATION

| No. Of Packages / Pallets In Shipment | Total Actual Weight | Total Declared Weight of Dangerous of Parts (if Applicable) |
|---|---|---|
| / | kg | |

[X] UPS Energy Efficient

[ ] Mark "X" if All Packages/Pallets Are Same Size & Weight

No. Of Packages For Which To Use

Additional Handling Charge Applies    Large Package Surcharge Applies

Declared Value For Carriage - Additional Charge Applies

Reference No. 1 (Optional)

Reference No. 2 (Optional)

DOCUMENTS

**6** OPTIONAL SERVICES (See Instructions)

[ ] UPS NA1 II

[ ] SATURDAY DELIVERY II

The shipper agrees to the UPS Terms and Conditions set out on the reverse of the Shipper's Copy of the Waybill. Unless a greater value for carriage is declared on the Waybill, the limits of liability specified under the Warsaw, Montreal or CMR Conventions (if applicable) or set out in clause 9 of the Terms and Conditions will apply. The time limits for making any claim are set out in clause 12. The shipper authorises UPS to act as forwarding agent for export control and customs purposes.

**7** DATE OF SHIPMENT

| DD | MM | YY |
|---|---|---|
| 01 | 03 | 19 |

SHIPPER'S SIGNATURE

**UPS USE**

RECEIVED FOR UPS BY
CWM

DATE
1/3-19

TIME

AIRLINE RECORD

DKK 334.41

[X] OTHER    [ ] CASH

OTHER INFORMATION

III. Be sure to specify which currency you are using. Missing currency information may lead to delay, for which UPS takes no responsibility.
IV. The UPS Standard Service between two EU member states is limited to goods in free circulation in the EU.

I. Required for UPS Standard shipments where the receiver is the payer of the shipping charges. See section 3.
II. Some options not available from all origins and/or to all destinations. Contact UPS for details.

02690100400 Rev. 01.18 EN

Annex 14

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
W5200528415

**Weight**
0.50 KGS

**Service**
UPS Express Saver®

**Shipped/Billed On**
01-03-2019

**Delivered On**
04-03-2019 9:31

**Delivered To**
WASHINGTON, DC, US

**Received By**
ANDERSON

**Left At**
Dock

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 20-03-2019 13:41 EST

SEE INSTRUCTIONS
ON BACK

ITEMS PRINTED IN RED ARE ONLY APPLICABLE
FOR INTERNATIONAL SHIPMENTS



W 520 053 253 5

Waybill / Tracking Number



WAYBILL
(Non-Negotiable)

**1** SHIPPER'S UPS ACCOUNT NO.

SHIPPER'S V.A.T. NO.

NAME OF SENDER
MARIO HERRERA

TELEPHONE NO. (Very Important)
+45 2929 5209

F
R
O
M

COMPANY NAME AND ADDRESS
HJORTEVEJ 2
HORSENS

POSTAL CODE (Very Important)
8700

COUNTRY
DENMARK — DK

**2** RECEIVER'S UPS ACCOUNT NO.

RECEIVER'S V.A.T. No.

CONTACT PERSON  A.G.
WILLIAM BARR

TELEPHONE NO. (Very Important)
202-514-2000

RESIDENTIAL

T
O

COMPANY NAME AND ADDRESS
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC

POSTAL CODE (Very Important)
20530-0001

COUNTRY
USA

**3** PAYMENT OF CHARGES (not all options available to/from all countries)

BILL SHIPPING CHARGES TO:

- [x] SHIPPER (S)
- [ ] RECEIVER (R)
- [ ] THIRD PARTY (T)

[ ] Credit Card (Shipper only)

THIRD PARTY COMPANY NAME:

Enter UPS Account No. (Third Party) or major credit card (Shippers only)

BILL DUTIES & TAXES TO:

- [ ] SHIPPER (S)
- [ ] RECEIVER (R)
- [ ] THIRD PARTY (T)

THIRD PARTY COMPANY NAME:

Enter UPS Account No. (Third Party)

I.  Required for UPS Standard shipments when the receiver is the payor of the shipping charges. See section 3.
II. Some options not available from all origins and/or to all destinations. Contact UPS for details.

02690104401  Rev. 01/18 EN

**4** SERVICE LEVEL | MARK "X" | UPS USE

| Service | Mark | UPS Use |
|---|---|---|
| Express Plus | [ ] | 1+ |
| Express | [ ] | 1 |
| Express Freight Midday | [ ] | 1 |
| Express Freight | [ ] | 1P |
| Express Saver | [ ] | 1P |
| Expedited | [ ] | 2 |
| Standard | [x] | |

**5** SHIPMENT INFORMATION

| NO. OF PACKAGES / PALLETS IN SHIPMENT | TOTAL ACTUAL WEIGHT | TOTAL DESTINATION WEIGHT OR DESTINATION OF PALLET (IF APPLICABLE) |
|---|---|---|
| | | kg |

[ ] UPS EXPRESS ENVELOPE

[ ] MARK "X" IF ALL PACKAGES/PALLETS ARE SAME SIZE & WEIGHT.

NO. OF PACKAGES FOR WHICH THE

ADDITIONAL HANDLING CHARGE APPLIES

LARGE PACKAGE SURCHARGE APPLIES

DECLARED VALUE FOR CARRIAGE – ADDITIONAL CHARGE APPLIES
Specify using
country's currency

REFERENCE NO. 1 (Optional)

REFERENCE NO. 2 (Optional)

DESCRIPTION OF GOODS

DOCUMENTS ONLY

Mark "X" if shipment only contains documents of no commercial value.

MARK "X" IF GOODS NOT IN FREE CIRCULATION IN THE EU

Until Provide Invoices Describing Shipment Contents And Value.

**6** OPTIONAL SERVICES (See Instructions)

- [ ] UPS NA1
- [ ] SATURDAY DELIVERY

SPECIAL TRANSFER DATES

The shipper agrees to the UPS Terms and Conditions set out on the reverse of the Shipper's Copy of the Waybill. Unless a greater value for carriage is declared on the Waybill, the limits of liability specified under the Warsaw, Montreal or CMR Conventions (if applicable) or set out in clause 9 of the Terms and Conditions will apply. The time limits for making any claim are set out in clause 12. The shipper authorises UPS to act as forwarding agent for export control and customs purposes.

**7** DATE OF SHIPMENT | SHIPPER'S SIGNATURE

DD 04 MM 11 YY 19

UPS USE

RECEIVED FOR UPS BY

DATE

TIME

AMOUNT RECEIVED
313

CHEQUE

CASH

OTHER INFORMATION

III. Be sure to specify which currency you are using. Missing currency information may lead to delay, for which UPS takes no responsibility.
IV. The UPS Standard Service between two EU member states is limited to goods in free circulation in the EU.

SHIPPER'S COPY

Annex 14

Annex 14

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
W5200532535

**Weight**
0.20 KGS

**Service**
UPS Express Saver®

**Shipped / Billed On**
11/04/2019

**Delivered On**
11/06/2019 9:40 A.M.

**Delivered To**
HYATTSVILLE, MD, US

**Received By**
ANDERSON

**Left At**
Dock

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/06/2019 3:02 P.M. EST

SEE INSTRUCTIONS
ON BACK

ITEMS PRINTED IN RED ARE ONLY APPLICABLE
FOR INTERNATIONAL SHIPMENTS




W 520 053 254 4
WAYBILL / TRACKING NUMBER



WAYBILL
(Non-Negotiable)

**1** SHIPPER'S UPS ACCOUNT NO. | SHIPPER'S V.A.T. NO.

NAME OF SENDER
MARIO HERRERA

COMPANY NAME AND ADDRESS | TELEPHONE NO. (Very Important)
+45 2929 5209

FROM
HJORTEVEJ 2,
HORSENS

POSTAL CODE (Very Important) | COUNTRY
8700 | DENMARK - DK

**2** RECEIVER'S UPS ACCOUNT NO. | RECEIVER'S V.A.T. NO.

CONTACT PERSON | TELEPHONE NO. (Very Important)
ASHLEY MOODY | 850 - 414 - 3300

COMPANY NAME AND ADDRESS | RESIDENTIAL ☐

TO
OFFICE OF THE ATTORNEY GENERAL
STATE OF FLORIDA
PL-01 THE CAPITOL
TALLAHASSEE, FL.

POSTAL CODE (Very Important) | COUNTRY
3.2.3.9.9,-1,0,50 | USA

**3** PAYMENT OF CHARGES (not all options available to/from all countries)

BILL SHIPPING CHARGES TO:
☒ SHIPPER (S)   ☐ RECEIVER (R)   ☐ THIRD PARTY (T)
☒ Credit Card (Shipper only)   THIRD PARTY COMPANY NAME:

Enter UPS Account No. (Third Party) or major credit card (Shipper only) | Third Party Country Code (or Area code if applicable)

BILL DUTIES & TAXES TO:
☐ SHIPPER (S)   ☐ RECEIVER (R)   ☐ THIRD PARTY (T)
THIRD PARTY COMPANY NAME:

Enter UPS Account No. (Third Party) | Third Party Country Code

**4** SERVICE LEVEL | MARK "X" | UPS USE
Express Plus | ☐ | 1+
Express | ☐ | 1
Express Freight Midday | ☐ | 1
Express Freight | ☐ | 1P
Express Saver | ☐ | 1P
Expedited | ☐ | 2
Standard IV | ☒ |

**5** SHIPMENT INFORMATION
NO. OF PACKAGES / PALLETS IN SHIPMENT | TOTAL ACTUAL WEIGHT | TOTAL DIMENSIONAL WEIGHT OR DIMENSIONS OF PARCEL
kg
☐ UPS Express Envelope

☐ MARK "X" IF ALL PACKAGES/PALLETS ARE SAME SIZE & WEIGHT.

NO. OF PACKAGES FOR WHICH THE
ADDITIONAL HANDLING CHARGE APPLIES | LARGE PACKAGE SURCHARGE APPLIES

DECLARED VALUE FOR CARRIAGE – ADDITIONAL CHARGE APPLIES
Specify origin country/currency | Currency | Amount

REFERENCE NO. 1 (OPTIONAL)

REFERENCE NO. 2 (OPTIONAL)

DESCRIPTION OF GOODS | Documents Only ☐ / Mark "X" if shipment only contains documents of no commercial value. ☐

MARK "X" IF GOODS NOT IN FREE CIRCULATION IN THE EU ☐ | Must Provide Invoices Describing Shipment Contents And Value ☐

**6** OPTIONAL SERVICES (See Instructions)
☐ UPS NA1
☐ SATURDAY DELIVERY
SPECIAL INSTRUCTIONS

The shipper agrees to the UPS Terms and Conditions set out on the reverse of the Shipper's Copy of the Waybill. Unless a greater value for carriage is declared on the Waybill, the limits of liability specified under the Warsaw, Montreal or CMR Conventions (if applicable) or set out in clause 9 of the Terms and Conditions will apply. The time limits for making any claim are set out in clause 12. The shipper authorises UPS to act as forwarding agent for export control and customs purposes.

**7** DATE OF SHIPMENT | SHIPPER'S SIGNATURE
DD MM YY
04 11 19

UPS USE
RECEIVED FOR UPS BY | DATE | TIME

AMOUNT RECEIVED
Currency | Amount
313.DKK | CHEQUE ☐ | CASH ☐

OTHER INFORMATION

I. Required for UPS Standard shipments when the receiver is the payor of the shipping charges. See section 3.
II. Some options not available from all origins and/or to all destinations. Contact UPS for details.
III. Be sure to specify which currency you are using. Missing currency information may lead to delay, for which UPS takes no responsibility.
IV. The UPS Standard Service between two EU member states is limited to goods in free circulation in the EU.

02690101401  Rev. 01/18 EN

SHIPPER'S COPY

Annex 14

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
W5200532544

**Weight**
0.20 KGS

**Service**
UPS Express Saver®

**Shipped / Billed On**
11/04/2019

**Delivered On**
11/06/2019 10:45 A.M.

**Delivered To**
TALLAHASSEE, FL, US

**Received By**
MEINHART

**Left At**
Receiver

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/06/2019 3:24 P.M. EST




W 520 053 252 6

WAYBILL / TRACKING NUMBER

**WAYBILL**
**(Non-Negotiable)**

**1** Shipper's UPS Account No.                    Shipper's V.A.T. No.

Name Of Sender
MARIO HERRERA        Telephone No. (Very Important)
                     +45 29295209

Company Name And Address
HJORTEVEJ 2
HORSENS

Postal Code (Very Important)          Country
8700                DENMARK - DK

**2** Receiver's UPS Account No.        Receiver's V.A.T. No./International No. For Customs Purposes

Contact Person              Telephone No. (Very Important)
ASHLEY MOODY               850-414-3300

Company Name And Address                          ☐ Residential
OFFICE OF THE ATTORNEY GENERAL
STATE OF FLORIDA
PL - 01 THE CAPITOL
TALLAHASSEE, FL.

Postal Code (Very Important)          Country
3,2399-1,050            USA

**3** PAYMENT OF CHARGES (not all options available to/from all countries)

Bill Shipping Charges To:
☒ Shipper (S)          ☐ Receiver (R)          ☐ Third Party (T)
☐ Credit Card (Shipper only)    Third Party Company Name:
Enter UPS Account No. (Third Party) or major credit card (Shipper only)    Third Party Credit Card (see Payment details)

Bill Duties & Taxes To:
☒ Shipper (S)          ☐ Receiver (R)          ☐ Third Party (T)
                                        Third Party Company Name:
Enter UPS Account No. (Third Party)    Enter Third Party Credit Card

I. Required for UPS Standard shipments when the receiver is the payor of the shipping charges. See section 3.
II. Some options not available from all origins and/or to all destinations. Contact UPS for details.

**4** SERVICE LEVEL                          MARK "X"    UPS USE
Express Plus                          ☐        1+
Express                               ☐        1
Express Freight Midday                ☐        1
Express Freight                       ☐        1P
Express Saver                         ☒        1P
Expedited                             ☐        2
Standard IV                           ☐

**5** SHIPMENT INFORMATION
No. Of Packages /      Total Actual Weight        Total Dimensional Weight or
Pallets In Shipment    (Non-Document Shipments Only)   Dimensions Of Pallet (If Applicable)
                       0.5    kg
                       ☒ UPS Express Envelope

☐ Mark "X" If All Packages/Pallets Are Same Size & Weight.

No. Of Packages For Which Tin

Additional Handling Charge Applies    Large Package Surcharge Applies

Declared Value For Carriage - Additional Charge Applies
Specify origin        Currency        Amount
currency

Reference No. 1 (Optional)

Reference No. 2 (Optional)

Description Of Goods                    ☐ Non-Documents
                                        Mark "X" if shipment
Ducoments                               only contains
                          ☒             documents all on
                                        commercial value

☐ Mark "X" If Goods Not In     Must Provide Invoices Describing
Free Circulation In The EU     Shipment Contents And Value

III. Be sure to specify which currency you are using. Missing currency information may lead to delay, for which UPS takes no responsibility.
IV. The UPS Standard Service between two EU member states is limited to goods in free circulation in the EU.

**6** OPTIONAL SERVICES (See Instructions)
☐ UPS NA1          ☐ Saturday Delivery

Special Handling Items

The shipper agrees to the UPS Terms and Conditions set out on the reverse of the Shipper's Copy of the Waybill. Unless a greater value for carriage is declared on the Waybill, the limits of liability specified under the Warsaw, Montreal or CMR Conventions (if applicable) or set out in clause 9 of the Terms and Conditions will apply. The time limits for making any claim are set out in clause 12. The shipper authorises UPS to act as forwarding agent for export control and customs purposes.

**7** DATE OF SHIPMENT          SHIPPER'S SIGNATURE
DD  MM  YY
21 21 19

UPS USE
Received For UPS By        Date        Time
TB                        21 21 19    05
Amount Received            Country    Account
DKK  313                             ☐ Cheque  ☒ Cash
Other Information

© 2018 United Parcel Service of America, Inc.

SHIPPER'S COPY

454746 - 317826 7SVC Englisch

0269010L401 Rev. 01/18 EN

Annex 14

*Annex 14*

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
W5200532526

**Weight**
0.50 KGS

**Service**
UPS Express Saver®

**Shipped / Billed On**
12/02/2019

**Delivered On**
12/04/2019 10:06 A.M.

**Delivered To**
TALLAHASSEE, FL, US

**Received By**
FDLE

**Left At**
Office

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 12/04/2019 11:27 P.M. EST

*Annex 15*



```
P<USAHERRERA<<MARIO<<<<<<<<<<<<<<<<<<<<<<<<<<
5306900335USA6302278M2508186715724352<218816
```



```
P<DNKTOLDSTED<<GITTE<<<<<<<<<<<<<<<<<<<<<<<<<
2074860238DNK6110110F2405090111061<    <<<12
```




**WAYBILL**
(Non-Negotiable)

W 520 053 249 1

Waybill / Tracking Number

| 1 Shipper's UPS Account No. | Shipper's V.A.T. No. |
|---|---|

Name Of Sender
PARK HENRECH

Telephone No. (Very Important)
+45 29295209

Company Name And Address

F
R
O
M

HORTEVEJ 2
HORSENS

Postal Code (Very Important)          Country
PZCO                    DENMARK - DK

| 2 Receiver's UPS Account No. | Receiver's V.A.T. Reference number (if required) |
|---|---|

Contact Person
RON DESANTIS

Telephone No. (Very Important)
(850) 717-9337

Company Name And Address
OFFICE OF GOVERNOR RON DESANTIS
STATE OF FLORIDA
THE CAPITOL
400 S MONROE ST
TALLAHASSEE, FL

T
O

Residence ☐

Postal Code (Very Important)          Country
32399-0001            USA

**3 PAYMENT OF CHARGES** (not all options available to/from all countries)

Bill Shipping Charges To:
☒ Shipper (S)     ☐ Receiver (R)     ☐ Third Party (T)

☐ Credit Card (Shipper only)     Third Party Company Name:

Enter UPS Account No. (Third Party) or major credit card (Shipper only)     Third Party Credit Card Number (if needed)

Bill Duties & Taxes To:
☐ Shipper (S)     ☐ Receiver (R)     ☐ Third Party (T)
Third Party Company Name:

Enter UPS Account No. (Third Party)

| 4 | SERVICE LEVEL | MARK "X" | UPS USE |
|---|---|---|---|
| | Express Plus | ☐ | 1+ |
| | Express | ☐ | 1 |
| | Express Freight Midday | ☐ | 1 |
| | Express Freight | ☐ | 1P |
| | Express Saver | ☒ | 1P |
| | Expedited | ☐ | 2 |
| | Standard | ☐ | |

**5 SHIPMENT INFORMATION**

| No. Of Packages / Pallets In Shipment | Total Actual Weight | Total Dimensional Weight Of Packages Or Pallet In Shipment |
|---|---|---|
| | kg | |

☐ UPS Express Envelope

☐ Mark "X" If All Packages/Pallets Are Same Size & Weight

No. Of Packages For Which The

Authorised Hazardous Goods Apply     Long Packed Shipments Apply

Declared Value For Carriage – Additional Charge Applies
Specify value
country's currency?

Reference No. 1 (Optional)

Reference No. 2 (Optional)

Description Of Goods:
DOCUMENTS

For Documents
Only – If Shipment
Is Non-Document:

Mark "X" If Goods Not In Free Circulation in the EU     Hard Goods Items or Documents Imported in/out And Other

**6 OPTIONAL SERVICES (See Instructions)**
☐ UPS NA1

☐ SATURDAY DELIVERY

Special Instructions

The shipper agrees to the UPS Terms and Conditions set out on the reverse of the Shipper's Copy of the Waybill. Unless a greater value for carriage is declared on the Waybill, the limits of liability specified under the Warsaw, Montreal or CMR Convention (if applicable) or set out in clause 9 of the Terms and Conditions will apply. The time limits for making any claim are set out in clause 12. The shipper authorises UPS to act as forwarding agent for export control and customs purposes.

**7 DATE OF SHIPMENT     SHIPPER'S SIGNATURE**

| DD | MM | YY |
|---|---|---|

**UPS USE**

| Received For UPS By | Date | Time |
|---|---|---|

| Amount Received | | Cheque | Cash |
|---|---|---|---|

Other Information

Shipper's Copy
© 2016 United Parcel Service of America, Inc.
01W02HQ104401  Rev. 01/16 EN

Appendix 8

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
W5200532491

**Weight**
0.50 KGS

**Service**
UPS Express Saver®

**Shipped/Billed On**
07-07-2020

**Delivered On**
10-07-2020 10:23

**Delivered To**
TALLAHASSEE, FL, US

**Received By**
FDLE

**Left At**
Office

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 10-07-2020 12:22 EST




W 493 875 758 7

Waybill / Tracking Number

**WAYBILL**
**(Non-Negotiable)**

| 1 | Shipper's UPS Account No. | Shipper's V.A.T. No. |
|---|---|---|

Name Of Sender
MARC HENTOFT

Telephone No. (Very Important)
+45 21215287

**F R O M**

Company Name And Address
H/SKILEVEJ 2
CHUP ENS

Postal Code (Very Important)
8400

Country
DENMARK

| 2 | Receiver's UPS Account No. | Receiver's V.A.T. No. |
|---|---|---|

Contact Person
ARIANA FARROL

Telephone No. (Very Important)
305 961 901

Residential

**T O**

Company Name And Address
US ATTORNEY FOR THE
SOUTHERN DISTRICT OF FLORIDA
US ATTORNEYS OFFICE
99 N.E. 4TH STREET
MIAMI, FL

Postal Code (Very Important)
33132

Country
USA

**3  PAYMENT OF CHARGES** (not all options available to/from all countries)

Bill Shipping Charges To:
☐ Shipper (S)   ☐ Receiver (R)   ☐ Third Party (T)

☐ Credit Card (Shipper only)   Third Party Company Name:

Enter UPS Account No. (Third Party) or major credit card (Shipper only)

☐ Shipper (S)   ☐ Receiver (R)   ☐ Third Party (T)

I.  Required for UPS Standard shipments when the receiver is the payor of the shipping charges. See section 3.
II.  Some options not available from all origins and/or to all destinations. Contact UPS for details.

| 4 | SERVICE LEVEL | MARK "X" | UPS USE |
|---|---|---|---|
| | Express Plus | ☐ | 1+ |
| | Express | ☐ | 1 |
| | Express Freight | ☐ | 1P |
| | Express Saver | ☐ | 1P |
| | Expedited | ☐ | 2 |
| | Standard | ☐ | |

**5  SHIPMENT INFORMATION**

No. Of Packages / Pallets In Shipment

Total Actual Weight
kg

Total Dimensional Weight or Dimensions of Pallets in Shipment

☐ UPS Express Envelope

☐ Mark "X" If All Packages/Pallets In Are Same Size And Weight.

No. Of Packages For Which The

Additional Handling Charge Applies

Large Package Surcharge Applies

Declared Value For Carriage – Additional Charge Applies

Reference No. 1 (Optional)

Reference No. 2 (Optional)

III.  Be sure to specify which currency you are using. Missing currency information may lead to delay, for which UPS takes no responsibility.
IV.  The UPS Standard Service between two EU member states is limited to goods in free circulation in the EU.

**6  OPTIONAL SERVICES (See Instructions)**

☐ UPS NA1
☐ Saturday Delivery

The shipper agrees to the UPS Terms and Conditions set out on the reverse of the Shipper's Copy of the Waybill. Unless a greater value for carriage is declared on the Waybill, the limits of liability specified under the Warsaw, Montreal or CMR Conventions (if applicable) or set out in clause 9 of the Terms and Conditions will apply. The time limits for making any claim are set out in clause 12. The shipper authorises UPS to act as forwarding agent for export control and customs purposes.

| 7 | DATE OF SHIPMENT | SHIPPER'S SIGNATURE |
|---|---|---|
| | DD MM YY | |
| | 3 7 20 | |

**UPS USE**

| Received For UPS By | Date | Time |
|---|---|---|

Amount Received   ☐ Cheque   ☐ Cash

Other Information

SHIPPER'S COPY

02650100401 Rev. 07/15 EN

Appendix 8

Appendix 8

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
W4938757587

**Weight**
0.50 KGS

**Service**
UPS Express Saver®

**Shipped/Billed On**
07-07-2020

**Delivered On**
10-07-2020 11:12

**Delivered To**
MIAMI, FL, US

**Received By**
ROSARIO

**Left At**
Residential

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 23-08-2020 4:48 EST



ON BACK
FOR INTERNATIONAL SHIPMENTS

**WAYBILL**
(Non-Negotiable)

W 520 053 250 8
WAYBILL / TRACKING NUMBER

| 1 | SHIPPER'S UPS ACCOUNT NO. | SHIPPER'S V.A.T. NO. |

NAME OF SENDER: MARIC HERRERA
TELEPHONE NO. (Very Important): +45 31245200

FROM
COMPANY NAME AND ADDRESS:
H KITEVEJ 2
HOPPAN

POSTAL CODE (Very Important): PENMAPK   COUNTRY: DK

| 2 | RECEIVER'S UPS ACCOUNT NO. | RECEIVER'S V.A.T. NO. |

CONTACT PERSON:
TELEPHONE NO. (Very Important): STEVEN D MERRYDAY (813) 301-5400

TO
COMPANY NAME AND ADDRESS:
UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF FLORIDA
SAM M GIBBONS UNITED STATES COURT-
BONORTH FLORIDA AVENUE
TAMPA, FL

RESIDENTIAL

POSTAL CODE (Very Important): 33602   COUNTRY: USA

| 3 | PAYMENT OF CHARGES (not all options available to/from all countries) |

BILL SHIPPING CHARGES TO:
[X] SHIPPER (S)   [ ] RECEIVER (R)   [ ] THIRD PARTY (T)

BILL DUTIES & TAXES TO:
[X] SHIPPER (S)   [ ] RECEIVER (R)   [ ] THIRD PARTY (T)

| 4 | SERVICE LEVEL | MARK "X" | UPS USE |
|---|---|---|---|
| Express Plus | [ ] | 1+ |
| Express | [ ] | 1 |
| Express Freight Midday | [ ] | 1 |
| Express Freight | [ ] | 1P |
| Express Saver | [ ] | 1P |
| Expedited | [ ] | 2 |
| Standard | [ ] | ■ |

| 5 | SHIPMENT INFORMATION |

[X] UPS EXPRESS ENVELOPE

DOCUMENTS

| 6 | OPTIONAL SERVICES (See Instructions) |
[ ] UPS NA1
[ ] SATURDAY DELIVERY

| 7 | DATE OF SHIPMENT | SHIPPER'S SIGNATURE |

UPS USE

SHIPPER'S COPY

Appendix 8

Appendix 8

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
W5200532508

**Weight**
0.50 KGS

**Service**
UPS Express Saver®

**Shipped/Billed On**
07-07-2020

**Delivered On**
09-07-2020 10:27

**Delivered To**
TAMPA, FL, US

**Received By**
RODRIGUES

**Left At**
Guard

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 23-08-2020 5:05 EST



UPS

**WAYBILL**
(Non-Negotiable)

W 520 053 2517

WAYBILL / TRACKING NUMBER

SHIPPER'S COPY

**1** SHIPPER'S UPS ACCOUNT NO. | SHIPPER'S V.A.T. NO.

NAME OF SENDER: MARIO HERRERA
TELEPHONE NO. (Very Important): +45 24246209

FROM

COMPANY NAME AND ADDRESS:
HI JORDRUF 12
HORSENS

POSTAL CODE (Very Important): 8700
COUNTRY: DENMARK — DK

**2** RECEIVER'S UPS ACCOUNT NO. | RECEIVER'S V.A.T. No.

CONTACT PERSON: LINDEY GRAHAM
TELEPHONE NO. (Very Important): (202) 224-5225

TO

COMPANY NAME AND ADDRESS: U.S. SENATE JUDICIARY COMMITTEE
224 DIRKSEN SENATE OFFICE BUILDING
WASHINGTON D.C.

RESIDENTIAL ☐

POSTAL CODE (Very Important): 20510
COUNTRY: USA

**3** PAYMENT OF CHARGES (not all options available to/from all countries)

Bill Shipping Charges To:
☒ SHIPPER (S)   ☐ RECEIVER (R)   ☐ THIRD PARTY (T)
☒ Credit Card (Shipper only)   Third Party Company Name:
Enter UPS Account No. (Third Party) or your credit card (Shipper only)

Bill Duties & Taxes To:
☒ SHIPPER (S)   ☐ RECEIVER (R)   ☐ THIRD PARTY (T)
Enter UPS Account No. (Third Party)   Third Party Company Name:

**4** SERVICE LEVEL | MARK "X" | UPS USE

| Service | Mark | UPS Use |
|---|---|---|
| Express Plus | ☐ | 1+ |
| Express | ☐ | 1 |
| Express Freight Midday | ☐ | 1 |
| Express Freight | ☐ | 1P |
| Express Saver | ☐ | 1P |
| Expedited | ☐ | 2 |
| Standard | ☒ | |

**5** SHIPMENT INFORMATION

No. Of Packages / Pallets In Shipment | Total Actual Weight | Total Dimensional Weight of Dangerous Goods in Pallet in Shipment
kg
☒ UPS Express Envelope

☐ Mark "X" if All Packages/Pallets Are Same Size & Weight

No. Of Packages For Which The
Ammonium Hazardous Change Applies | Large Package Surcharge Applies

Declared Value For Carriage — Additional Charge Applies
Specify single
country's currency
DECLARED VALUE FOR CARRIAGE

REFERENCE No. 1 (Optional):

REFERENCE No. 2 (Optional):

DESCRIPTION OF GOODS: DOCUMENTS

Mark "X" If Goods Not In Free Circulation In The EU ☒   Used Private Import Involving Shipment Controls And Value

**6** OPTIONAL SERVICES (See Instructions)

☐ UPS NA1

☐ SATURDAY DELIVERY

SPECIFIC INSTRUCTIONS:

The shipper agrees to the UPS Terms and Conditions set out on the reverse of the Shipper's Copy of the Waybill. Unless a greater value for carriage is declared on the Waybill, the limits of liability specified under the Warsaw, Montreal or CMR Conventions (if applicable) or set out in Clause 9 of the Terms and Conditions will apply. The time limits for making any claim are set out in clause 12. The shipper authorises UPS to act as forwarding agent for export control and customs purposes.

**7** DATE OF SHIPMENT | SHIPPER'S SIGNATURE
DD MM YY
6/10/20

UPS USE
RECEIVED FOR UPS BY | DATE | TIME
AIRBILL RECEIVED | CHEQUE ☐ CASH ☐
OTHER INFORMATION

APPENDIX 8

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
W5200532517

**Weight**
0.50 KGS

**Service**
UPS Express Saver®

**Shipped/Billed On**
07-07-2020

**Delivered On**
09-07-2020 10:49

**Delivered To**
WASHINGTON, DC, US

**Received By**
SIG ON FILE

**Left At**
Receiver

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 23-08-2020 4:58 EST

Appendix 9

The Copenhagen Police
Legal Department K.
A. Heegaards Gade 1. 3., 1572 Copenhagen V
Tel.  33910910 / 4781 – Fax 33430067

File no.:          0103-70300-00208-06
Date:
Officer in charge:  17490

The public prosecutor for Copenhagen,
Frederiksberg and Tårnby
Jens Kofods Gade 1
1268 Copenhagen K

+ annexes

Law firm
Tommy V. Christiansen
ANNEX NO. 1

PKN

ANNEX: 12

Please find attached the documents in the case against

Mario Herrera-Pradon
270263-3535
Korsørgade 32, 3.tv.
2100 Copenhagen

who has been indicted for violation of sections 119 (1) and 121 of the Danish penal code.

Indictment is recommended in accordance with the attached undated indictment draft.

As justification for the recommendation, I refer to interviews with the wronged police officers, Bitsch and
Cederskjold (annexes 3 and 4).

About the arrest immediately preceding the threats and manifestations please note that the reason for
the arrest may seem weak. It would thus seem to be an arrest primarily motivated by the fact that the
suspect did not want to take his hands out of his pockets while talking to the police about why he would
not give his name. However, the two police officers had lawfully given this order, see the Danish Police
Act section 5(2, no. 1), most likely for the sake of their own and possibly others' safety.

Moreover, the arrest manner - pacification by putting the suspect to the ground and handcuff him – may
seem too excessive given the (weak) gravity of the situation.

Against this background, it is my assessment that during this case the matter of acquittal, sentence re-
duction or withdrawal of the indictment may become relevant, as the threats and statements – if the
assumption is that the use of force was excessive – can hardly be said to be such that they are covered
by the term "assaults".


Jens Rasmussen
District attorney

Kristian Braad Jensen
Assistant chief constable

**Appendix 9**

**Københavns Politi**
Advokatur K.
A. Heegaards Gade 1, 3., 1572 København V
Tlf. Indvalg 33910910 / 4781 - Fax 33430067

| | |
|---|---|
| Journalnr.: | 0103-70300-00208-06 |
| Dato: | |
| Sagsbehandler: | 17490 |

Statsadvokaten for København, Frederiksberg og Tårnby
Jens Kofods Gade 1
1268 København K

+ bilag

*Advokatfirmaet*
*Tommy V. Christiansen*

BILAG NR.   1

PKN

BILAG:   12

Vedlagt fremsendes akterne i sagen mod

Mario Herrera-Pradon
270263-3535
Korsørgade 32, 3.tv.
2100 København Ø

der er sigtet for overtrædelse af straffelovens § 119, stk. 1 og § 121.

Det indstilles, at der rejses tiltale i overensstemmelse med vedlagte udaterede udkast til anklageskrift.

Som begrundelse for indstillingen henviser jeg til afhøringene af de forurettede polititjenestemand, Bitsch og Cederskjold (bilag 3 og 4).

Om den anholdelse, der gik umiddelbart forud for truslerne og ytringerne bemærkes, at anholdelses-grundlaget kan synes spinkelt. Det synes således at være en anholdelse, der navnlig var begrundet i det forhold, at den pågældende ikke ønskede at tage hænderne op af lommen, mens han skulle tale med poli-tiet om, hvorfor han ikke ville opgive sit navn. De to betjente havde imidlertid lovligt meddelt dette på-bud, jf. politilovens § 5, stk. 2, nr. 1, givet af hensyn til deres egen og eventuelt andres sikkerhed.

Hertil kommer, at anholdelsesmåden – pacificering ved at lægge den pågældende ned på jorden og iføre ham håndjern – henset til situationens (ringe) alvor kan forekomme for vidtgående.

På denne baggrund er det min vurdering, at der under sagen kan blive spørgsmål frifindelse, strafnedsæt-telse eller –bortfald, idet truslerne og udtalelserne, hvis det lægges til grund, at magtanvendelsen var for vidtgående, næppe kan siges at have en sådan karakter, at de dækkes af udtrykkene "overfalder".

Jens Rasmussen
Politiadvokat

Kristian Braad Jensen
Politifuldmægtig

**Appendix 10**

NYBORG ⋈ RØRDAM
ADVOKATFIRMA

Mario Herrera-Padron
Hjortevej 2
8700 Horsens

**HANNE RAHBÆK**
**Advokat (H)**

33 38 70 07
hr@nrlaw.dk

Sekretær
Lill Edeling/hs
33 38 70 06
le@nrlaw.dk

J.nr. 6589-1
Dok 000037.DOC

15. april 2008

**Kære Mario Herrera-Padron og Gitte Toldsted**

I brev af 7. april 2008 har I medsendt en kopi af en håndskreven indstilling om tiltalerejsning fra Københavns Politi til Statsadvokaten for København m.v. I har spurgt, hvorfor jeg ikke benyttede denne indstilling i forbindelse med behandlingen af Marios sag ved Byretten på Frederiksberg den 25. juni 2007.

Jeg kan på den baggrund oplyse, at jeg ikke havde kendskab til dokumentet, før jeg modtog det fra jer. Jeg kan imidlertid konstatere, at argumentationen i indstillingen i det væsentlige svarer til den argumentation, som jeg benyttede i Byretten, og som førte til, at der blev afsagt en betinget dom.

Jeg bemærker, at den endelige vurdering af sagens bevismæssige og juridiske spørgsmål, som bekendt henhører under domstolene. Byretten udmåtte en betinget straf, som efter min opfattelse er en afvigelse fra praksis i formildende retning. Jeg går ud fra at ankebehandlingen af sagen er afsluttet, og at Østre Landsret har haft mulighed for at tage stilling til sagen.

Med venlig hilsen

Hanne Rahbæk

Appendix 10

## NYBORG X RØRDAM
## ADVOKATFIRMA

Mario Herrera-Padron
Hjortevej 2
8700 Horsens

**HANNE RAHBAEK**
**LAWYER (HIGH COURT)**

33 38 70 07
hr@nrlaw.dk

Secretary
Lill Edeling/hs
33 38 70 06
le@nrlaw.dk

Journal no. 6589-1
Dok 000037.DOC

15 April 2008

**Dear Mario Herrera-Padron and Gitte Toldsted**

In a letter dated 7 April 2008, you have enclosed a copy of a handwritten recommendation for prosecution by the Copenhagen Police to the Public Prosecutor for Copenhagen, etc. You have asked me why I did not use this document in dealing with Mario's proceedings in the District Court in Frederiksberg, 25 June 2007.

On that basis I can inform that I had no knowledge of the document before I received it from you. However, I can see that the reasoning in the document is essentially similar to the arguments I used in district court, which led to that a suspended sentence was given.

I note that the final assessment of the evidentiary and legal issues, as you know falls within the courts. The District Court passed a suspended sentence, which I believe is a deviation from practice in mitigating direction. I suppose the appeal case is concluded and that the Eastern High Court had the opportunity to rule on the matter.

Sincerely,

Hanne Rahbaek

Appendix 11



**United States Department of State**

*Washington, D.C. 20520*

January 13, 2009

Mario Herrera
Hjortevej 2
8700 Horsens
Denmark

Dear Mr. Herrera:

This is in reply to your November 7 letter to the White House, received in our office on January 6, regarding your treatment by Danish authorities and the U.S. Embassy in Copenhagen. The White House has asked that we reply to your concerns.

You requested assistance from the U.S. Embassy in Copenhagen in connection with your court case in Denmark and several other disputes with both private and public institutions in Denmark. We reviewed the actions taken by the U.S. Embassy consular officers and their correspondence with you and find they not only provided appropriate service to you, but have done all that is legally allowable.

One of the U.S. Embassy's top priorities is the welfare of American citizens overseas. Although the Embassy is not able to represent you in court or to provide legal advice, consular officers can ensure that the same legal remedies are made available to you as those provided to Danish citizens. To that end, the Embassy can, and did, send an observer to your court trial to ensure that you received the same treatment as a Danish citizen in a similar situation would receive. An American citizen residing in Denmark is subject to the laws of Denmark. Although the Embassy does not normally involve itself in private disputes in foreign countries, consular officers contacted several private institutions on your behalf after they received your complaints. They provided you with the results of their inquiries and offered further suggestions as to how you might proceed.

The U.S. Embassy in Copenhagen furnishes a list of local attorneys on its website at: http://denmark.usembassy.gov/legal-assistance.html. These attorneys speak English and have agreed to assist American citizens with legal matters in Denmark. You may wish to seek legal counsel concerning your disputes with Danish authorities and other institutions.

We hope this information is helpful to you. Should you need further assistance, please contact Sandy Schmierer in the Office of American Citizens Services and Crisis Management at: (202) 647-6568.

Sincerely,

Andrew T. Miller
European Division Chief
Office of American Citizens Services
and Crisis Management

Appendix 12

List of our accusations delivered to D.O.J. since 2010 under Eric Holder, FL. Ag Bill McCollum-Pam Bondi.

| 1 | Nicolai Cederskjold, Anders Bitsch and Jens Rasmussen. Danish policemen | 2010 03 22 |
|---|---|---|
| 2 | Barack Hussein Obama | 2010 03 22 |
| 3 | Hillary Clinton (#1 accusations) (U.S. State Department) | 2010 03 22 |
| 4 | Hillary Clinton (#2 accusations) (U.S. State Department) | 2010 09 18 |
| 5 | Condoleezza Rice (U.S. State Department) | 2010 03 22 |
| 6 | Bill Nelson FL senator | 2010 03 22 |
| 7 | Lincoln Diaz Balart FL congressman. | 2010 03 22 |
| 8 | George LeMieux FL. Senator. | 2010 03 22 |
| 9 | Robert S. Mueller III - Ex-director FBI. | 2010 03 22 |
| 10 | FBI officer U.S embassy in Copenhagen, Denmark. Named Brian. | 2010 03 22 |
| 11 | Jeff Howard (U.S. State Department) | 2010 03 22 |
| 12 | Bill McCollum – Updated with Pam Bondi  (U.S. Department of Justice) | 2010 03 22 |
| 13 | Eric Holder (U.S. Department of Justice) | 2010 03 22 |
| 14 | Anita F. Funcke (U.S. State Department) | 2010 03 22 |
| 15 | Andrew T. Miller (U.S. State Department) | 2010 03 22 |
| 16 | Sandy Schmierer (U.S. State Department) | 2010 03 22 |
| 17 | Kris Rocco (Officials) | 2010 03 22 |
| 18 | Karen Kelly (Officials) | 2010 03 22 |
| 19 | Zina Jackson (Officials) | 2010 03 22 |
| 20 | Angela Froelich (Officials) | 2010 03 22 |
| 21 | Laurie S. Fulton (U.S. State Department) | 2010 03 22 |
| 22 | James P. Cain  (U.S. State Department) | 2010 03 22 |
| 23 | Marilynn W. Rowdybush (U.S. State Department) | 2010 03 22 |
| 24 | Mel Martinez FL. Senator | 2010 03 22 |
| 25 | Michael Muckasey (U.S. Department of Justice) | 2010 03 22 |
| 26 | ACLU, President Susan N. Herman  (No U.S. official, accomplished) | 2010 03 22 |
| 27 | Tom Curley, CEO, Assosiated Press (No U.S. official, accomplished) | 2012 07 27 |
| 28 | Jan M. Olsen, Reporter, Associated Press (No U.S. official, accomplished) | 2012 07 27 |
| 29 | Mr. Terry, Reporter, Associated Press (No U.S. official, accomplished) | 2012 07 27 |
| 30 | H.S. Kristoffersen, Judge, The Court in Horsens – Denmark (No U.S. official, accomplished) | 2012 07 27 |
| 31 | Mario Diaz-Balart, FL. Congressmann | 2012 07 27 |
| 32 | Marco Rubio, FL. Senator | 2012 07 27 |
| 33 | Bradley J. Haskins, Esq., World Law Direct. (No U.S. official, accomplished) | 2012 07 27 |
| 34 | Mark Villiger, Judge, European Court of Human Rights (No U.S. official, accomplished) | 2012 01 26 |
| 35 | Dimas A. Jaen, Regional Security Officer, USA Embassy Cph. Denmark  (U.S. State Department) | 2013 09 26 |
| 36 | Miriam Reventlow, Head of Legal, IRCT (No U.S. official, accomplished) | 2013 09 26 |
| 37 | Onder Ozkalipci, former Medical Director, IRCT (No U.S. official, accomplished) | 2013 09 26 |

Appendix 12

| 38 | Haroon Mokhtarzada, CEO, Webs (2015) (No U.S. official, accomplished) | 2015 07 07 |
|----|------------------------------------------------------------------------|------------|
| 39 | Jack Dorsey, CEO, Twitter (2017) (No U.S. official, accomplished) | 2017 02 24 |
| 40 | Carla Sands, U.S Ambassador and Staff to The Kingdom of Denmark (2018) (U.S. State Department) | 2018 07 22 |
| 41 | Cory Booker, New Jersey Senator (2019) | 2019 02 27 |
| 42 | Pam Bondi (former Florida A.G.) and accomplices (U.S. Department of Justice) | 2019 11 04 |
| 43 | Ashley Moody (Florida A.G.) and staff – including *Hialeah Police chief Sergio Velazquez; Luis, Antonio (badge 1216) and Carmen E. Montenegro (badge 1579)* (U.S. Department of Justice) | 2019 12 02 |
| 44 | Kristyna L. Rabassa, First Secretary & Consul, Embassy of the United States, Copenhagen – **Denmark** (U.S. State Department) | 2020 08 10 |

**NOTE:** We add the following U.S. officials, the FL Gov. **Rick Scott,** the Cal AG. **Xavier Becerra** and the Danish citizen **Helle Pøhl** is implied under **Mark Villiger** accusation.

Appendix 13



**Copenhagen (CPN)**
**Embassy of the United States of America**
**Dag Hammarskjölds Allé 24**
**2100 København Ø.**
**Danmark**

**ACS Appointment System –**

## APPOINTMENT DETAILS

PLEASE PRINT THIS PAGE AND BRING IT WITH YOU WHEN YOU APPEAR AT THE EMBASSY OR CONSULATE.

| | |
|---|---|
| Date of Appointment: | **Tuesday, September 04, 2012** |
| Time of Appointment: | **11:45:00 AM** |
| **Appointment UID:** | PA12860792 |
| **Appointment Password:** | Zhx17hkYqw |
| **Surname:** | MARIO |
| **Given Name:** | HERRERA |
| **Applicant's DOB** (dd/mmm/yyyy): | 27 Feb 1963 |
| **Contact Telephone Number:** | 29295209 |
| **E-mail Address:** | MAYITOH@HOTMAIL.COM |
| **Country of Citizenship:** | UNITED STATES OF AMERICA |
| **Country of Birth:** | CUBA |
| **Gender:** | M |
| **Passport Number:** | 047884147 |
| **Number Of Services Required:** | 1 |
| **Type Of Services Required:** | Request notarial and other services not listed above. |

**IMPORTANT:**

1. If you need to make another appointment for someone else, please click here.
2. If your plans change, please click here to cancel your appointment prior to the date you are scheduled to appear. You must first cancel your existing appointment in order to make a new one.

**U.S. Department of Justice**

Civil Rights Division

<span style="float:right">Appendix 14</span>

RJM:kjc:tj
DJ 144-8-0
1048897

*Criminal Section - PHB*
*950 Pennsylvania Ave, NW*
*Washington DC 20530*

FEB 2 8 2013

Dear Sir/Madam:

> Thank you for your correspondence. If you are writing to provide information or evidence regarding a potential violation of the criminal law, please send the same information or evidence to the Federal Bureau of Investigation in your local area or to your local police department or sheriff's office, or visit www.FBI.gov.

The Criminal Section is one of several Sections in the Civil Rights Division of the U.S. Department of Justice. We are responsible for enforcing federal criminal civil rights statutes. The Criminal Section prosecutes criminal cases involving:

- Civil rights violations by persons acting under color of law, such as federal, state, or other police officers or corrections officers;
- Hate crimes;
- Force or threats intended to interfere with religious activities because of their religious nature;
- Force or threats intended to interfere with providing or obtaining reproductive health services;
- Human trafficking in the form of coerced labor or commercial sex;

We cannot help you recover damages or seek any other personal relief. We also cannot assist you in ongoing criminal cases, including wrongful convictions, appeals, or sentencing. For more detailed information about the Criminal Section or the work we do, please visit our web page: www.justice.gov/crt/about/crm/.

We will review your letter to decide whether it is necessary to contact you for additional information. We do not have the resources to follow-up on or reply to every letter. If your concern is not within this Section's area of work, you may wish to consult the Civil Rights Division web page to determine whether another Section of the Division may be able to address your concerns: www.justice.gov/crt. Again, if you are writing to report a crime, please contact the federal and/or state law enforcement agencies in your local area, such as the Federal Bureau of Investigation, or your local police department or sheriff's office.

Sincerely,

The Criminal Section

**U.S. Department of Justice**

# CRIMINAL SECTION

*Washington, D.C. 20530*

Official Business
Penalty for Private Use $300



016H26601570

US OFFICIAL MAIL
$30 Penalty
For Private Use

$00.46⁰

Mailed From  20530
US POSTAGE

Mr. Mario Herrera
Hjortevej 2
8700 Horsens
Denmark

0012S$000i

Appendix 15

<u>RECEIPT from WORLDLawDirect Payments Processing</u>
Order ID: 125549302927840

**Thank you for your order! It has been processed successfully.
Please print your receipt for your records.**

Print Receipt

**BILLING INFORMATION**

| | |
|---|---|
| **Name:** | Mario Herrera Padron |
| **Address:** | Hjortevej 2 |
| | Horsens, Denmark8700 |
| | other |
| **Phone Number:** | 4529295209 |
| **Email Address:** | mayitoh@hotmail.com |

**SHIPPING INFORMATION**

| | |
|---|---|
| **Name:** | Mario Herrera Padron |
| **Address:** | Hjortevej 2 |
| | Horsens, other8700 |
| | Denmark |
| **Phone Number:** | 4529295209 |
| **Email Address:** | mayitoh@hotmail.com |
| **Shipping:** | No Shipping Charge |

**Message and Comments:** I am an American citizen residing in Denmark. I am a full time student and 500 dollars is all I can pay for fee to World Law Direct. As American citizen I am Mario Herrera,. Then as Danish resident, I am Mario Herrera Padron. (My full name before became American citizen). I got problem to identify the correct legal form to full fill, I am requesting help. My case at www.norightsforyou.com

| ITEM NUMBER | ITEM NAME | ITEM OPTIONS | QTY | PRICE | UNIT SUBTOTAL |
|---|---|---|---|---|---|
| 500.00 | Paid Attorney Services | None. | 1 | $500.00 | $500.00 |
| | | **SUBTOTAL** | | | $500.00 |
| | | **SHIPPING** | | | $0.00 |
| | | **SALES TAX** | | | $0.00 |
| | | **TOTAL** | | | $500.00 |

PAYMENT INFORMATION

| | |
|---|---|
| **Card Name:** | Visa |
| **Card Number:** | **** **** **** 9108 |

**Appendix 16**



## POSTKVITTERING
### INDLEVERINGSATTEST

**MODTAGER**
MR. PRESIDENT - GEORG W. BUSH
THE WHITE HOUSE
1600 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20500 USA

**AFSENDER**
MARIO HERRERA
HJORTEVEJ 2 , 8700 HORSENS
DENMARK

**INDLEVERINGSATTEST**
☐ Attest for indlevering af et almindeligt brev
Der ydes ingen erstatning i forbindelse med bortkomst, beskadigelse eller manglende indhold

**FORSENDELSE**
☒ Rekommanderet brev
☐ Værdibrev
☐ Post Expres brev
☒ Andet

Poddag 1850/6/2015

Find dit brev/pakke på www.postdanmark.dk

| Beløb i kroner |
| --- |

**UDFYLDES AF POST DANMARK**
Gebyr

RR06 021 0134 DK

LOFT

Posthusets stempel
**Post Danmark**
Horsens
0 7 NOV. 2008
8700

Pris fremgår af kassebon

Posthusets stempel

Streglkodenummer

Erstatningsbestemmelser – se bagsiden.

---

Post Danmark A/S C/Brev H/66 35/33 København

---

| Rekommanderet forsendelse Envoi recommandé | | | |
| --- | --- | --- | --- |
| ☐ Brev / Lettre | ☐ Tryksag / Imprimé | | Alm. pakke / Colis ordinaire |

| Forsendelse med angiven værdi Envoi avec valeur déclarée | | Angiven værdi Valeur déclarée | |
| --- | --- | --- | --- |
| ☐ Brev / Lettre | ☐ Pakke / Colis | | |

| ☐ Postanvisning / Mandat de poste | ☐ Postanvisning MP 16 / Mandat de versement | ☐ Udbetaling / Chèque d'assignation | |
| --- | --- | --- | --- |

**✓ #141**

Modtager Nom ou raison sociale ou intitulé du CCP
MR. PRESIDENT GEORG W. BUSH
THE WHITE HOUSE

Gade og nr. Rue et no.                    By og land Localité et Pays.  WASHINGTON
1600 PENNSYLVANIA AVENUE NW          DC 20500    USA

Beviset skal underskrives af adressaten eller af en i henhold til bestemmelseslandets reglement dertil bemyndiget person eller, hvis dette reglement tillader det, af tjenestemanden ved udleveringsposthuset, og tilbagesendes med første post direkte til afsenderen.

Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du Pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.

Ovennævnte forsendelse er blevet rigtigt L'envoi mentionné ci dessus a été dûment
| ☐ udleveret / remis | ☐ udbetalt / payé | ☐ indsat på postgirokonto / inscrit en CCP |
| --- | --- | --- |

Dato og modtagerens underskrift Date et signature du destinataire
**NOV 25 2008**

Tjm. underskrift Signature de l'agent

**THE WHITE HOUSE OFFICE
WASHINGTON, D. C.  20500**

Udfyldes al afsendelsesposthuset
A remplir le bureau d'origine

Udfyldes i bestemmelseslandet
A compléter à destination

Bestemmelses-posthusets stempel
Timbre du bureau de destination

# POSTKVITTERING
## INDLEVERINGSATTEST

**POST**

**MODTAGER**

PRESIDENT GEORGE W BUSH, THE WHITE HOUSE
1600 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20500, USA

**AFSENDER**

GITTE JOLOSTED
HJORTEVEJ 2 , 8700 HORSENS
DENMARK

**INDLEVERINGSATTEST**

☐ Attest for indlevering af et almindeligt brev

Der ydes ingen erstatning i forbindelse med bortkomst, beskadigelse eller manglende indhold.

**FORSENDELSE**

☒ Rekommanderet brev          Med Modt.bevis

☐ Værdibrev          Beløb i kroner

☐ Post Expres brev

☐ Andet

Find dit brev/pakke på www.postdanmark.dk

**UDFYLDES AF POST DANMARK**

Gebyr

Posthusets stempel

Post Danmark
Horsens

2 0 DEC. 2008

8700

Posthusets stempel

Pris fremgår af kassebon          Stregkode

RR06 021 9252 DK

Erstatningsbestemmelser – se bagsiden.

Post Danmark A/S  CVR-nr. 26 66 39 03  København

**Appendix 16**

POSTKVITTERING

INDLEVERINGSATTEST

MODTAGER
PRESIDENT OF USA , MR. BARACK OBAMA
THE WHITE HOUSE
1600 PENNSYLVANIA AVENUE NW
WASHINGTON , DC 20500 , USA

AFSENDER
MARIO HERRERA
HJORTEVEJ 2 , 8700 HORSENS
DENMARK - DK

INDLEVERINGSATTEST

☐ Attest for indlevering af et almindeligt brev

Der ydes ingen erstatning i forbindelse med bortkomst, beskadigelse eller manglende indhold.

FORSENDELSE

☒ Rekommanderet brev          Beløb i kroner

☐ Værdibrev

☐ Post Expres brev

☐ Andet

Find dit brev/pakke på www.postdanmark.dk

UDFYLDES AF POST DANMARK

Gebyr                          LOFT

RR06 659 897 8 DK

Pris fremgår af kassebon

Erstatningsbestemmelser – se bagsiden.

Posthusets stempel / Bureau de dépôt
Post Danmark
Banegårdscentrets Posthus
11 MAJ 2009
8040

Posthusets stempel

Strejkodenummer

---

**POST** — Danmark / Danemark —

Bevis for modtagelse / udlevering / betaling / godskrivning
Avis de réception / de livraison / de paiement / d'inscription

CN 07
(ancien C 5)

Indleveringsposthus / Bureau de dépôt          Dato / Date

Forsendelsens modtager / Destinataire de l'envoi   PRESIDENT OF USA
MR. BARACK OBAMA
THE WHITE HOUSE
1600 PENNSYLVANIA AVENUE NW
WASHINGTON , DC 20500 , USA

Service des postes
Timbre du bureau renvoyant l'avis

Forsendelses art / Nature de l'envoi

☐ Brev /              ☐ Økonomibrev /        ☐ Pakker /
A Prioritaire          B Economique           Colis

☒ Rekommanderet /    ☐ Værdi /               Beløb / Montant
Recommandé            Valeur déclarée

Forsendelsens nr. /
N° de l'envoi

☐ Postanvisning /    ☐ Udbetalingskort /     Beløb / Montant
Mandat ordinaire      Chèque d'assignation
de versement

Prioritaire /
Par avion

Udfyldes af afsenderen / A remplir par l'expéditeur

Tilbagesendes til / Renvoyer à

Navn eller firma / Nom ou raison sociale
MARIO HERRERA

Gade og nr. / Rue et n°
HJORTEVEJ 2

By og land / Localité et pays
8700 HORSENS
DENMARK - DK

**Udfyldes i bestemmelseslandet / A compléter à destination**

Ovennævnte forsendelse er blevet rigtigt / L'envoi mentionné ci-dessus a été dûment

☐ Udleveret /        ☐ Udbetalt /            ☐ Indsat på Girokonto /
Remis                 Payé                    Inscrit en CCP

Dato og underskrift¹ / Date et signature¹
JUN 1 2 2009

¹Dette bevis kan underskrives af modtageren eller, hvis reglerne i bestemmelseslandet tillader det, af en anden bemyndiget person eller af personale på bestemmelsesposthuset.
¹Cet avis pourra être signé par le destinataire ou, si les règlements du pays de destination le prévoient, par une autre personne autorisée ou par l'agent du bureau de destination.



Appendix 16

## POSTKVITTERING
### INDLEVERINGSATTEST

**MODTAGER**
PRESIDENT BARACK OBAMA
THE WHITE HOUSE
1600 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20500, USA

**AFSENDER**
GITTE TOLDSTED
HJORTEVEJ 2, 8700 HORSENS
DENMARK

☐ Attest for indlevering af et almindeligt brev

Der ydes ingen erstatning i forbindelse med bortkomst, beskadigelse eller manglende indhold.

**FORSENDELSE**
☒ Rekommanderet brev    Beløb i kroner
☐ Værdibrev
☐ Post Exprès brev
☐ Andet    PORTAGE/PORTIS

Find dit brev/pakke på www.postdanmark.dk

LOFT

RR06 648 928 9 DK

**UDFYLDES AF POST DANMARK**
Gebyr

Pris fremgår af kassebon

Erstatningsbestemmelser – se bagsiden.

Posthusets stempel
8010
Post Danmark
1 8 MAJ 2009
Horsens

---

**(✪) POST** — Danmark / Danemark

**Bevis for modtagelse / udlevering / betaling / godskrivning**
Avis de réception / de livraison / de paiement / d'inscription

CN 07
(ancien C 5)

Indleveringsposthus / Bureau de dépôt: 8010
Dato / Date: 18/5-09

Forsendelsens modtager / Destinataire de l'envoi:
PRESIDENT BARACK OBAMA
THE WHITE HOUSE
PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20500, USA

Service des postes
Timbre du bureau renvoyant l'avis

**Forsendelses art / Nature de l'envoi**
☒ Brev / A Priritaire
☐ Økonomibrev / B Economique
☐ Pakker / Colis
☒ Rekommanderet / Recommandé
☐ Værdi / Valeur déclarée    Beløb / Montant

Forsendelsens nr. / N° de l'envoi: RR06 648 928 9 DK

☐ Postanvisning / Mandat ordinaire de versement
☐ Udbetalingskort / Chèque d'assignation    Beløb / Montant

Prioritaire / Par avion    To!

Udfyldes af afsenderen / A remplir par l'expéditeur

**Tilbagesendes til / Renvoyer à**
Navn eller firma / Nom ou raison sociale: GITTE TOLDSTED
Gade og nr. / Rue et n°: HJORTEVEJ 2
By og land / Localité et pays: 8700 HORSENS
DENMARK – DK

**Udfyldes i bestemmelseslandet / A compléter à destination**
Ovennævnte forsendelse er blevet rigtigt / L'envoi mentionné ci-dessus a été dûment

☐ Udleveret / Remis
☐ Udbetalt / Payé
☐ Indsat på Girokonto / Inscrit en CCP

Dato og underskrift / Date et signature:
JUN 1 2 2009

Dette bevis kan underskrives af modtageren eller, hvis reglerne i bestemmelsesslandet tillader det, af en anden bemyndiget person eller af personale på bestemmelsesposthuset.
Cet avis pourra être signé par le destinataire ou, si les règlements du pays de destination le prévoient, par une autre personne autorisée ou par l'agent du bureau de destination.

UPS: Tracking Information

Page 1 of 1

Appendix 16

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number:**                    H8672695564

**Service:**                            UPS SAVER
**Weight:**                             .20 kg
**Shipped/Billed On:**                  02/21/2011
**Delivered On:**                       02/23/2011 9:33 A.M.
**Delivered To:**                       WASHINGTON, DC, US
**Signed By:**                          NALDO

**Left At:**                            Mail Room

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:   02/23/2011 11:22 A.M.   ET

Print This Page                                    Close Window







SEE INSTRUCTIONS
ON BACK

ITEMS PRINTED IN RED ARE ONLY APPLICABLE
FOR INTERNATIONAL SHIPMENTS



W 520 052 842 4

WAYBILL / TRACKING NUMBER



**WAYBILL**
(Non-Negotiable)

**1** SHIPPER'S UPS ACCOUNT NO.
770768

SHIPPER'S V.A.T. NO.

NAME OF SHIPPER
MARIO HERRERA

TELEPHONE NO. (Very Important)
+45 23 23 76 77

COMPANY NAME AND ADDRESS

FROM

HJORTEVEJ 2
HORSENS

POSTAL CODE (Very Important)
8700

COUNTRY
DK

**2** RECEIVER'S UPS ACCOUNT NO.

RECEIVER'S V.A.T. No.

CONTACT PERSON
DONALD TRUMP

TELEPHONE NO. (Very Important)
202-456-2121

COMPANY NAME AND ADDRESS

TO

THE WHITE HOUSE
1600 PENNSYLVANIA AVENUE NW
WASHINGTON DC

RESIDENTIAL ☐

POSTAL CODE (Very Important)
20500

COUNTRY
USA

**3** PAYMENT OF CHARGES (not all options available to/from all countries)

BILL SHIPPING CHARGES TO:

☒ SHIPPER (S)        ☐ RECEIVER (R)        ☐ THIRD PARTY (T)

CREDIT CARD (Shipper only)        THIRD PARTY COMPANY NAME:

ENTER UPS ACCOUNT No. (Third Party) or major credit card (Shipper only)

BILL DUTIES & TAXES TO:

☐ SHIPPER (S)        ☐ RECEIVER (R)        ☐ THIRD PARTY (T)

THIRD PARTY COMPANY NAME:

| **4** SERVICE LEVEL | MARK "X" | UPS USE |
|---|---|---|
| Express Plus | ☐ | 1+ |
| Express | ☐ | 1 |
| Express Freight Midday | ☐ | 1 |
| Express Freight | ☐ | 1P |
| Express Saver | ☒ | 1P |
| Expedited | ☐ | 2 |
| Standard IV | ☐ | |

**5** SHIPMENT INFORMATION

NO. OF PACKAGES / PALLETS IN SHIPMENT
1

TOTAL ACTUAL WEIGHT
kg

TOTAL DECLARED WEIGHT OR DIMENSIONS OF PARCELS

☒ UPS EXPRESS ENVELOPE

☐ MARK "X" IF ALL PACKAGES/PALLETS ARE SAME SIZE & WEIGHT

NO. OF PACKAGES FOR WHICH THE

ADDITIONAL HANDLING CHARGE APPLIES        LARGE PACKAGE SURCHARGE APPLIES

DECLARED VALUE FOR CARRIAGE - ADDITIONAL CHARGE APPLIES

REFERENCE NO. 1 (Optional)

REFERENCE NO. 2 (Optional)

DESCRIPTION OF GOODS
DOCUMENTS

☐ MARK "X" IF GOOD, NOT IN FREE CIRCULATION

**6** OPTIONAL SERVICES (See Instructions)

☐ UPS NA1

☐ SATURDAY DELIVERY

The shipper agrees to the UPS Terms and Conditions set out on the reverse of the Shipper's Copy of the Waybill. Unless a greater value for carriage is declared on the Waybill, the limits of liability specified under the Warsaw, Montreal or CMR Conventions (if applicable) or set out in clause 9 of the Terms and Conditions will apply. The time limits for making any claim are set out in clause 12. The shipper authorises UPS to act as forwarding agent for export control and customs purposes.

**7** DATE OF SHIPMENT

DD 01  MM 03  YY 19

SHIPPER'S SIGNATURE

**UPS USE**

RECEIVED FOR UPS BY
CWM

DATE        TIME

AMOUNT RECEIVED
DKK  334.41

CHECK ☒        CASH ☐

OTHER INFORMATION

III. Be sure to specify which currency you are using. Missing currency information may lead to delay, for which UPS takes no responsability.
IV. The UPS Standard Service between two EU member states is limited to goods in free circulation in the EU.

SHIPPER'S COPY

3301

Appendix 16

Case 4:20-cv-00555-AW-MAF   Document 1   Filed 11/23/20   Page 152 of 161

Appendix 16

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
W5200528424

**Weight**
0.50 KGS

**Service**
UPS Express Saver®

**Shipped/Billed On**
01-03-2019

**Delivered On**
04-03-2019 9:34

**Delivered To**
WASHINGTON, DC, US

**Received By**
NALDO

**Left At**
Front desk

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 20-03-2019 13:37 EST

Vægten på denne label angiver det VÆGT-INTERVAL din pakke
tilhører.Dette betyder at den påførte vægt IKKE er den samme som den
fysiske vægt du har bestilt,  og en eventuel afvigelse derfor er normalt.Se evt
din ordrehistorik for yderligere bestillings-detaljer. Alle pakker scannes og
vejes ift. den oprindelige bookning



# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZW846310499453114

**Weight**

0.50 KGS

**Service**

UPS Express Saver®

**Shipped/Billed On**

02-02-2020

**Delivered On**

05-02-2020 9:30

**Delivered To**

WASHINGTON, DC, US

**Received By**

CULLEN

**Left At**

Front desk

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 23-02-2020 3:09 EST

**Appendix 17**

**Horsens, Denmark**
**November 23, 2020**

This is a legal deal offered by the U.S federal crimes victims, U.S citizen from Florida State **Mario Herrera** and his wife, Danish citizen **Gitte Toldsted**.

We are offering this one time only deal to the following federal criminals:

U.S Senator, New Jersey, **Cory Booker**.
U.S Senator, Florida State **Marco Rubio**.
U.S Senator, Florida State **Rick Scott**.
Florida State congressman **Mario Diaz-Balart**.

This deal will be delivered to the following Florida federal honorable chief judges:
**Kevin Michael Moore**, Southern Florida Chief Judge moore_clerk_applications@flsd.uscourts.gov
**Timothy J. Corrigan**, Middle Florida Chief Judge https://www.flmd.uscourts.gov/judges/timothy-corrigan-chief-judge
**Mark E. Walker**, Northern Florida Chief Judge flnd_walker@flnd.uscourts.gov

It will also be delivered to:
**Donald W. Washington.** U.S Marshal Service Director.
https://www.usmarshals.gov/contacts/bio/washington.htm

Answer back on this deal from these U.S senators / Congressman must be sent addressing both U.S citizen from Florida State, **Mario Herrera** and his Danish wife, **Gitte Toldsted**; with copy addressing each of the Florida Honorable Federal Chief Judges mentioned in the paragraph above, as well as to the U.S Marshal Service Director.

This document is COMPLEMENTARY to the main document and accusation against U.S citizen **Joe Biden**, in pursue to bring the whole **Barack Hussein Obama** administration to face court for federal crimes on obstruction of justice and multiples violations of Federal Civil Rights Statutes, under the U.S Code and the U.S Constitution. All people directly linked to the administration of ex president **Barack Hussein Obama** are requested and accused by us as federal criminals and we are asking to bring them to Florida Federal court open publicly as the 6th Amendment states.

We are also sending this document to the **U.S Department of Justice's Victims/Witness Program** and to the DOJ U.S attorney for the Southern District of Florida, **Ariana Fajardo Orshan** ariana.fajardo.orshan@usdoj.gov.

Only honorable Florida federal judges and U.S Marshals are more than welcome to ask both of us - U.S citizen from Florida State, **Mario Herrera** and Danish citizen, **Gitte Toldsted** to present any extra information, evidences, that were not already included in the appendices in the main document sent to them via UPS on **NOVEMBER 23, 2020**. (*For example, U.S State Department letters, emails, audio recording, videos recording, etc, or whatsoever federal judges decide to ask us*). Potentially ALL more than 40 accusations delivered to the U.S Department of Justice FROM 2010 (including **Barack Obama**, **Hillary Clinton**, **Robert S. Mueller II**, and including extradition of Danish policemen **Nicolai Cederskjold** and **Anders Bitsch** and Danish prosecutor Jens **Rasmussen**) TO the most recent in 2020, asking arrest and prosecution of the U.S consul in Copenhagen, Denmark First Secretary & Consul, **Kristyna L. Rabassa**; this last ones delivered to both U.S A.G **William Barr** and Florida A.G **Ashley Moody**, who we believe are also already in

1/6

obstruction of justice following the exact same pattern as under ex Pt **Barack Obama**'s administration. (Eric Holder).

Legal Basis for our accusations:
- Conspiracy Against Rights,
- Deprivation of Rights under the color of law,
- Tampering Against Witness.
- Violations of 1st, 6th and 14th Amendments of U.S Constitution at least.

We left things clear in our deposition to the Hialeah Police Department in 2013, after we received the one and only response from ANY entity of the U.S Department of Justice EVER in the last 10 years, thanks to the obstruction of justice of **Bill McCollum**, **Pam Bondi**, **Ashley Moody** and **Eric Holder** together with these senators and congressman mentioned in this document.

A letter from the **U.S Department of Justice – Civil Rights Division – The Criminal Section** suggesting us to make our denounce to either the F.B.I or our local police or Sheriff.
We opted for the local police. And this is the video I recorded inside the Hialeah Police Station in case we would be denied the right to make a disposition according to our accusations and our will to denounce. https://www.youtube.com/watch?v=3tK4-MFgaZo

We were mislead, sabotaged and at the end these Hialeah policemen lied to us again, and they wrote whatsoever was their own conveniences, tampering names and accusations.
The GOVERNMENT of Florida made all the possible and impossible to make obstruction of justice. Especially all these so called "REPUBLICANS" covering the Democ-RATS

During this process, at the presidential re-election of the former U.S president **Barack Obama** in 2012, U.S citizen from Florida State, Hialeah, **Mario Herrera** was even deprived his right to vote.

**This deal offer does NOT cover the following U.S officials**:
Former Florida Congressman **Lincoln Diaz-Balart**, former Florida senator **Mel Martinez**, former interim senator **George Lemieux**, former Florida senator **Bill Nelson**, former Florida governor **Charlie Crist** or incumbent Florida governor **Ron DeSantis** (He already received his own deal), former Florida A.Gs **Bill McCollum**, **Pam Bondi** or incumbent **Ashley Moody** (She already received her own deal two times).

All these U.S senators and Congressman (**Booker**, **Rubio**, **Scott** and **Mario Diaz-Balart**) has been accused by us for obstruction of justice to the U.S Department of Justice multiple times. All of them knew and have been hiding the case of U.S citizen **Mario Herrera** for political conveniences to cover up obstruction of justice and violations of Federal Civil Rights Statutes committed by **federal criminals** like:
**Joe Biden**, **Barack Obama**, **Hillary Clinton**, FBI directors both **Robert S. Mueller III** and **James Comey**; U.S A.G **Eric Holder**, Florida State A.G **Bill McCollum**, **Pam Bondi**, etc. (Those mentioned in this paragraph will not receive any deal offer, we want them to face federal justice).

This case is a MASSIVE Conspiracy Against Rights, a MASSIVE Deprivation of Rights under the Color of Law and a MASSIVE Tampering Against Witness which seem to have the main goal to cover up **Queen of Denmark Margrethe II** and her Danish authorities . All this will have to imply

MESSURES to bring U.S officials from the U.S State Department, The Federal Bureau of Investigation and the U.S Department of Justice itself to face federal crime charges in court.

Despite knowing **Mario Herrera**'s case about torture, kidnapping and lack of due-process in Denmark and despite our petitions to them in relation to that, New Jersey Senator **Cory Booker**, Florida Senator **Marco Rubio** and U.S Congressman **Mario Diaz-Balart**, they received MONEY from the same pharmaceutical company branch, NOVO NORDISK, located in New Jersey. And Novo Nordisk is a fully Danish company. U.S officials receiving election campaign money from private companies is IMMORAL and a back door for CORRUPTION, especially when it involves FOREIGN companies like Novo Nordisk. The main point here is that **Booker**, **Rubio** and **Mario Diaz-Balart**, who all have professional legal studies and/or careers, they KNEW perfectly well that when you are TAMPERING AGAINST WITNESS, and you take money for your OWN benefit, being for your election campaign or be whatsoever, it is well classified under the U.S Code as CONFLICT OF INTERESTS (https://www.law.cornell.edu/uscode/text/18/208).

Senator **Booker**, Senator **Rubio** and Congressman **Diaz-Balart**, they got the choice to reject any money coming from Danish companies or associated, when at the same time they knew they were INTENTIONALLY in obstruction of justice in a well known case where they had been requested (by several channels) to act on behalf of their own U.S citizen, Florida State **Mario Herrera**, by **Mario Herrera** himself and by his wife **Gitte Toldsted**.

This is EXACTLY the same thing as when the **Queen of Denmark, Margrethe II** was granted justice in front of U.S courts, on USA soil, in New York State in the court of the Honorable Federal District Judge, **Lewis A. Kaplan**, MEANWHILE the U.S Department of Justice together with these four senators and congressman, **Cory Booker**, **Marco Rubio**, **Rick Scott** and **Mario Diaz-Balart** were IN CAHOOTS in obstruction of justice and tampering against witness MEANWHILE three of them even stretched their hands out and put MONEY from Danish companies in their pocket.

We are supporting our accusations for federal crimes with the following Federal Civil Rights Statutes under the U.S Code, all under the U.S Constitution.

# List of The United States Codes that we strongly believe all these **U.S senators** violated directly or indirectly (accomplishes) in obstruction of justice:

18 U.S. Code § 1510. Obstruction of criminal investigations. (*up to 5 years prison*).
https://www.law.cornell.edu/uscode/text/18/1510

18 U.S. Code § 241 - Conspiracy against rights. (*up to 10 years prison*)
https://www.law.cornell.edu/uscode/text/18/241

18 U.S. Code § 242 - Deprivation of rights under color of law. (*up to 10 years prison*)
https://www.law.cornell.edu/uscode/text/18/242

18 U.S. Code § 1512. Tampering with a witness, victim, or an informant. (*up to 20 years prison*)
https://www.law.cornell.edu/uscode/text/18/1512

18 U.S. Code § 1505. Obstruction of proceedings before departments, agencies, and committees (*up to 5 years prison*).

**Horsens, Denmark**
**November 23, 2020**

## TWO WEEKS. THREE STEPS DEAL.

For U.S Senator **Cory Booker**, U.S Senator **Marco Rubio**, U.S Senator **Rick Scott** and U.S Congressman **Mario Diaz-Balart** separately.

1   PUBLICLY APOLOGIZE: **Cory Booker, Marco Rubio, Rick Scott** and **Mario Diaz-Balart** will send either from the U.S Senate or the Congress where they belong, with official U.S Senate or Congress letterhead, with full name, rank, with date and signed, a statement where they open publicly apologize in front of the U.S Senate and the U.S Congress to U.S citizen, from Florida State **Mario Herrera** and his wife, Danish citizen **Gitte Toldsted** and our respective families located in both Denmark and U.S.A Florida State. Copy of this letter has to be sent to all the three Florida Federal Chief Judges mentioned in the beginning of this document as well as to the U.S Marshal Service Director.

2   REDRESS OF GRIEVANCES. Each of these four U.S senators /Congressman will pay to us in compensation, ONE MILLION DOLLARS. A minimum, fair and just amount having in consideration these U.S senators for YEARS have received millions of dollars from my taxes too, meanwhile they were intentionally committing several federal crimes.

3   PUBLICLY DENOUNCE. Because it is the OBLIGATION of every U.S Senator and Congressman under oath to protect first and foremost their own U.S citizens, wherever they are, without discrimination of any kind; especially if these U.S citizens are addressing you directly. These four U.S Senators / Congressman will OPEN PUBLICLY DENOUNCE **The Kingdom of Denmark**, addressing **The Queen of Denmark Margrethe II** who is in charge of the Danish police (*executive power*) by the Constitution of Denmark of 1953, Part I, 3 . . . *"The executive power shall be vested in the King"*
https://www.constituteproject.org/constitution/Denmark_1953.pdf?lang=en
This is an old due obligation that these U.S senators / Congressman in the first place should have complied a long time ago. The denounce must also include ALL those U.S SENIOR officials, inside the U.S State Department, the U.S embassy in Copenhagen, Denmark and the Federal Bureau of Investigation, who have violated my (Mario Herrrera) Federal Civil Rights Statutes during the last more than 10 years.

These four U.S senators-Congressman, and even when they were Florida governors, knew very well; all of them were well trained as U.S officials in the implications of obstruction of justice and violations of Federal Civil Rights Statutes. Some of them, as we said before, got experience and even studies and career as lawyers. THERE IS NOT JUSTIFICATION OF ANY KIND!

These U.S senators / Congressman, most of them are lawyers. They are FREE to consult other lawyers BEFORE to accept this GENEROUS deal we are offering them. They are also FREE to reject the deal and to fight in front of a federal court like any other U.S citizen; like we will do as well. They are FREE to appeal to the 6th Amendment, as we will do as well.

*"In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence" ( Sixth Amendment: https: constitution.congress.gov constitution amendment-6 ).*

4/6

**Appendix 17**

**Horsens, Denmark**
**November 23, 2020**

The Honorable Florida Federal Chief Judges must NEVER EVER forget that when all these U.S senators-Congressman and Florida governors kept (and still keep) in silence in obstruction of justice, they were also OUR ACCUSERS!!! With their SILENCE and obstruction of justice they ENCOURAGED our accusers to keep on their physical, psychological, economical and moral damage against U.S citizen **Mario Herrera** and his wife **Gitte Toldsted** and our respective families. And over the top they have been misguiding more than 330 millions of American people.

**IN THE CASE OF A DEAL**; these U.S senators/Congressman can continue their political careers and keep their respective lawyer licenses (those who are lawyers), keep part of the humongous amount of money they have collected during all these years - and more important avoiding the risk to serve more than 25 years in prison (while we will ask maximum application of the U.S Code and Federal Civil Rights Statutes sentence promises).

NOTE: Specifically in the case of new Jersey Senator Cory Booker; if he accepts the deal, then we will also withdraw the accusation against New Jersey A.G, **Gubir Grewal**, who is in obstruction of justice for hiding our accusation against **Cory Booker**.
NOTE: Specifically in the case of U.S. Congressman Mario Diaz-Balart; if he accepts the deal, we will also withdraw our accusation against his brother, ex U.S Congressman, **Lincoln Diaz-Balart**.

**IN THE CASE OF NO DEAL**; in case these U.S senators/Congressman decide **TO REFUSE** to take this deal, we appeal to these Florida federal honorable chief judges then to initiate a speedy trial and enforce the U.S Marshal Service to get access to all the offices of these U.S senators / Congressman, all documentation related to our case and all IRS information about their income since 2010 etc. And, in this case, their political career must be over; they cannot go back to ANY U.S official or position ever again.

NOTE: We want to be loud and clear in this explanation. From the moment that UPS deliver this documentation to the office of each of these U.S senators in Washington. D.C, we will deliver copy to their respective U.S senators websites, and after that we are giving TWO WEEKS, equalling 14 days period to come with response. We will notify the Florida federal chief judges via email at what Date and hour this document was delivered to the 4 Senators / Congressman by UPS.

We will announce to (Booker, Rubio, Scott, Mario Diaz-Balart) their respective U.S senate and Congressman website contact pages of the arrival of this deal to their offices. From there, they will have TWO WEEKS, 14 days to contact us with their decision. Two weeks are enough time for them to contact their own lawyers and to send a written response, to both us and to the Federal Chief Judges in Florida State as well as the U.S Marshal Service Director.

IF we do NOT receive any answer from any of these U.S senators / Congressman individually (Booker, Rubio, Scott, Mario Diaz-Balart), then the deal is off. It will be a clear indication that they want to face federal court. The deal then will be automatically OFF. Always for those who don't contact us within two weeks from when this document will be delivered according UPS.

The decision is in their  hands (Booker, Rubio, Scott, Mario Diaz-Balart),  TAKE THE KNEE, apologize, pay for your crimes, and make right what you failed to do; or REFUSE and expect to face all the weight of the law and justice in front of a federal court, open publicly, which still can include fine and prison. YOUR CHOICE!!!

Appendix 17

**Horsens, Denmark**
**November 23, 2020**

This document will be sent to:

- **Cory Booker**, U.S Senator for New Jersey https://www.booker.senate.gov/
- **Marco Rubio**, U.S Senator for Florida https://www.rubio.senate.gov/public/
- **Mario Diaz-Balart**, Florida Congressman https://mariodiazbalart.house.gov/
- **Rick Scott**, U.S Senator for Florida https://www.rickscott.senate.gov/
- **Kevin Michael Moore**, Southern Florida Chief Judge moore_clerk_applications@flsd.uscourts.gov
- **Timothy J. Corrigan**, Middle Florida Chief Judge https://www.flmd.uscourts.gov/judges/timothy-corrigan-chief-judge
- **Mark E. Walker**, Northern Florida Chief Judge flnd_walker@flnd.uscourts.gov
- **Donald W. Washington**, U.S Marshal Service Director https://www.usmarshals.gov/contacts/bio/washington.htm
- **Ariana Fajardo Orshan**, DOJ U.S Attorney, Southern District of Florida (CC) ariana.fajardo.orshan@usdoj.gov / https://www.justice.gov/usao-sdfl/meet-us-attorney
- **Lindsey Graham**, Chairman for the U.S. Senate Judiciary Committee (CC) https://www.judiciary.senate.gov/

With this we are legally ensuring loud and clear, on our accusations for federal crimes and the deal we are offering to all these U.S officials (New Jersey Senator **Cory Booker**, Florida Senator **Marco Rubio**, Florida Congressman **Mario Diaz-Balart** and Florida Senator **Rick Scott**), that we are all in the same page, with the federal judges, and U.S Marshal Service. We want a case clear and transparent, open and publicly (In case we have to reach the court) for all our legal protection as the U.S 6th Amendment dictates.

Nothing more to say.

Mario Herrera and Gitte Toldsted.
Hjortevej 2.
Horsens. 8700.
Denmark.

Personal information:

**Mario Herrera**
Social Security Number: 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.
February 27, 1963.
U.S. passport: 530690033

November 23/2020

_____
MARIO HERRERA
USA citizen. Hialeah, Florida.

**Gitte Toldsted**
Danish citizen
Danish passport: 207486023

NOVEMBER 23/2020

_____
GITTE TOLDSTED
Danish citizen (and Mario Herrera's wife)

NOTE: No Appendices. Appendices have already been delivered in our petition in the main document addressed to the Florida Federal Chief Judges - **Kevin Michael Moore**, **Timothy J. Corrigan** and **Mark E. Walker**, the U.S Marshal Service Director **Donald W. Washington**, the U.S Attorney Southern District of Florida **Ariana Fajardo Orshan** and General Counsel **Helen Krapels** at the DOJ Victim/Witness Program.



MARIO HERRERA
23237677
MARIO HERRERA
HJORTEVEJ 2
8700 HORSENS
DENMARK

0.5 KG ENV          1 OF 1

SHP#: A1X4 77TY 8ZF
SHP WT: 0.5 KG
DATE: 22 NOV 2020

SHIP TO:
MARK E. WALKER, CH. JUDGE
8505213631
U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
111 N ADAMS ST STE 322
TALLAHASSEE  FL  32301-7730
UNITED STATES

FL 323 0-01

UPS SAVER          1P
TRACKING #: 1Z A1X 477 04 9564 0305

BILLING: P/P
DESC: Document          EDI-DOC

XOL 20.10.23          NV45 34.0A 10/2020*

carbon neutral